# EXHIBIT C

```
 1   I N D I A N A:

 2      IN SUPERIOR COURT 2 FOR THE COUNTY OF MARION

 3

 4

 5   DARRELL PALMER and NORMA   )
     PALMER,                    )
 6                              )
             Plaintiffs,        )
 7                              )
     V.                         ) NO. 49D02-1704-MI-016728
 8                              )
     APPLETON GRP, LLC d/b/a    )
 9   APPLETON GROUP and EMERSON )
     ELECTRIC, et al.,          )
10                              )
             Defendants.        )
11                              )

12

13

14

15           DEPOSITION UPON ORAL EXAMINATION OF

16                    JOHN C. MADDOX, MD

17          TAKEN ON BEHALF OF THE DEFENDANTS

18                  Newport News, Virginia

19              Wednesday, December 27, 2017

20

21

22

23

24

25
```

ProTEXT Transcript Condensing for Windows

---

**SHEET 1 PAGE 1**

```
        IN THE CIRCUIT COURT OF KANAWHA COUNTY

                    WEST VIRGINIA


LORRAINE JAMROM, an individual,

        Plaintiff,

vs.                                 Nos. 07-C-781
                                         07-C-795
A.W. CHESTERTON COMPANY, et al.,

        Defendants.




              DEPOSITION OF JOHN COULTER MADDOX, M.D.

                    Newport News, Virginia

                    Friday, December 28, 2007






REPORTERS.COM
125 St. Paul's Boulevard, Suite 210
Norfolk, Virginia 23510
(757) 625-6695

REPORTED BY:  DEBRA-LYNN BAKER, RPR, CSR



                    REPORTERS.COM
                    (757) 625-6695
```

**PAGE 2**

```
 1        IN THE CIRCUIT COURT OF KANAWHA COUNTY
 2                    WEST VIRGINIA
 3
 4   LORRAINE JAMROM, an individual,
 5        Plaintiff,
 6   vs.                              Nos. 07-C-781
                                           07-C-795
 7   A.W. CHESTERTON COMPANY, et al.,
 8        Defendants.
 9
10
11
12
13
14
15             Deposition of JOHN COULTER MADDOX,
16   M.D., taken on behalf of Defendants, at Riverside
17   Regional Medical Center, 500 J. Clyde Morris
18   Boulevard, Newport News, Virginia, beginning at
19   9:11 a.m. and ending at 11:31 a.m. on Friday,
20   December 28, 2007, before Debra-Lynn Baker, RPR,
21   CSR, a Notary Public for the Commonwealth of
22   Virginia at Large.
23
24
25
                    REPORTERS.COM
                    (757) 625-6695                    2
```

**PAGE 3**

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4        AARON J. DeLUCA, PLLC
          BY:  BARRETT NAMAN
 5        Attorney at Law
          21021 Springbrook Plaza Drive, Suite 150
 6        Spring, Texas 77379
          (281) 378-5970
 7
     For A.W. Chesterton, Rockwell Automation, and
 8   Reliance Electric:
          HAWKINS & PARNELL, LLP
 9        BY:  TIM JONES
10        Attorney at Law
          602 Virginia Street, Suite 200
11        Charleston, West Virginia 25301
          (304) 345-8545
12        (Telephonic appearance.)
13   For A.W. Chesterton Company:
14        KUROWSKI, BAILEY & SCHULTZ, LLC
          BY:  CURTIS R. BAILEY
15        Attorney at Law
          24 Bronze Pointe
16        Swansea, Illinois 62226
          (618) 277-5500
17        (Telephonic appearance.)
18   For Eaton Corporation, as successor-in-interest to
     Cutler-Hammer, Inc., n/k/a Eaton Electrical, Inc.:
19
          STEPTOE & JOHNSON PLLC
20        BY:  FRANK J. STANEK
          Attorney at Law
21        1085 Van Voorhis Road, Suite 400
          Morgantown, West Virginia 26507-1616
22        (Telephonic appearance.)
23
24
25
                    REPORTERS.COM
                    (757) 625-6695                    3
```

**PAGE 4**

