# EXHIBIT FF

# In The Matter Of:
*Archdeacon v.*
*Ameron International Corp., et al.*

*John C. Maddox, MD*
*Vol. I*
*August 06, 2015*



208 E. Plume Street, Suite 214
Norfolk, Virginia 23510
*tel:* 757 627 6554  *fax:* 757 625 7077
*email:* info@zahncourtreporting.com

*Original File 080615kzjm.txt*
*Min-U-Script® with Word Index*

Archdeacon v.  
Ameron International Corp., et al.

John C. Maddox, MD - Vol. I  
August 06, 2015

Page 41

1 documents that I've printed out. And, as I said a
2 minute ago, I estimated 25 to 30 pages perhaps. That's
3 an estimate, not a count.
4        Next I have what's called an asbestos
5 case worksheet. It's kind of torn, unfortunately. But
6 this is what my secretary has recorded as having been
7 received by us and then returned to the law firm.
8        Next I have a -- a FedEx airbill that was
9 created when the material was returned to the law firm
10 on March the 13th.
11        Next I have what's called a Riverside
12 pathology request slip, which is an internal document
13 used by the secretaries to assign an accession number
14 and listing the materials received.
15        So that's -- that's Exhibit Number 31.
16   Q    I did not notice any financial or billing
17 information between you or your facility and the
18 plaintiff's law firm in that summary. Is there one in
19 there that I missed?
20   A    I don't think so.
21   Q    Where are the billing records regarding
22 this matter or how does that work?
23   A    Now, if you're referring to Peninsula
24 Pathology Associates, of which I am a member, billing
25 Simon Greenstone Panatier and Bartlett, we do not keep

Page 42

1 records of that sort here. We use a bookkeeper. That
2 would be J. Moore & Associates located in Roanoke,
3 Virginia.
4        Now, I can estimate for you that we
5 probably bill for about three or three and a half hours
6 of review and photography, and so forth, for that.
7 That's -- that's the usual amount.
8        Now, the billing is done by the company
9 and the -- the payments come in to the company. I am a
10 partner in that professional corporation and I
11 personally would receive approximately 30 percent of
12 what was billed out; 10 -- 10 percent for the cost of
13 billing and then three partners 30 percent each.
14   Q    So is your estimate for all of the work
15 involved leading to the point of preparing and issuing
16 your report for three and a half hours of labor?
17   A    Yes. Yes, sir, that would be correct.
18   Q    And any other materials or laboratory
19 costs?
20   A    I don't think so. I don't see -- I don't
21 see -- let me just check something.
22        I had said that there was no unstained,
23 recuts or paraffin blocks, so no additional
24 immunostains can be prepared.
25        Therefore, we did not have to prepare any

Page 43

1 stains or slides in our lab. We looked at the slides
2 that were already available and rendered a diagnosis
3 based on them, on those slides, as well as the medical
4 records, the pathology reports that perhaps listed a
5 few other stains as well.
6   Q    For three and a half hours, what was the
7 billing rate?
8   A    These were billed at a rate of five
9 hundred dollars per hour.
10   Q    And is that a standard rate for all of
11 the activities that you engage in in dealing with
12 asbestos litigation or do you have different rates for
13 different things?
14   A    The -- the rate was four hundred dollars
15 an hour until very early in 2014 and then it was
16 increased to five hundred dollars an hour.
17        There's some discussion about a special
18 increase for depositions that go longer than four
19 hours; we're thinking about doubling the rate for
20 those. But, other than that, I think it will stay at
21 the five hundred dollars per hour for the foreseeable
22 future.
23   Q    You understand you're under oath.
24   A    Yes, sir, I am under oath.
25   Q    Can you describe to me the -- the billing

Page 44

1 and distribution arrangement again?
2        Five hundred dollars per hour goes to
3 several partners and a portion goes to bookkeeping?
4 Did I get that right? Who -- who are the partners?
5 Can you summarize that for me?
6   A    Okay, sure.
7        The company in question is Peninsula
8 Pathology Associates, Incorporated, which is a
9 professional service corporation. There are three
10 partners, which would be myself, I guess you'd say I'm
11 the senior partner because I'm the oldest, the managing
12 partner is Dr. David Smith, and the other partner is
13 Dr. Michael Schwartz.
14        This corporation has been around for
15 several decades. I can't tell you when it was first
16 incorporated, but, at any rate, we -- we bill for
17 services and the payments come back into the
18 corporation after the -- the cost of billing is
19 deducted by the company, J. Moore & Associates, the
20 accounting and bookkeeping firm, then the remaining
21 90 percent is equally split against the three partners.
22   Q    Have the other two partners, Doctors
23 Smith and Schwartz, done anything with regard to the
24 Archdeacon matter?
25   A    No, sir, they have not.