IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| IN RE: SUBPOENA FOR DOCUMENTS ISSUED TO PENINSULA PATHOLOGY ASSOCIATES | Civil Action No. 4:22-mc-00001 |

**DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES' FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1(A) of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, American International Industries, in the above-captioned action, certifies the following:

American International Industries is a California general partnership owned by Glamour Industries, Co., ARYZ Corp., ERX Corp., RAZY Properties, Inc., and SRYZ Corp. American International Industries is not a corporation; it has no parent corporation, subsidiary, and/or affiliate entity that has issued shares or debt securities to the public; and there is no publicly held company that owns 10 percent or more of its stock.

Respectfully submitted,

Date:  December 2, 2022

AMERICAN INTERNATIONAL INDUSTRIES

By:  */s/ Eric D. Cook*
Eric D. Cook(VSB #68054)
WILLCOX SAVAGE, P.C.

I-2534127.1

       440 Monticello Avenue, Suite 2200
       Norfolk, Virginia 23150
       Telephone: (757) 628-5500
       Facsimile: (757) 628-5566
       *Counsel for Defendant American International Industries*

       And

       By: <u>*/s/ Robert E. Thackston*</u>
       Robert E. Thackston (VSB #27385)
       **LATHROP GPM LLP**
       2101 Cedar Springs Road, Suite 1400
       Dallas, TX 75201-2134
       Telephone: 469.983.6100
       robert.thackston@lathropgpm.com
       *Counsel for Defendant American International Industries*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 2nd day of December, 2022, I electronically filed the ***Defendant American International Industries' Financial Interest Disclosure*** with the Clerk of the Court using the CM/ECF system which will notify all counsel of record of this filing:

       By: <u>*/s/ Eric D. Cook*</u>
         Of Counsel

       Eric D. Cook, Esq. (VSB#68054)
       Willcox Savage, P.C.
       440 Monticello Avenue, Suite 2200
       Norfolk, VA 23510
       Telephone: (757) 628-5500
       Facsimile: (757) 628-5566
       ecook@wilsav.com
       *Counsel for American International Industries*