```
 1   APPEARANCES (Continued)
 2
     For Famous Supply and CBS CORP./Westinghouse
 3   Electric:
 4        HENDRICKSON & LONG, PLLC
          BY:  JEFFRY H. HALL
 5        Attorney at Law
          214 Capitol Street
 6        Charleston, West Virginia 25301
          (304) 346-5500
 7        (Telephonic appearance.)
 8   For FMC Corporation, on behalf of its former Stearns
     business, improperly sued as FMC Corporation;
 9   Rexnord Industries, LLC, improperly sued as Rexnord
     Industries, LLC, Stearns Division; and Cooper
10   Industries, LLC:
11        ROBINSON & McELWEE, PLLC
          BY:  BETH ANN RAUER
12        Attorney at Law
          700 Virginia Street, East
13        Charleston, West Virginia 25301
          (304) 347-8357
14        (Telephonic appearance.)
15   For Garlock Sealing Technologies, LLC:
16        SEGAL McCAMBRIDGE SINGER & MAHONEY
          BY:  ROBERT T. CONNOR
17        Attorney at Law
          30 South 17th Street, Suite 1700
18        Philadelphia, Pennsylvania 19103
          (215) 972-8015
19        (Telephonic appearance.)
20   For General Electric:
21        FARMER CLINE & CAMPBELL, PLLC
          BY:  KIMBERLY A. MARTIN
22        Attorney at Law
          746 Myrtle Road
23        Charleston, West Virginia 25314
          (304) 346-5990
24        (Telephonic appearance.)
25
                    REPORTERS.COM
                    (757) 625-6695                    4
```

You may have up to 3 Header and 3 Footer Lines

```
                                                                    1
 1   STATE OF SOUTH CAROLINA
                                  COURT OF COMMON PLEAS
 2   COUNTY OF SPARTANBURG

 3   Beverly Dale Jolly and
     Brenda Rice Jolly,
 4
           Plaintiffs,
 5
     vs.                          Case No:   2016-CP-42-01592
 6
     General Electric Company, et al.,
 7
           Defendants.
 8

 9

10                      T E L E P H O N I C

11                      D E P O S I T I O N

12

13   WITNESS:       JOHN MADDOX, MD

14   DATE:          Tuesday, June 13, 2017

15   TIME:          10:04 a.m.

16   TAKEN BY:      Attorneys for the Defendants

17

18   REPORTED BY:   Heather M. Curlin, RPR

19   - - - - - - - - - - - - - - - - - - - - - - - - -

20
                          COMPUSCRIPTS, INC.
21
                    Client focused.  Deadline driven.
22
          CHARLESTON COLUMBIA HILTON HEAD GREENVILLE MYRTLE BEACH
23
                         www.compuscripts.com
24
                            1-888-988-0086
25
```

```
 1      IN THE SUPERIOR COURT OF NEW JERSEY LAW DIVISION
                     MIDDLESEX COUNTY
 2

 3   KAYLA MARTINEZ,                  :
                                      :
 4              Plaintiff,            :
                                      :
 5   v.                               :       DOCKET NO.
                                      :       MID-L-1120-17 AS
 6   AVON PRODUCTS, INC., et al.,     :
                                      :
 7              Defendants.           :

 8

 9

10          DEPOSITION UPON ORAL EXAMINATION OF
                    JOHN C. MADDOX, M.D.
11
     ------------------------------------------
12            February 22, 2018 - 1:10 p.m.

13                Newport News, Virginia

14

15

16

17

18

19

20

21

22

23
     REPORTED BY:   Gale W. Murphy
24

25
```

Page 1

```
            SUPERIOR COURT OF THE STATE OF CALIFORNIA
                    FOR THE COUNTY OF LOS ANGELES

------------------------------------
                                    :
CAROLYN WEIRICK, et al,             :
                                    :
            Plaintiff,              :
                                    :
v.                                  :     Case No.
                                    :     JCCP 4674 / BC656425
BRENNTAG NORTH AMERICA, INC.        :
(sued individually and as a         :
successor-in-interest to            :
MINERAL PIGMENT SOLUTIONS, INC.     :
and as success-in-interest to       :
WHITTAKER CLARK & DANIELS,          :
INC.), et al,                       :
                                    :
            Defendants.             :
                                    :
------------------------------------
```

           DEPOSITION OF JOHN C. MADDOX, MD

              March 8, 2018 - 9:00 a.m.



                 Newport News, Virginia




Reported by: Lisa T. Lineberry
Job No. 138950

```
                                                              1

  1                  IN THE UNITED STATES DISTRICT COURT

  2                    MIDDLE DISTRICT OF NORTH CAROLINA

  3

  4   IN RE: ASBESTOS PRODUCTS
      LIABILITY LITIGATION
  5
      DOROTHY E. SMITH, Individually
  6   and as Executrix of the Estate
      of JULIAN JACKSON SMITH,
  7
                Plaintiff(s),
  8
           v                           C/A No. 1:16-cv-00379-LCB-LPA
  9
      WEYERHAEUSER COMPANY, et al.,
 10
                Defendant(s).
 11

 12        T E L E C O N F E R E N C E   D E P O S I T I O N

 13

 14   WITNESS:              JOHN C. MADDOX, M.D.

 15   DATE:                 Tuesday, May 8, 2018

 16   TIME:                 10:00 a.m.

 17   LOCATION:             Riverside Regional Medical Center
                            500 J. Clyde Morris Boulevard
 18                         Newport News, Virginia 23601

 19   TAKEN BY:             Attorneys for the Defendant(s)

 20   REPORTED BY:          DEBORAH L. DUSSELJEE, RPR, CRC
                            Realtime Systems Administrator
 21   - - - - - - - - - - - - - - - - - - - - - - - - - -

 22                        COMPUSCRIPTS, INC.
                        A South Carolina Corporation
 23
                    Court Reporters & Legal Videographers
 24                        www.compuscripts.com
                             1.888.988.0086
 25
```

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND


JOHN DUGGER, JR., et al.,

        Plaintiffs    Civil Action No.
v                            16-cv-03912-CCB

UNION CARBIDE CORPORATION,

et al.,

        Defendants
*       *       *       *       *


TELEPHONE DEPOSITION OF JOHN C. MADDOX, M.D.

PLAINTIFF EXPERT

JULY 24, 2018


Reported by: Denise M. Thomas




EVANS REPORTING SERVICE
The Munsey Building, Suite 705
Seven North Calvert Street
Baltimore, Maryland 21202
410.727.7100  800.256.8410

Page 1175

DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

SHARON PIPES and spouse,   )
    Plaintiff,   )
                  )
                    )
VS.           ) CJ-2017-3487
                    )
                    )
JOHNSON & JOHNSON, et al   )
    Defendants.   )

JURY TRIAL
VOLUME IV

Held Before the Honorable SUSAN STALLINGS
District Judge

March 18th, 2019

Reported By:
Sherrol L. Ledbetter, RPR, CSR
Official Court Reporter
321 Park Avenue, Suite 304
Oklahoma City, OK 73102

---

Page 1176

APPEARANCES
FOR THE PLAINTIFFS:

    MR. CHRIS PANATIER
    MS. JESSICA DEAN
    302 N. Market Street, Suite 300
    Dallas, TX 75202

    MR. STEVEN T. HORTON
    114 NW 6th Street, Suite 201
    Oklahoma City, OK 73102

FOR THE DEFENDANTS:

    MR. MANUEL CACHAN
    MS. SUSAN GUTIERREZ
    2029 Century Park East, Suite 2400
    Los Angeles, CA 90067

    MR. ERIC COOK
    440 Monticello Avenue
    Norfolk, VA 23510

    MR. MICHAEL T. MALOAN
    201 Robert S. Kerr Ave, 12th Floor
    Oklahoma City, OK 73102

---

Page 1177

INDEX

WITNESSES FOR THE PLAINTIFF:

ARNOLD BRODY
    Direct Examination by MS. DEAN    196
    Cross Examination by MS. GUTIERREZ    296
    Redirect Examination by MS. DEAN    464
    Recross Examination by MS. GUTIERREZ    478

JAMES WEBBER
    Direct Examination by MR. PANATIER    485
    Cross Examination by MR. COOK    630
    Redirect Examination by MR. PANATIER    770
    Recross Examination by MR. COOK    796

JACQUELINE MOLINE
    Direct Examination by MR. PANATIER    891
    Cross Examination by MR. CACHAN    991
    Redirect Examination by MR. PANATIER    1143
    Recross Examination by MR. CACHAN    1162

---

Page 1178

INDEX (cont)

KRISTEN JANNEY
    Direct Examination by MS. DEAN    1265
    Cross Examination by MR. CACHAN    1298
    Redirect Examination by MS. DEAN    1310

JOHN MADDOX
    Direct Examination by MS. DEAN    1313
    Cross Examination by MR. COOK    1425
    Redirect Examination by MS. DEAN    1663
    Recross Examination by MR. COOK    1698
    Redirect Examination by MS. DEAN    1716

WILLIAM LONGO
    Direct Examination by MR. PANATIER    1747
    Cross Examination by MR. CACHAN    1871
    Redirect Examination by MR. PANATIER    2146
    Recross Examination by MR. CACHAN    2172

SHARON PIPES
    Direct Examination by MS. DEAN    2180
    Cross Examination by MS. GUTIERREZ    2203

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ARIZONA
 3  Lidia Brewer, as Anticipated     :    Case No.:
 4  Representative of the Estate of  :    2:18-cv-3339-PHX-ROS
 5  Kenneth Brewer, Deceased, as     :
 6  surviving spouse, and on behalf  :
 7  of Decedent's surviving          :
 8  statutory beneficiaries, Kenneth :
 9  Brewer, Jr. and Tina Brewer,     :
10           Plaintiffs,             :
11  v.                               :
12  Air & Liquid Systems Corporation :
13  (sued as successor-by-merger to  :
14  Buffalo Pumps, Inc.),            :
15           Defendants.             :
16
17                          Friday, December 11, 2020
18  Zoom Deposition of:
19              JOHN MADDOX, M.D.
20          A witness, called for examination by counsel
21  for the defendants, pursuant to notice, via Zoom,
22  beginning at 11:14 a.m., before Cheryl K. O'Donnell, a
23  Court Reporter and Electronic Notary Public in and for
24  the Commonwealth of Virginia at Large.
25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
                                                      Page 1

 1   IN THE DISTRICT COURT

 2   11th JUDICIAL DISTRICT

 3   HARRIS COUNTY, TEXAS

 4   _____

 5   CRISTINA LOPEZ and CARLOS LOPEZ,

 6           Plaintiff(s),

 7       v.                                Case No.

 8   BRENNTAG NORTH AMERICA, INC., ET AL    2017-86022-ASB

 9           Defendant(s).

10   _____

11   TELEPHONIC DEPOSITION OF JOHN MADDOX, M.D.

12   DATE:           Wednesday, May 13, 2020

13   TIME:           9:05 a.m.

14   REPORTED BY:    Latrice E. Porter, Notary Public

15   JOB No.:        4046266
```

```
                                                      Page 1
 1              COMMONWEALTH OF KENTUCKY
                JEFFERSON CIRCUIT COURT
 2              CASE NO:  18-CI-03951
                     DIVISION 12
 3  --------------------------------------------x
    MICHAEL CLOUSE,                              )
 4                       Plaintiff               )
                                                 )
 5            -against-                          )
                                                 )
 6  ASSOCIATED DRYWALL SUPPLIERS, INC., d/b/a    )
    LAGRANGE HARDWARE & BUILDING SUPPLY, INC., et al.,)
 7                       Defendants.             )
    --------------------------------------------x
 8
 9
10          TRANSCRIPT of the Virtual Deposition
11  of the witness, JOHN C. MADDOX, MD, taken by Defendant,
12  called for Oral Examination in the above-captioned
13  matter, said deposition being taken pursuant to Federal
14  Rules of Civil Procedure by and before, ELEANOR SEKULIC,
15  a Notary Public on Wednesday, March 17, 2021, commencing
16  at 9:58 a.m.
17
18
19
20
21        PRIORITY-ONE COURT REPORTING, INC.
22     290 West Mount Pleasant Avenue, Suite 2260
23           Livingston, New Jersey  07039
24                  (718) 983-1234
25  Job Number:  4387774
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

```
                                                      Page 1
 1              COMMONWEALTH OF KENTUCKY
                JEFFERSON CIRCUIT COURT
 2              CASE NO:  18-CI-03951
                     DIVISION 12
 3  --------------------------------------------x
    MICHAEL CLOUSE,                              )
 4                       Plaintiff               )
                                                 )
 5            -against-                          )
                                                 )
 6  ASSOCIATED DRYWALL SUPPLIERS, INC., d/b/a    )
    LAGRANGE HARDWARE & BUILDING SUPPLY, INC., et al.,)
 7                       Defendants.             )
    --------------------------------------------x
 8
 9
10          TRANSCRIPT of the Virtual Deposition
11  of the witness, JOHN C. MADDOX, MD, taken by Defendant,
12  called for Oral Examination in the above-captioned
13  matter, said deposition being taken pursuant to Federal
14  Rules of Civil Procedure by and before, ELEANOR SEKULIC,
15  a Notary Public on Wednesday, March 17, 2021, commencing
16  at 9:58 a.m.
17
18
19
20
21        PRIORITY-ONE COURT REPORTING, INC.
22     290 West Mount Pleasant Avenue, Suite 2260
23           Livingston, New Jersey  07039
24                  (718) 983-1234
25  Job Number:  4387774
```