# Exhibit 3

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------------------------------X
4    BRIAN JOSEPH GREF
                                        Plaintiff,
5
                              ZOOM VIDEOCONFERENCE
6                             VIDEOTAPED DEPOSITION
                                  UNDER ORAL
7                               EXAMINATION OF
                              JACQUELINE MOLINE, M.D.
8
                         against
9
10   AMERICAN INTERNATIONAL INDUSTRIES, individually and
     as successor-in-interest for the CLUBMAN BRAND, and
11   to THE NESLEMUR COMPANY and PINAUD COMPANY, et al.,
12                                      Defendants.
13   Civil Action No: 1:20-cv-05589-GBD-DCF
     ------------------------------------------------------X
14
15   Volume II
16
                    Transcript of the Zoom Videoconference
17   Videotaped Deposition of the witness, called for Oral
     Examination in the above-captioned matter, said
18   deposition taken by and before BRENDA FITZGERALD, a
     Notary Public and Shorthand Reporter, on Friday,
19   September 23, 2022, commencing at 10:05 in the
     forenoon.
20
21
          PRIORITY-ONE COURT REPORTING SERVICES, INC.
22              290 West Mt. Pleasant Avenue
                Livingston, New Jersey 07039
23                    (718) 983-1234
24
25   Job No.: 5418333

Page 207

1
2          STIPULATIONS
3
4        IT IS HEREBY STIPULATED AND AGREED by and among
5   the attorneys for the respective parties herein that
6   the sealing, filing and certification of the within
7   deposition be waived; that such deposition may be
8   signed and sworn to before any officer authorized to
9   administer an oath with the same force and effect as
10  if signed and sworn to before a judge.
11       IT IS FURTHER STIPULATED AND AGREED that all
12  objections, except as to form, are reserved to the
13  time of trial.
14
15              - oOo -
16
17
18
19
20
21
22
23
24
25

Page 209

1
2   A P P E A R A N C E S:
        SIMMONS, HANLY, CONROY, LLC
3           Attorneys for the Plaintiff(s)
            112 Madison Avenue
4           New York, New York 10016
        BY:   JAMES KRAMER, ESQ
5
6
        NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
7           Attorneys for the Defendant(s)
            Colgate-Palmolive Company, as
8           successor-in-interest to the Mennen Co
            105 S  Charles Street, Suite 1600
9           Baltimore, Maryland 21201
        BY:   KATHERINE A  LAWLER, ESQ
10
11
        CLYDE & CO US, LLP
12          Attorneys For Defendant(s)
            Kolmar Laboratories, Inc
13          The Chrysler Building
            405 Lexington Avenue, 16th Floor
14          New York, New York 10174
        BY:   KEVIN C  McCAFFREY, ESQ
15
16      LATHROP GPM LLP
            Attorneys for Defendant(s)
17          American International Industries
            2101 Cedar Springs Road, Suite 1400
18          Dallas, Texas 75201-2134
        BY:   ROBERT THACKSTON, ESQ
19            DAVID ASHDOWN, ESQ
              KURT GREVE, ESQ
20
21
        GOLDBERG SEGALLA, LLP
22          Attorneys for Defendant(s)
            The Procter & Gamble Company, Shulton Inc
23          1037 Raymond Boulevard, Suite 1010
            Newark, New Jersey 07102-5423
24      BY:   DAVID E  RUTKOWSKI, ESQ
25

Page 208

1
2             I N D E X
3
4   WITNESS            EXAMINATION BY    PAGE
5   Jacqueline Moline, M.D.  Mr. Thackston    211, 304
6              Mr. Kramer        293
7              Mr. Kozak         297
8
9             EXHIBITS
10  MOLINE      DESCRIPTION      FOR IDENT
11  18   2019 article by Michele Carbone    213
12  19   Morbidity and Mortality Weekly Report   244
13  20   2022 CDC Morbidity and Mortality Weekly
             Report            267
14
    22   Photograph of MAS Project M71373,
15       Pinaud Clubman container      277
16  23   2018 article by Jiang        311
17
18  (There is no Exhibit 21.  Exhibits retained by
    counsel.)
19
            - oOo -
20
21
22
23
24
25

Page 210

1
2   A P P E A R A N C E S: (Cont'd)
3
4   LANDMAN, CORSI, BALLAINE & FORD, P.C.
        Attorneys for Defendant(s)
        Whittaker Clark & Daniels
5       One Gateway Center, 22nd Floor
        Newark, New Jersey, 07102
6   BY:   CHRISTOPHER S. KOZAK, ESQ.
7
8       Also Present:
9           Bob Jorissen, videographer
10
            - oOo -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 211

1
2     VIDEOGRAPHER:  Good morning.  We are
3  going on the record at 10:05 a.m. Eastern Daylight
4  Time on Friday, September 23rd, 2022.
5        This is media unit one of the remote
6  video recorded deposition of Dr. Jacqueline Moline in
7  the matter of Brian Joseph Gref versus asbestos,
8  filed in the United States District Court, Southern
9  District of New York, docket number 120-cv-05589.
10        The court reporter is Brenda Fitzgerald.
11  My name is Bob Jorissen, certified legal video
12  specialist.  We are both here today representing the
13  firm Priority-One, a Veritext company.
14        Appearances will be noted on the
15  stenographic record.  As all parties to this
16  proceeding do stipulate as to their acceptance of
17  this remote video arrangement and the court reporter
18  swearing in the witness remotely, would the court
19  reporter please swear the witness.
20  J A C Q U E L I N E   M O L I N E, having been first
21  duly sworn by a Notary Public of the State of New
22  York, was examined and testified as follows:
23  EXAMINATION BY
24  MR. THACKSTON:
25        VIDEOGRAPHER:  Go ahead, Counselor.

Page 212

1        Jacqueline Moline, M.D.
2     Q.    Good morning, Dr. Moline.  Can you hear
3  me okay?
4     A.    You got my name right, yes.  Good
5  morning.
6     Q.    Dr. Moline, this is a continuation of
7  your deposition in the Gref case.  Have you received
8  some additional materials in this case since the
9  beginning of your deposition on July 6th?
10     A.    I don't believe so.
11     Q.    Some materials have been produced to us
12  in the last couple of days, one was an exposure
13  testimony summary for Brian Gref.
14        Do you know when you first received the
15  exposure testimony summary?
16     A.    I don't know -- I'm sorry, there's so
17  much paper.  Yes, I received it, I honestly do not
18  recall, but it was before the first deposition.
19        MR. KRAMER:  Yes, I'll just put on the
20  record, this is James Kramer, that that exposure
21  summary I believe was the subject of some questioning
22  on day one and was produced prior to the first
23  volume.
24     Q.    Doctor, do you have the opinion that
25  Mr. Gref suffers from peritoneal mesothelioma?

Page 213

1        Jacqueline Moline, M.D.
2     A.    Based on the medical records, yes.
3     Q.    And you have the opinion that his
4  peritoneal mesothelioma was caused by exposure to
5  asbestos?
6     A.    Correct.
7     Q.    Are you familiar with what we marked as
8  number 18, the Carbone article in the journal of
9  Cancer titled, quote, Mesothelioma:  Scientific Clues
10  For Prevention, Diagnosis and Therapy?
11     A.    You know, Dr. Carbone is a prolific
12  author.  If you would like me to know if I'm familiar
13  with the article, you will have to show it to me.
14  Just off the top of my head I can't answer the
15  question.
16     Q.    We're about to show it to you and mark
17  it as Exhibit 18.
18        (Whereupon, 2019 article by Michele
19  Carbone and others was received and marked Moline
20  Exhibit 18, for identification, as of this date.)
21        MR. THACKSTON:  Please allow screen
22  share.
23        VIDEOGRAPHER:  Yes, I will.
24     Q.    Doctor, we are displaying on the screen
25  an article that I believe you've been shown before

Page 214

1        Jacqueline Moline, M.D.
2  titled Mesothelioma:  Scientific Clues for
3  Prevention, Diagnosis and Therapy in the journal of
4  Cancer, published in 2019.
5        Have you seen that before?
6     A.    If I did it was three years ago.  I have
7  not read it recently and I can't comment on its
8  content.
9     Q.    You don't recall being shown that in a
10  deposition within the last several months and
11  portions of it being pointed out to you?
12     A.    With all respect, Mr. Thackston, I have
13  a lot of things going on and I don't remember what
14  happened several months ago in a particular day at a
15  particular time in a particular case in a particular
16  deposition, so, no, I do not recall.
17     Q.    Let me direct your attention to page 421
18  of that article.  On page 421 of the article it has a
19  heading on it --
20     A.    I apologize for interrupting you, but
21  the print is way too small for me to be able to read
22  anything on the page.  I can't even see the page
23  number.  There's the page number so thank you.
24     Q.    We're displaying a view that shows at
25  the bottom of the page that it is 421, volume 69,

3 (Pages 211 - 214)

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

Page 215

1    Jacqueline Moline, M.D.
2  number five, September/October 2019.
3    You can see all of that, right?
4    A.   Correct.
5    Q.   If we move up on the page a little bit,
6  there's a heading that's larger bold print that says
7  Unique Characteristics of Peritoneal Mesothelioma.
8    Do you see that?
9    A.   Yes.
10    Q.   This says -- I want to ask you if you
11  agree with this statement. It says first, "diffuse
12  malignant peritoneal mesothelioma (MPeM) represents
13  approximately 15 to 20 percent of all mesothelioma
14  diagnoses." Do you agree with that?
15    MR. KRAMER: Counsel, before the answer
16  comes, can I just have a running objection to an
17  article that she doesn't recall and is not relying on
18  or hasn't been asked about that?
19    MR. THACKSTON: Yes.
20    MR. KRAMER: Thanks.
21    A.   I think the numbers vary in terms of the
22  percentages of peritoneal mesotheliomas. Some places
23  it's quoted as less than that. It's probably around
24  ten to 15 percent, but I think it varies depending on
25  the population that's being evaluated and the time

Page 216

1    Jacqueline Moline, M.D.
2  frame and on a variety of other factors.
3    Q.   Have you ever published anything on the
4  percentages of mesotheliomas that are peritoneal
5  versus pleural?
6    A.   Not specifically.
7    Q.   The article also states, quote, although
8  it shares many similarities with the pleural form of
9  mesothelioma, it has many unique features, end of
10  quote. Do you agree with that statement?
11    A.   That's sort of a very generic statement.
12  I don't know -- I'm assuming that they're going to
13  expound on what they feel the unique features are,
14  but it rises in a different area, it's often more
15  diffuse, as they say in the next line, but I don't
16  know how I would consider it purely unique.
17    Q.   Would you agree, I'm not referring
18  specifically to the article now, but would you agree
19  that peritoneal mesothelioma occurs in the abdominal
20  cavity and pleural mesothelioma occurs in the chest
21  cavity?
22    A.   You're asking me for a factual answer.
23  It's not an opinion. It is a fact, yes, that is by
24  definition where those occur. The pleura is the
25  chest, the peritoneum is the abdomen.

Page 217

1    Jacqueline Moline, M.D.
2    Q.   Back to the article. It states, quote,
3  in contrast to pleural mesothelioma, MPeM is rarely
4  associated with asbestos exposure; in a large series,
5  only eight percent of patients reported exposure, and
6  MPeM afflicts men and women equally, as anticipated
7  when mesothelioma is not caused by occupational
8  exposure (see above) 193, 194, end of quote.
9    That's what Dr. Carbone and a number of
10  other authors wrote in 2019, correct?
11    MR. KRAMER: Objection to form.
12    A.   They wrote in the referencing articles
13  193, 194, which I don't know what they are. It's
14  basing that opinion that they're stating on one
15  article. There are certainly others that have
16  different percentages.
17    Q.   Let's look at 193 and 194. They are on
18  page 429. Footnote 193 is Lee M, Alexander HR, Burke
19  AP. Diffuse mesothelioma of the peritoneum: A
20  pathological study of 64 tumors treated with
21  cytoreductive therapy in Pathology 2013, volume 45,
22  pages 464 to 473.
23    Are you familiar with that article?
24    A.   I have read some of Dr. Alexander's
25  work. I don't know if I've read that specific

Page 218

1    Jacqueline Moline, M.D.
2  article. These were published about nine years ago,
3  so I've certainly seen some of them. I couldn't
4  quote what is in a particular article or reference
5  what percentages. So, I'm vaguely familiar with
6  them. I have read some of Dr. Alexander's work in
7  the past. I don't know if it's that specific
8  article. I would have to see the article and read
9  through it again to refresh my recollection.
10    Q.   Article 194, footnote 194 is an article
11  by Liu, L-i-u, S; Staats, S-t-a-a-t-s, P; Lee M;
12  Alexander HR; Burke AP. Diffuse mesothelioma of the
13  peritoneum: Correlation between histological and
14  clinical parameters and survival in 73 patients in
15  the journal Pathology 2014, volume 46, pages 604 to
16  609. Are you familiar with that article?
17    A.   The same answer I gave you before, which
18  is I have read some of Dr. Alexander's work, and I'm
19  picking Dr. Alexander because that's the name that I
20  recognize as opposed to the first author of 193 is
21  Lee, of 194 is Liu. I don't recall if I've read one
22  or both of them and if I did, it was several years
23  ago and I don't have a specific recollection of the
24  contents of these articles.
25    Q.   Can we go back to page 421 of the

4 (Pages 215 - 218)

Jacqueline Moline, M.D.

1
2 Carbone article.  It says, however, when MPeM -- I'm
3 just going to say peritoneal mesothelioma.  When
4 peritoneal mesothelioma occurs in individuals exposed
5 to asbestos, they usually have a higher lung fiber
6 burden than those with pleural mesotheliomas,
7 possibly because a higher burden is required for
8 asbestos fibers to bypass the lung filter and reach
9 the peritoneum in sufficient amounts to cause
10 mesothelioma, end of quote.
11        First of all, do you agree that patients
12 with peritoneal mesothelioma usually have a higher
13 lung burden, lung fiber burden than those with
14 pleural mesothelioma?
15        MR. KRAMER:  Objection to form,
16 overbroad.
17    A.    I think that when they looked
18 historically that might have been the case.  I think
19 that there are ample articles that do not have that
20 distinction now.  I don't know, again, what they're
21 referencing.  We can look at those references and see
22 if they are related to what they found in the
23 insulators from the 1960s in reference 24 or 196 or
24 196.  I think they often don't have a fiber burden
25 analyses in folks with peritoneal mesothelioma now

Jacqueline Moline, M.D.

1
2 since they're not obtaining lung tissue just for the
3 sake of obtaining tissue.
4    Q.    Let's look at those footnote articles on
5 page 423.  If you look at page 423, there's a heading
6 that says References, reference number 24 is Dodson
7 RF, O'Sullivan M, Corn CJ, McLarty, JW, Hammar, SP.
8 Analysis of asbestos fiber burden in lung tissue from
9 mesothelioma patients in the Journal Ultrastructural
10 Pathology, 1997, volume 21 at 321 - 336.
11        Are you familiar with that article?
12    A.    I've read several of Dr. Dodson's
13 articles.  In all likelihood, I read this article
14 15 years ago, but, again, I need the article to
15 refresh my recollection.
16    Q.    Do you consider -- that's Dr. Ron
17 Dodson, you consider him to be an expert on issues
18 relating to lung pathology and asbestos, don't you?
19        MR. KRAMER:  Objection to form.
20    A.    Dr. Dodson is -- with respect to fiber
21 burden, he's written a number of articles.  I think
22 he's one of the researchers who's looked at the
23 migration of asbestos throughout the body more so
24 than anyone else, and I definitely think he's a
25 clinician who is well versed in what he does.

Jacqueline Moline, M.D.

1
2    Q.    When you say clinician, he's not a
3 medical doctor, is he?
4    A.    I think he's -- I don't believe he's an
5 M.D., I think he's a Ph.D., and he's a microscopist.
6    Q.    You're familiar with the last author
7 there Hammar SP, is that Dr. Sam Hammar?
8    A.    Familiar by name.  I've never met the
9 man or if I did, it was 30 years ago, but I don't
10 have a specific recollection of meeting him.
11    Q.    Do you know if he was a co-author on a
12 textbook on pulmonary pathology?
13    A.    The name, I believe so, yes.
14    Q.    The other article cited or other
15 references were 195 and 196.  195, Reid A, Berry,
16 B-e-r-r-y, G, de Klerk, d-e K-l-e-r-k, N, et al.  Age
17 and sex differences in malignant mesothelioma after
18 residential exposure to blue asbestos (crocidolite)
19 in the journal Chest 2007, volume 131, pages 376 to
20 382.  Are you familiar with that article?
21    A.    Again, I've read Dr. Reid's work.  I
22 don't know if I probably saw this article many years
23 ago.  And, Mr. Thackston, if I could ask that you
24 speak off a little off, you're trailing off at the
25 end and it's difficult to hear you.

Jacqueline Moline, M.D.

1
2    Q.    Sure.  Reference 196, Reid A, de Klerk
3 N, Ambrosini, A-m-b-r-o-s-i-n-i, G, Olsen N, Pang SC,
4 Musk AW.  The additional risk of malignant
5 mesothelioma in former workers and residents of
6 Wittenoom, W-i-t-t-e-n-o-o-m, with benign pleural
7 disease or asbestosis in the journal of Occupational
8 and Environmental Medicine, 2005, volume 62, pages
9 665 to 669.
10        Are you familiar with that article?
11    A.    Again, I'm not sure.  I read Dr. Reid's
12 work.  They've written extensively about Australia
13 and particularly that region of Australia.
14        In all likelihood, I've seen the
15 article, but, again, it was published 17 years ago,
16 so I don't have specific recollection of the contents
17 of that article as I sit here right now.
18    Q.    Back to 421, a few more questions about
19 this article.  Dr. Carbone's article, 421, says
20 proportionally --
21    A.    Sorry, where are you?
22    Q.    The middle of the page?
23    A.    Thank you.
24    Q.    "Proportionally, MPeM is observed in
25 carriers of germline mutations more often than

Page 223

Jacqueline Moline, M.D.

1          Jacqueline Moline, M.D.
2  pleural mesothelioma, especially among patients who
3  do not report asbestos exposure."
4       Do you agree with that statement?
5     A.   Again, it's a very general statement.  I
6  don't have an opinion specifically.  I think it's a
7  small number of folks that have had -- again, I
8  don't -- you can show me the references -- I don't
9  know if I've read them or recall them -- with respect
10  to where the proportions of germline mutations might
11  be and which germline mutations they're speaking
12  about.
13     Q.   This article also states, quote, a
14  history of previous abdominal surgeries is common in
15  these patients, supporting the theory that chronic
16  inflammation, caused by asbestos, by other fibers, or
17  after previous surgeries, promotes the malignant
18  growth of mesothelial cells.
19       Do you agree with that statement?
20       MR. KRAMER:  Objection, vague and
21  overbroad.
22     A.   Again, this is a review article.
23  They're referencing reference number two that's
24  talking about that.  There isn't a large body of
25  literature that I'm familiar with with respect to the

Page 224

1          Jacqueline Moline, M.D.
2  idea of prior abdominal surgeries promoting
3  mesothelial growth or promoting malignant
4  mesothelioma.
5       I don't know what they're referencing in
6  number two.  They're referencing the same articles
7  they talked about before, but I don't know what
8  reference number two is, and a review article is just
9  basically summarizing other people's work.
10     Q.   Have you published anything on the
11  percentage of peritoneal mesotheliomas that you
12  believe to be related to asbestos exposure?
13     A.   I have not specifically published any
14  papers on peritoneal mesothelioma.
15     Q.   What literature do you rely upon for
16  your opinion that Mr. Gref's peritoneal mesothelioma
17  is related to or was caused by asbestos exposure?
18     A.   I think we can look at literature dating
19  back to some of the Selikoff where there's peritoneal
20  mesotheliomas related to asbestos exposure and
21  insulators.  There's Creighton, there's Welch,
22  there's Rodelsperger.  I think some of the Chinese
23  studies like Jiang where they talk about peritoneal
24  mesotheliomas in workers.  I think I've talked about
25  this several times in the past.

Page 225

1          Jacqueline Moline, M.D.
2     Q.   Do you in your report in this case, I
3  believe we already marked it, in your report in this
4  case, do you identify the authorities that you rely
5  upon for your opinion that Mr. Gref's peritoneal
6  mesothelioma was caused by asbestos exposure?
7     A.   I don't understand what you're asking
8  me.
9     Q.   You were giving us some references and
10  it just occurred to me that I should cross-reference
11  the report, your report in this case marked as
12  Exhibit 3 to see where in your report we would look
13  to find what reference you rely upon for your opinion
14  that Mr. Gref's peritoneal mesothelioma was caused by
15  asbestos exposure.
16       MR. KRAMER:  Objection to form.
17     A.   I don't believe in the report I
18  specifically have a section about peritoneal
19  mesothelioma.  I think it's -- there's no specific
20  section that I've written specifically about
21  peritoneal mesothelioma.
22     Q.   You said generally the literature that
23  you would rely upon for an opinion that Mr. Gref's
24  mesothelioma, peritoneal mesothelioma was caused by
25  asbestos, you mentioned Dr. Selikoff.

Page 226

1          Jacqueline Moline, M.D.
2       Dr. Selikoff studied professional
3  insulators, right, who used thermal insulation as
4  part of their job?
5     A.   Right, I said that.
6     Q.   So those were people that had heavy
7  occupational exposures to asbestos, right?
8     A.   Correct.
9       MR. KRAMER:  Objection to form.
10     Q.   You mentioned Dr. Creighton.  Did
11  Dr. Creighton do original research of a particular
12  population relating to peritoneal mesothelioma?
13       MR. KRAMER:  Objection to form.
14     A.   Did he do an original, what do you mean
15  by original?
16     Q.   Well, you mentioned earlier a review
17  article versus original research.  Did Dr. Creighton
18  do original research that he reported on relating to
19  peritoneal mesothelioma and asbestos exposure?
20       MR. KRAMER:  Form and mischaracterizes.
21     A.   My recollection is it was a -- I don't
22  recall if it was a case control or it was a paper,
23  but the topic of it was definitely related to
24  mesothelioma.
25     Q.   Was it related to peritoneal

6 (Pages 223 - 226)

Page 227

Jacqueline Moline, M.D.

1     Jacqueline Moline, M.D.
2  mesothelioma and the circumstances under which it can
3  be linked to asbestos exposure?
4     A.   It was specifically related to
5  peritoneal mesothelioma and it was specifically
6  related to individuals who had asbestos exposure.
7     Q.   Do you cite Dr. Creighton's article in
8  your report in this case?
9     A.   I don't believe so.  I would have to go
10  through the report again to see.
11     Q.   Do you have your report there with you
12  on the computer or just a hard copy?  How do you have
13  your report?
14     A.   I have a hard copy of it.
15     Q.   Is it searchable?  Do you have it
16  available in a searchable format?
17     A.   I'm on a screen with you now, so I
18  either go off the screen or --
19     Q.   That's okay.
20     MR. KRAMER:  If it helps, Counsel, on
21  page 12 of the reference list, number 223 is an
22  article by Creighton, I believe it's the one we're
23  talking about if that's where you want to go to.
24     MR. THACKSTON:  I appreciate that.  Let
25  me get the witness to answer the question first.

Page 228

1     Jacqueline Moline, M.D.
2     A.   I'm sorry, I can't hear anything you're
3  saying, Mr. Thackston.  You need to turn the volume
4  up.
5     Q.   I said to Mr. Kramer that I appreciated
6  his offer, but I would prefer the witness answer the
7  question.  I will check my microphone.
8     Dr. Moline, are you able to point me to
9  anywhere in your report where you cite Dr. Creighton?
10     A.   No.
11     Q.   You also mentioned Welch, who is Welch?
12     A.   Dr. Laura Welch.
13     Q.   Has Dr. Laura Welch published any
14  original research on peritoneal mesothelioma and the
15  circumstances under which it can be attributed to
16  asbestos exposure?
17     MR. KRAMER:  Objection to form.
18     A.   She's published a number of articles.
19  The article I was thinking about was looking at
20  individuals, college graduates with peritoneal
21  mesothelioma, looking at the characteristics of them.
22  I don't believe -- I think it would be considered
23  original research rather than a review article.
24     Q.   Do you cite that Welch article in your
25  report?

Page 229

1     Jacqueline Moline, M.D.
2     A.   I don't believe so.
3     Q.   Is there a section of your report that
4  relates to your opinion that you believe Mr. Gref's
5  peritoneal mesothelioma was caused by asbestos?
6     A.   There's a section in general where I go
7  through questions relating to whether Mr. Gref's
8  mesothelioma was caused by his exposure.  It's on
9  page 21.  It does not specifically separate
10  peritoneal versus pleura.
11     Q.   You referred us to page 21.  There is a
12  heading, we are displaying that in the deposition now
13  on the screen, there's a heading that says, quote,
14  Applying an Accepted Method for Evaluating Disease
15  Causation in an Individual, end of quote.
16     Is that the right spot in your report
17  that we should look for your opinions on causation
18  between Mr. Gref's peritoneal mesothelioma and
19  asbestos exposure?
20     A.   That's part of it, yes.  There's also
21  other areas starting on more general comments on
22  asbestos contaminated talc and disease starting on
23  page 18 that continues through page 21, and then the
24  opinions related to Mr. Gref continue on page 22.
25     Q.   Let's go back to page 21.  Under page 21

Page 230

1     Jacqueline Moline, M.D.
2  under the Applying an Accepted Method for Evaluating
3  the Disease Causation in an Individual, you say that,
4  quote, in deciding whether Mr. Gref's mesothelioma
5  was caused by his exposure to asbestos, I applied the
6  methodology that was described by Welch, et al. in
7  her paper Asbestos Exposure Causes Mesothelioma, but
8  Not This Asbestos Exposure: An Amicus Brief to the
9  Michigan Supreme Court, published in 2007 in the
10  International Journal of Occupational and
11  Environmental Health, end of quote.
12     Did I read that correctly?
13     A.   Yes.
14     Q.   So, you're relying on an article that
15  was originally a brief, a legal brief filed in a
16  case, right?
17     A.   No, it was converted into a journal
18  article.  It was not the actual Amicus Brief.
19  Excerpts from the Amicus Brief might have been
20  included in the article, but it was converted into a
21  medical journal article.  It was not a court document
22  Amicus Brief, it was a medical article.
23     Q.   I'm just reading what your report says.
24  It says --
25     A.   That's the title of the paper, but the

7 (Pages 227 - 230)

Page 231

Jacqueline Moline, M.D.

1 article that I'm referencing came in the medical
2 literature, it was not from the actual legal
3 document.
4
5 Q. It looks like it was something that was
6 submitted first as an Amicus Brief to the Michigan
7 Supreme Court and then published in the International
8 Journal of Occupational and Environmental Health,
9 true?
10 MR. KRAMER: Objection to form.
11 A. That's my understanding.
12 MR. KRAMER: Calls for speculation.
13 A. You'll have to ask Dr. Welch this
14 question, she's the one who published it.
15 Q. Was the International Journal of
16 Occupational and Environmental Health the journal
17 that was owned by Dr. David Egilman at that time?
18 MR. KRAMER: Objection to form, calls
19 for speculation.
20 A. I'm sorry. Did you ask if it was owned
21 by him?
22 Q. Yes.
23 MR. KRAMER: Same objections.
24 A. My understanding is it was owned by
25 Taylor & Francis, which is a publishing house. I

Page 232

Jacqueline Moline, M.D.

1 don't think he had an ownership stake in it, but I
2 don't know.
3
4 Q. Has he ever had an ownership stake? You
5 know who Dr. David Egilman is, right?
6 MR. KRAMER: Objection to the prior
7 question.
8 A. I know who Dr. Egilman is, yes.
9 Q. Has he ever had an ownership interest in
10 the International Journal of Occupational and
11 Environmental Health?
12 MR. KRAMER: Form, lacks foundation,
13 calls for speculation.
14 A. I have no idea.
15 Q. Has he ever been an editor of that
16 journal?
17 A. I believe at one point he was an editor
18 of that journal.
19 Q. Has he ever been a peer reviewer for
20 that journal?
21 A. I don't know. The peer review process
22 is actually supposed to be anonymous so that you
23 don't know who the peers are, and I don't know, I
24 haven't looked at the journal to see the list of
25 reviewers over the years. I couldn't tell you.

Page 233

Jacqueline Moline, M.D.

1
2 Q. Do you know whether the journal ever
3 published a statement that says the editor has the
4 right to be the sole peer reviewer of an article?
5 MR. KRAMER: Objection, lacks
6 foundation, calls for speculation.
7 A. I am not familiar with that particular
8 statement. I'm not familiar with it.
9 Q. You state that you're borrowing -- let
10 me just quote it. Quote, this method mirrors the
11 Hill criteria, but is specific for asbestos (see also
12 Lemen). Similar methodology for assessing causation
13 for individuals exposed to asbestos who developed
14 asbestos-related diseases was also outlined by
15 Freeman. In this paper, Dr. Welch identifies four
16 questions that should be examined in the causation of
17 disease in an individual.
18 Did I generally get that right?
19 A. Generally.
20 Q. Who is Freeman? It says outlined by
21 Freeman, but it doesn't say anything about where or
22 who.
23 A. Freeman is on my reference list. It's
24 an article by Freeman. I think it's either 2012 or
25 something along those lines.

Page 234

Jacqueline Moline, M.D.

1
2 Q. Who is Freeman?
3 A. Freeman is a physician who wrote an
4 article about causation methodology.
5 Q. Do you know what's the full name?
6 A. I believe it's Michael Freeman.
7 Q. This says that Dr. Welch identifies four
8 questions that should be examined: "One, was the
9 individual exposed to a toxic agent? Two, does the
10 agent cause the disease present in the individual?
11 Three, was the individual exposed to this substance
12 at a level where the disease has occurred in other
13 settings? Four, have other competing explanations
14 for the disease been excluded?", right?
15 A. Correct.
16 Q. For your analysis under this rubric, did
17 you separate peritoneal mesothelioma or did you
18 consider peritoneal and pleural mesothelioma
19 together?
20 A. The rubric is used on each individual
21 case, so it's not a rubric, there's no separate
22 rubric for pericardial, tunica vaginalis, pleural or
23 peritoneal, which are the four areas in which
24 mesothelioma can arise. It's a general methodology
25 that does not discriminate between source or location

8 (Pages 231 - 234)

Page 235

1         Jacqueline Moline, M.D.
2   of tumor.
3        Q.    For number two, quote, does the agent
4   cause the disease present in the individual, end of
5   quote, you did not apply that to the disease
6   peritoneal mesothelioma, correct?
7            MR. KRAMER:  Objection,
8   mischaracterizes.
9        A.    In my opinion I can apply that disease.
10  Peritoneal mesothelioma has been associated with
11  asbestos exposure, so that's the opinion that I have
12  stated multiple, multiple times, and I continue to
13  have that opinion so, yes, I can say that.
14           MR. THACKSTON:  Object to the
15  responsiveness.
16       A.    I don't know what's unresponsive of me
17  giving an answer to your question.
18           MR. KRAMER:  It's okay, Dr. Moline.
19  Let's wait for the next question.
20           THE WITNESS:  Okay.
21       Q.    Let me read a statement from page 421.
22  For question number two, there is ample literature
23  that asbestos causes mesothelioma and no dispute in
24  the medical literature, end of quote.
25           That statement, first of all, did I read

Page 236

1         Jacqueline Moline, M.D.
2   that correctly?
3        A.    Yes.
4        Q.    That statement is general as to all
5   types of mesothelioma, it's not specific to
6   peritoneal mesothelioma, correct?
7            MR. KRAMER:  Form, compound.
8        A.    It's a general statement.
9        Q.    With respect to question number two in
10  the protocol that you followed, the term, quote,
11  agent, in this case, did you use that term to mean
12  the particular products of the individual defendants
13  or did you mean asbestos generally?
14           MR. KRAMER:  Objection to form.
15       A.    I didn't pick the word agent.  I don't
16  think I would use that word if I were developing
17  these questions because I think agent is a very vague
18  phrase, but I was thinking about it in terms of the
19  overall exposure, it was not a particular product per
20  se, it was what is the overall exposure that the
21  individual has.
22       Q.    Well, by agent, the way you applied that
23  term in your report and for your opinions, you were
24  not considering the agent to be cosmetic talc, right?
25           MR. KRAMER:  Form.

Page 237

1         Jacqueline Moline, M.D.
2        A.    I don't know how you are getting to that
3   conclusion from what I have just said.  I was
4   speaking in this to does the agent in this case, it
5   was asbestos, the source of asbestos was cosmetic
6   talc, so that's where I was going.
7        Q.    So, you're answering the question in the
8   first sentence following the numbered sentences, you
9   say, quote, for question number two there's ample
10  literature that asbestos causes mesothelioma and no
11  dispute in the medical literature, right?
12           MR. KRAMER:  Objection to form.
13       A.    I'm sorry, repeat your question, I
14  didn't hear it, or repeat your statement.  I just
15  didn't hear what you said.
16       Q.    Let me just ask you generally.  You got
17  the list of what you say are the four questions that
18  should be examined and the causation of the disease,
19  right?
20       A.    I'm using an accepted methodology that's
21  been published by Dr. Welch, yes.
22       Q.    You list four questions and then you
23  answer question number two, right, where you say,
24  this is the first full sentence after the list of
25  four begins with, quote, for question number two,

Page 238

1         Jacqueline Moline, M.D.
2   right?
3            MR. KRAMER:  Objection form.
4        A.    Yes.
5        Q.    It says, "there is ample literature that
6   asbestos causes mesothelioma and no dispute in the
7   medical literature," right?
8        A.    That's what it says, yes.
9        Q.    Would you agree with me that you could
10  have in this case made question number two, does
11  cosmetic talc cause the disease peritoneal
12  mesothelioma, right?
13           MR. KRAMER:  Objection to form.
14       A.    That's not how I view it, that's not how
15  I used it.  I'm not going to change my methodology
16  just to suit you.
17           MR. THACKSTON:  Object to the
18  responsiveness.
19       Q.    Well, the individual in this case
20  suffers from peritoneal mesothelioma, right?
21       A.    The individual in this case suffers from
22  mesothelioma, yes.
23       Q.    Of the subtype peritoneal, right?
24       A.    It's not the subtype, it's the location.
25  A subtype would be epithelial.  If you want to use

9 (Pages 235 - 238)

Page 239

Jacqueline Moline, M.D.

2 the nomenclature, use the correct nomenclature.
3 Peritoneal is location.  Subtype is inferring the
4 pathological subtype.
5      Q.    Let me do -- use layperson's term
6 because I'm a layperson presumably and so will the
7 jury be.
8            You would agree with me that -- you
9 agreed with me earlier that the peritoneal area, the
10 stomach area is different than the lung area, right?
11      MR. KRAMER:  Objection to form.
12      A.    I would not define it as stomach.
13 Stomach is in the upper part of the abdomen.  I would
14 describe it as the abdominal cavity.  Stomach is even
15 more vernacular and maybe someone might refer to it
16 as the stomach, but even a layperson understands
17 usually the term abdomen.
18      Q.    Abdominal cavity is further away from
19 the nose than the pleural cavity or the chest cavity,
20 right?
21      MR. KRAMER:  Objection, relevance.
22      A.    Yes.
23      Q.    You have not evaluated specifically
24 whether there's literature that supports the idea
25 that cosmetic talc even if adulterated with trace

Page 240

Jacqueline Moline, M.D.

2 levels of asbestos has been linked to peritoneal
3 mesothelioma, have you?
4      MR. KRAMER:  Objection to form.
5      A.    There is not a lot of literature related
6 to that in general.  There are certainly cases where
7 it has been described in individuals with exposure to
8 cosmetic talc that have developed peritoneal
9 mesotheliomas in the literature.
10      Q.    So, you're saying that the only
11 literature you're aware of relating to cosmetic talc
12 and peritoneal mesothelioma are case reports of
13 someone who had mesothelioma, peritoneal mesothelioma
14 and also used cosmetic talc, right?
15      MR. KRAMER:  Objection, misstates.
16      A.    I'm sorry, I didn't hear the second
17 half.  You're fading out.
18      Q.    The only literature that you're aware of
19 relating to peritoneal mesothelioma and cosmetic talc
20 are case reports of people who have been diagnosed
21 with peritoneal mesothelioma who also used cosmetic
22 talc, right?
23      A.    I think that I'm referring to case
24 series as well as case reports.  I'm also referring
25 to -- I believe in other cases where they've looked

Page 241

Jacqueline Moline, M.D.

2 at tissue and found in cases where mesothelioma has
3 been present, they've looked at lung fiber burden and
4 found characteristic findings of -- well, they found
5 asbestos fibers that are characteristically found in
6 talcum powder, so they found the same type of fibers
7 that are not seen typically in commercial talc
8 powder -- in commercial asbestos, but are seen in
9 talcum powder.
10      Q.    In looking at your paragraph related to
11 question number two, the cite that I see, the last
12 sentence says -- it's also related to number three --
13 quote, as described above and recently referenced by
14 the Center for Disease Control -- there was no cite
15 for that, right, referenced by the Center for Disease
16 Control, you don't have a footnote and you don't have
17 an article, right?
18      MR. KRAMER:  Objection to form.
19      A.    It's on my reference list, but I don't
20 have a specific citation.  It was from the MMWR
21 report.
22      Q.    Your reference list, how many items are
23 on your reference list?
24      A.    Currently there's about 505 or
25 something, but there aren't that many that are from

Page 242

Jacqueline Moline, M.D.

2 the CDC.
3      Q.    Somebody would have to go read it and
4 try to find the Center for Disease Control in one of
5 the 500 items?
6      MR. KRAMER:  Objection to form.
7      A.    The list is not alphabetical, so, yes,
8 they would have to go and find that because I do not
9 give a specific reference.
10      Q.    Do you know whether that -- what's the
11 name of that article?
12      A.    It's Mazurek, I believe, from 2017.
13      Q.    What page is that on your reliance list?
14      A.    I don't have an up-to-date reliance list
15 that I'm looking at, so I don't know what page it's
16 on, but if you look under "M", the letter "M" as in
17 Mary, you can find it, the last name is
18 M-a-z-u-r-e-k.
19      Q.    What's the title of the article?
20      A.    The author should be easier to find than
21 the title.  Malignant mesothelioma mortality - United
22 States, 1999 to 2015, Centers for Disease Control and
23 Prevention:  Morbidity and Mortality Weekly Report,
24 66, volume 8, pages 214 to 218, March 3rd, 2017.
25      Q.    Is there a statement in that article

Page 243

Jacqueline Moline, M.D.

1      Jacqueline Moline, M.D.
2 about the percentage of peritoneal mesotheliomas that
3 have been linked to asbestos exposure?
4    A.   I don't recall. That wasn't the purpose
5 of that reference, but I don't recall.
6    Q.   Criteria number three mentions what you
7 call analogous exposure scenarios.
8      Does that article referenced by the CDC
9 relate to exposure scenarios involving alleged trace
10 contamination of cosmetic talc?
11    A.   The article from the CDC is talking
12 about mesothelioma in individuals and they reference
13 that cosmetic talc may be a cause is my recollection.
14 I don't recall, I don't believe the reference
15 specifically separated it out, the location of the
16 mesothelioma.
17      We've been going an hour, I would like a
18 stretch break, please.
19    Q.   Sure.
20      VIDEOGRAPHER: We'll be going off the
21 record at 11:01 a.m.
22      (A recess was taken.)
23      VIDEOGRAPHER: We're back on the record
24 at 11:11 a.m. Quick correction to the read in, this
25 is actually volume two of Dr. Moline.

Page 244

1      Jacqueline Moline, M.D.
2      Go ahead, Counselor.
3    Q.   Dr. Moline, when we took a break we were
4 talking about an article on your reliance list that
5 that's not directly referenced in your report; is
6 that on the screen now, Malignant Mesothelioma
7 Mortality?
8      MR. KRAMER: Objection to form.
9    Q.   Do you see the article on your screen
10 now?
11    A.   No.
12    Q.   You don't see Malignant Mesothelioma
13 Mortality, United States 1999 to 2015?
14    A.   Now I do. Before I did not. There was
15 something else there.
16    Q.   It's coming from my computer. Is it now
17 zoomed, enlarged so you can read the title?
18    A.   Yes.
19    Q.   We'll make this number 19.
20      (Whereupon, Morbidity and Mortality
21 Weekly Report was received and marked Moline
22 Exhibit 19, for identification, as of this date.)
23    Q.   This is called the Morbidity and
24 Mortality Weekly Report, correct?
25    A.   It's not called that, it is that.

Page 245

1      Jacqueline Moline, M.D.
2    Q.   Is there any indication that this is a
3 peer-reviewed article?
4    A.   They are peer-reviewed. I know that
5 because I have published MMWRs and I know they're
6 subject to peer review.
7    Q.   So, this is the article that you were
8 referring to on your report. I believe it was page
9 21 of your report where we were looking at your
10 discussion of item number two under the Welch test,
11 you said something was referenced by the CDC; is this
12 what you were talking about?
13    A.   I believe it was in response to number
14 three of the Welch criteria that I use, not number
15 two. This was the article that I was referencing.
16    Q.   This article, did you say that you
17 thought that it specifically mentioned cosmetic talc?
18    A.   It references cosmetic talc. It
19 references cosmetic talc, it's references a paper
20 about cosmetic talc and talks about it, I believe,
21 later on with respect to -- that may be why it's been
22 -- I don't remember the exact terminology they used.
23    Q.   Down at the bottom here there is a
24 footnote that I'm going to attempt to highlight as I
25 go. Do you see that?

Page 246

1      Jacqueline Moline, M.D.
2    A.   Yes.
3    Q.   In that footnote that I highlighted
4 says, quote, asbestos is a term used for certain
5 minerals that have crystalized in a particular
6 macroscopic habit with certain commercially useful
7 properties. In quotations, quote, asbestiform, end
8 of quote, term applied to minerals with a macroscopic
9 habit similar to that of asbestos, right?
10    A.   That's what it says, yes.
11    Q.   Generally this article does not
12 distinguish between pleural and peritoneal
13 mesothelioma, does it?
14    A.   They differentiate in the table.
15    Q.   In what table? Which table are you
16 talking about?
17    A.   Table one.
18    Q.   Table one, malignant mesothelioma death
19 and age adjusted rates among decedents aged greater
20 than or equal to 25 years by selected
21 characteristics, right?
22    A.   You didn't read the entire title, but
23 yes.
24    Q.   About halfway down it talks about the
25 anatomic site and it gives you the number of deaths

11 (Pages 243 - 246)

Page 247

Jacqueline Moline, M.D.

2 per site and the death rate, right?

3    A.    Correct.

4    Q.    It says during this time frame there

5 were 3,351 pleural mesos and 1,854 of the peritoneum,

6 right?

7    A.    Yes, as well as a huge number of

8 unspecified or other, meaning that the death

9 certificate just said malignant mesothelioma, it did

10 not specify the site.

11    Q.    Table two is titled, quote, industries

12 and occupations with significantly elevated

13 proportionate mortality ratios, 1,830 malignant

14 mesothelioma decendents aged 25 or greater, 23

15 states, 1999, 2003, 2004 and 2007, right?

16    A.    Yes.

17    Q.    The first industry listed is ship and

18 boat building?

19    A.    Correct.

20    Q.    With 24 deaths and then there's a PMR,

21 is that proportionate mortality ratio?

22    A.    I assume they define it at the bottom of

23 the table, but that's typically what PMR stands for.

24 We can verify it if you scroll down and look at the

25 bottom of the table where they have a little mark and

Page 248

Jacqueline Moline, M.D.

2 they describe that's what Proportionate Mortality

3 Ratio, yes.

4    Q.    If you scroll down it says, PMR, quote,

5 is defined as observed number of deaths with

6 malignant mesothelioma in a specified

7 industry/occupation, divided by the expected number

8 of deaths with malignant mesothelioma.  The expected

9 number of deaths is the total number of deaths in

10 industry or occupation of interest multiplied by a

11 proportion defined as the number of malignant

12 mesothelioma deaths in all industries or occupations,

13 divided by the total number of deaths in all

14 industries/occupations.  The malignant mesothelioma

15 PMRs were internally adjusted by five-year age

16 groups, gender, and race.  CIs were calculated

17 assuming Poisson distribution of data, right?

18    A.    Right as in did you read that or right

19 is that what it says?  What's right?

20    Q.    Is that what it says?

21    A.    That's what the authors wrote.

22    Q.    This also has on the table two

23 industries and occupations with significantly

24 elevated Proportionate Mortality Ratios, it has both

25 ship and boat building and U.S. Navy, right?

Page 249

Jacqueline Moline, M.D.

2    A.    Correct.

3    Q.    You know Mr. Gref's parents were both in

4 the United States Navy, right?

5    A.    Yes.

6    Q.    You know that when Mr. Gref first went

7 to the doctor and was diagnosed with peritoneal

8 mesothelioma, he told the doctor he felt he might

9 have been exposed to asbestos brought home by his

10 parents who were in the United States Navy, didn't

11 he?

12        MR. KRAMER:  Objection, mischaracterizes

13 facts not in evidence, calls for speculation.

14    A.    I don't specifically recall those

15 particular notations, but it wouldn't surprise me

16 since his parents were both Navy personnel, although

17 their job tasks as they described were not typically

18 associated with asbestos exposure.

19    Q.    Do you know whether they were stationed

20 at a shipyard?

21    A.    I know they were at one time away for a

22 number of years.  I believe they were at the naval

23 base.  I don't know if it was the shipyard.  I don't

24 specifically recall.  His father was a drug and

25 alcohol counselor, he was not working in the engine

Page 250

Jacqueline Moline, M.D.

2 rooms.

3    Q.    Was he a drug and alcohol counselor at a

4 base where they had a shipyard that manufactured or

5 repaired ships?

6        MR. KRAMER:  Objection to form.

7    A.    I don't know if they manufactured ships

8 there.  It was a shipyard.  I don't know if they

9 repaired ships.  I don't know if it was -- I don't

10 know the exact -- I don't know exactly what happened

11 at the shipyard with respect to manufacturing, if

12 ships are made there or not.

13    Q.    Did you do anything to try to rule in or

14 rule out Mr. Gref's possible exposure to asbestos

15 from his parents' work in the Navy at a base that

16 included a shipyard?

17        MR. KRAMER:  Objection to form, assumes

18 facts.

19    A.    Apart from looking carefully at what the

20 depositions of his parents were and where their jobs

21 were located, no, I did not do individual research on

22 the shipyard in Virginia.

23    Q.    Back to the article that we marked as

24 19, I believe.  One of the statements it makes on

25 page 217, and I highlighted it, quote, moreover,

12 (Pages 247 - 250)

Jacqueline Moline, M.D.
1
2  family members of workers engaged in activities
3  placing them at risk for asbestos exposures also have
4  the potential for exposure to asbestos, end of quote.
5      Did I read that correctly?
6      A.   Yes.
7      Q.   Was that statement made in the article?
8      MR. KRAMER:  Asked and answered.
9      A.   I'm sorry, was the statement that you
10  just read from the article in the article, yes, it
11  was.
12      Q.   Do you agree with that statement?
13      MR. KRAMER:  Vague and overbroad.
14      A.   Do I agree with the statement that
15  family members of asbestos workers are at increased
16  risk for mesothelioma, yes.
17      Q.   Well, it says, quote, workers engaged in
18  activities placing them at risk for asbestos
19  exposure, end of quote, right?
20      A.   Yes, and it says they have a potential
21  for exposure to asbestos, that is correct, if they're
22  in activities that place them at risk for asbestos
23  exposure.
24      Q.   The next paragraph says that, quote,
25  among the 96.3 percent of deaths in 23 states for

Jacqueline Moline, M.D.
1
2  which industry and occupation were known,
3  shipbuilding and construction industries were major
4  contributors to malignant mesothelioma mortality,
5  right?
6      A.   That's what they state.
7      Q.   Where do you believe there's a reference
8  to a study involving cosmetic talc exposure?
9      A.   I have to see the whole article.  I
10  can't do it with you doing this scrolling up and
11  down, that's giving me a seizure.
12      Q.   Let me ask you a different question
13  then.  Looking at table two, the table above
14  occupation, about halfway down it begins, Occupation,
15  do you see the list of occupations in the article
16  from the CDC?
17      A.   Yes.
18      Q.   These are the occupations that they are
19  reporting the people that were diagnosed with
20  mesothelioma.
21      A.   No, that's not, that is not what the
22  table is showing.
23      Q.   Table two, industries and occupations
24  with significantly elevated Proportionate Mortality
25  Ratios, right?

Jacqueline Moline, M.D.
1
2      A.   Correct, it's telling you people who
3  have died from mesothelioma for which they had
4  occupational on the death certificate.  It does not
5  tell you anything beyond that.
6      Q.   It begins with insulation workers as the
7  first one, right?
8      A.   Yes.
9      Q.   Would you agree with me that an
10  occupation that used talcum powder occupationally was
11  barbers and hairdressers?
12      MR. KRAMER:  Objection, calls for
13  speculation.
14      A.   I'm sorry, can you repeat the question?
15      Q.   Would you agree that the occupation
16  barber or hairdresser are occupations that routinely
17  used cosmetic talc as part of their job?
18      A.   Yes.
19      Q.   The occupation barbers and hairdressers
20  are not listed on this list in table two of
21  Exhibit 19, right?
22      A.   Not in this case table.
23      Q.   You're not aware of any epidemiological
24  study that ever concluded that the occupation of
25  barber or hairdresser are at an increased risk of

Jacqueline Moline, M.D.
1
2  developing mesothelioma, are you?
3      A.   I believe barbers and hairdressers are
4  cosmetologists are included in a category with
5  mesotheliomas in the updated article that was by -- I
6  believe it's the same author that came out I think it
7  was this year where they showed a number of
8  individuals who were barbers or hairdressers with
9  mesotheliomas.  It's been mentioned in an article,
10  McDonald mentioned that he felt in an article that a
11  barber's exposure was the cause of their
12  mesothelioma.
13      Q.   Going back to your report.  Show me
14  where these articles mentioning -- these articles
15  that have concluded -- is it your testimony that
16  these articles have concluded that the occupation of
17  barber, hairdresser or cosmetologist puts the worker
18  at an increased risk of mesothelioma based on --
19  let's just say first, is there any article where they
20  have found an increased incidence of mesothelioma
21  among barbers, hairdressers or cosmetologists?
22      MR. KRAMER:  Objection to form.
23      A.   Again, the updated Mazurek has an
24  increase -- has a number of folks in the hairdresser,
25  cosmetologist category.  I don't remember the exact

13 (Pages 251 - 254)

Page 255

Jacqueline Moline, M.D.

1         Jacqueline Moline, M.D.
2   number of mesotheliomas.  It's not in this article,
3   it's in an updated one, and as I have said before,
4   McDonald talks about it as a cause of mesothelioma in
5   one of the individuals in their cohort, but it is
6   not -- that specific thing is not in this article.
7       Q.   We'll talk about McDonald.  What you
8   just told us about this list of occupations was that
9   in this article, the list of occupations just means
10   that's what the death certificate said that the
11   person was doing at the time of death, right?
12       A.   Correct.
13       Q.   They might have had other jobs?
14         MR. KRAMER:  Objection, calls for
15   speculation.
16       A.   All I know is what was put on the death
17   certificate at the time of death.
18       Q.   You've specifically been retained in
19   cases where someone had a job of barber or
20   hairdresser but they had other occupational exposure
21   to asbestos other than that job, right?
22         MR. KRAMER:  Objection to form.
23       A.   Yes.
24       Q.   You have one right now, you are retained
25   as an expert in another case by Mr. Kramer and his

Page 256

Jacqueline Moline, M.D.

1         Jacqueline Moline, M.D.
2   law firm, right?
3         MR. KRAMER:  Objection to form, vague.
4       A.   I'm not going to comment on another
5   case.
6       Q.   Just yes or no, are you retained in
7   another case by this plaintiff lawyer and this firm?
8         MR. KRAMER:  Just generally?
9       A.   I have been retained by Mr. Kramer's
10   firm in other cases.
11       Q.   In another case in which you're retained
12   and for which you have written a report that you have
13   produced, the gentleman was a barber, but he had also
14   worked as an apprentice pipe fitter, right?
15         MR. KRAMER:  Objection.  I'm not sure
16   what case you're referring to.
17         MR. THACKSTON:  The Gref case.
18         MR. KRAMER:  That is this case.
19       A.   We're talking about the Gref case today
20   and I don't believe it is --
21       Q.   I'm sorry.
22       A.   -- Mr. Kramer's firm.  So, Mr. Kramer
23   has no knowledge of this and I will not be discussing
24   another firm's case.
25       Q.   We're in the Gref case.

Page 257

Jacqueline Moline, M.D.

1         Jacqueline Moline, M.D.
2       A.   I don't think that's appropriate, but
3   I'm not a lawyer here.  You tell me if that's
4   appropriate or not or maybe Mr. Kramer will tell me
5   if it's appropriate or not, but I'm not commenting on
6   other cases.
7         MR. THACKSTON:  Object to
8   responsiveness.
9       Q.   I'm sorry, you're right.  I'm getting my
10   cases mixed up since I was in a deposition the other
11   day, I think it was yesterday, Daigle.  You are
12   retained as an expert in the Daigle case,
13   D-a-i-g-l-e, pending in New Orleans, right?
14         MR. KRAMER:  I'm going to object as
15   outside the scope of this deposition.  That is not a
16   case for which Dr. Moline is retained by the Simmons
17   firm or with me, and I'm not sure that she can
18   comment on that.
19       Q.   Are you retained as an expert in the
20   Daigle case?
21       A.   Again, I don't feel comfortable
22   commenting on other cases.  I have been retained in
23   other cases by other firms, some of whom have had
24   multiple occupations, including being a barber.
25       Q.   You've been retained in other cases

Page 258

Jacqueline Moline, M.D.

1         Jacqueline Moline, M.D.
2   where someone has had an occupation, including being
3   a barber, but also had worked in other industrial
4   settings where they have claimed exposure to
5   asbestos, right?
6         MR. KRAMER:  Objection, assumes facts,
7   outside the scope, and asked and answered.
8       A.   I have been retained in cases where
9   individuals have worked in more than one occupation,
10   including being in industry and being in the
11   cosmetology industry.
12       Q.   If someone lists on their death
13   certificate that they were a cosmetologist at the
14   time of death, that does not mean that they didn't
15   have other jobs where they might have been exposed to
16   asbestos, right?
17         MR. KRAMER:  Calls for speculation,
18   vague and ambiguous.
19       A.   That's correct.
20       Q.   The more recent report that you're
21   talking about, Morbidity and Mortality Weekly Report,
22   you're talking about the one from March or May of
23   this year, 2022?
24       A.   I believe it came out in 2022.  I don't
25   recall the month.

14 (Pages 255 - 258)

Page 259

Jacqueline Moline, M.D.
1
2     Q.    You've been asked about that in a
3   deposition before, haven't you?
4     A.    I believe so.
5     Q.    You recall that that one makes a
6   statement about peritoneal mesothelioma and asbestos,
7   don't you?
8     A.    I don't recall.
9           MR. KRAMER:  Objection, vague.
10    A.    I don't recall if I was asked.  I don't
11  recall what I answered.  I don't recall the specific
12  line in the paper.  If you want to show it to me, I'm
13  more than happy to discuss.
14    Q.    Let's go back and look at your report
15  first because in your report you say -- let's go back
16  to the specific reference that you made to CDC,
17  Centers for Disease Control.  I stopped sharing, but
18  I ask that we put back up your report.
19          The statement that we were talking about
20  in your report on page 23, quote, as described above,
21  and recently referenced by the Center for Disease
22  Control, as well as published in the peer-reviewed
23  literature, there are numerous other individuals with
24  exposure to asbestos-containing talc products who
25  have developed malignant mesothelioma, end of quote,

Page 260

Jacqueline Moline, M.D.
1
2   right?
3     A.    That's what the line says.  I should
4   take out the word "recent".
5     Q.    Footnote for that, if the article is
6   Andrion, A-n-d-r-i-o-n, article entitled Malignant
7   Peritoneal Mesothelioma in a 17-Year-Old Boy with
8   Evidence of Previous Exposure to Chrysotile and
9   Tremolite Asbestos, Human Pathology, volume 25,
10  number six, June 1994, right?
11    A.    Yes.
12    Q.    That's a case report from 1994, that's
13  not recent; would you agree?
14          MR. KRAMER:  Objection to form.
15    A.    1994 is not what I would consider
16  recent, correct.
17    Q.    The next article you cite is
18  B-u-l-b-u-l-y-a-n.
19    A.    Come on, I want you to pronounce it.
20  Amuse all of us.
21    Q.    Bulbulyan.  I'll be happy to give you
22  some comic relief.
23    A.    I think you did very well.
24    Q.    Cancer Mortality Among Women in the
25  Russian Printing Industry, right?

Page 261

Jacqueline Moline, M.D.
1
2     A.    Correct.
3     Q.    Is it your testimony that that involves
4   people with alleged only exposure to cosmetic talc?
5     A.    It was talc.  The statement says
6   asbestos-containing talc products.  Talc was used in
7   the printing industry.  The statement does not, as I
8   wrote it, does not have the word "cosmetic" in that
9   line, it says talc products.
10    Q.    Would you agree with me that talc has
11  been used for industrial purposes for lot of things
12  like paper and tires industry?
13    A.    Yes.
14    Q.    You understand that the grades of talc
15  used for industrial applications might be different
16  than the grades used for cosmetic application?
17          MR. KRAMER:  Objection to form.
18    A.    You would have to describe for me what
19  you mean by grade, but I think there is a demarcation
20  between what's used in industrial and what's used in
21  cosmetic.
22    Q.    Would you know, for example, for Clubman
23  talc, do you know what grade of talc was used to make
24  the Clubman talc?
25    A.    Do I know what grade was used to make

Page 262

Jacqueline Moline, M.D.
1
2   the what?
3     Q.    Clubman, Clubman talc.
4     A.    I don't know what nomenclature is used.
5   I'm not a talcum powder manufacturer, nor supplier,
6   and I'm not intimately familiar with the nomenclature
7   of the sourcing of these products.
8     Q.    You're not giving the opinion that if a
9   seller of a talc that used pharmaceutical grade
10  talcum powder is the same grade of talcum powder that
11  was used for industrial application like in the
12  Russian printing industry, are you?
13          MR. KRAMER:  Form, assumes facts not in
14  evidence, mischaracterizes.
15    A.    I have no idea what happens in Russia,
16  so I can't comment on the Russian printing industry.
17  My understanding is that what is used in cosmetic
18  talc is a different grade than what it used in
19  industrial talc, but, again, this is not my area of
20  expertise and I'm not an expert on this, I will not
21  be getting into the nitty-gritty, so to speak, of the
22  demarcations between what constitutes industrial
23  versus cosmetic.
24    Q.    I'm referring to your criteria for
25  attributing causation and specifically to what agent

15 (Pages 259 - 262)

Page 263

1          Jacqueline Moline, M.D.
2 is involved and what disease.
3          By agent, I'm looking for the specific
4 type of cosmetic talc and the specific type of
5 alleged contamination with asbestos, if you know,
6 okay?  Do you understand that?
7          MR. KRAMER:  Objection to form.
8     A.    I don't really understand because, as I
9 said earlier, that's not how I define the term agent,
10 so I'm not going to use your definition of how you
11 define it when it's different from how I defined it.
12    Q.    Do you define the term agent as you have
13 used it in your report to mean asbestos?
14          MR. KRAMER:  Asked and answered.
15    A.    Yes.
16    Q.    In your report on page 21 where you say,
17 quote, there is ample literature that asbestos causes
18 mesothelioma, end of quote.
19          Is there any other place in your report
20 that you further define the term asbestos?
21    A.    Yes.
22    Q.    Where is that?
23    A.    Page nine.
24    Q.    In terms of what you're considering the
25 agent in this case, is this on page nine, your

Page 264

1          Jacqueline Moline, M.D.
2 further definition of asbestos?
3          MR. KRAMER:  Objection to form.
4     A.    You asked if I had a definition of
5 asbestos in my report.  Under asbestos and disease I
6 define where asbestos comes from and that it's been
7 used commercially and I talk about the fiber types.
8          You asked if I had any reference in my
9 report at all about the definition of asbestos and a
10 addition, a naturally occurring mineral is the definition of
11 asbestos.
12    Q.    When I was asking you about populations
13 that have been studied, that you believe have been
14 studied for peritoneal mesothelioma, you mentioned
15 Rodelsperger.
16          What population did Rodelsperger study?
17    A.    I was referring to the paper where he's
18 talking about the general community paper.  It's
19 Rodelsperger from -- oh goodness, I believe he's
20 talking about asbestos as risk factors for diffuse
21 malignant mesothelioma.  It's a case control study
22 from 2001.
23    Q.    Rodelsperger doesn't mention anything
24 about cosmetic talc, does he?
25    A.    I don't believe so.

Page 265

1          Jacqueline Moline, M.D.
2     Q.    Did we agree -- I'm sorry.  On
3 Exhibit 19, the CDC article, we agreed that the CDC
4 article in 2017 did not mention cosmetic talc for
5 hairdressers or barbers or cosmetologists?
6          MR. KRAMER:  Form, asked and answered.
7     A.    Did not have hairdressers and barbers as
8 a job category, that's correct, we did agree,
9 shockingly.
10    Q.    And that article did not mention
11 cosmetic talc as a potential source of asbestos
12 exposure, did it?
13    A.    Again, it references -- they reference
14 the cosmetic talc article in that.  I don't know if
15 there's an actual phrase as well, but they talk about
16 a potential source of asbestos exposure, and I know
17 they reference the Gordon paper.
18    Q.    I see the reference to the Gordon paper.
19 I see the footnote.  I don't see where it's mentioned
20 in this tab.  Do you know where it's mentioned in the
21 tab?
22    A.    If you show it to me, maybe I'll be able
23 to find it.
24          MR. THACKSTON:  Somebody has to quit
25 sharing the screen and then I can share again.

Page 266

1          Jacqueline Moline, M.D.
2     Q.    Can you see back to the article,
3 Exhibit 19, Morbidity and Mortality Weekly Report
4 from 2017?
5     A.    Okay.
6     Q.    The Gordon article is reference number
7 eight.  In the footnotes, the question was, where was
8 that in the text?  I see on page 217 of that article,
9 footnote eight is after this sentence, quote, in
10 addition, ongoing research is focusing on the
11 potential non-occupational and environmental
12 exposures to asbestos fibers and other EMPs, e.g.,
13 erionite, a naturally occurring fibrous mineral that
14 belongs to the group of minerals called zeolites, and
15 non-mineral elongate particles, e.g., carbon
16 nanotubes to assess exposures and potential health
17 risks (7, 8).
18          That's the statement that refers to the
19 Gordon Fitzgerald paper?
20    A.    Correct.
21    Q.    It doesn't mention cosmetic talc?
22    A.    It doesn't have those words except in
23 the reference.
24    Q.    I'll stop sharing and see if we can go
25 to the 2022 CDC Morbidity and Mortality Weekly

16 (Pages 263 - 266)

Page 267

1        Jacqueline Moline, M.D.
2   Report.
3        MR. THACKSTON:  Let's make that 20.
4        (Whereupon, 2022 CDC Morbidity and
5   Mortality Weekly Report was received and marked
6   Moline Exhibit 20, for identification, as of this
7   date.)
8        Q.    This is reference material that you have
9   previously read and relied upon and testified about,
10  right?
11       A.    Can you break that down, please.  You're
12  asking me like four questions.
13       Q.    Is this Exhibit 20 a reference material
14  that -- an article that you have previously
15  referenced?
16       A.    Correct.
17       Q.    You brought this to one of your
18  depositions, didn't you?
19       A.    I'm sorry, I didn't hear what you said.
20       Q.    You brought this to one of your
21  depositions, didn't you?
22       MR. KRAMER:  Form.
23       A.    I might have.  Can you increase the
24  size, please, if you're going to ask me a question
25  from it.

Page 268

1        Jacqueline Moline, M.D.
2        Q.    Does this make a statement about the
3   percentage of peritoneal mesotheliomas that can be
4   linked to asbestos exposure?
5        MR. KRAMER:  Objection to form.
6        A.    First of all, I'm not seeing the entire
7   page, but it's an update of the numbers from the SEER
8   database and it's giving percentages, if I recall
9   correctly, of the number of deaths associated.  This
10  is looking in women.
11       Q.    It also makes some statements about what
12  the most common exposures to asbestos were, doesn't
13  it?
14       MR. KRAMER:  Objection to form, vague.
15       A.    Most common exposures and most common
16  occupations.  I don't know if -- I don't know -- they
17  don't have occupational histories or environmental
18  histories, they just have jobs, not exposures,
19  they're very different.
20       Q.    It makes a reference to exposure data
21  being available for some of the cases.
22       A.    Show me where it says that.  I don't
23  recall that.
24       Q.    I will scroll back up.  It says on page
25  three, among men an estimated 85 percent of

Page 269

1        Jacqueline Moline, M.D.
2   mesotheliomas were attributed to work-related
3   asbestos exposure.  Among women, the overall
4   attributable risk was estimated at approximately
5   23 percent.  Although occupational asbestos exposure
6   is most often recognized among men working in ship
7   buildings, construction, manufacturing and other
8   industrial settings where women are less likely to be
9   employed, exposure can also occur in other work
10  settings as a consequence of disturbance of
11  previously installed friable asbestos-containing
12  materials during maintenance or renovation or the
13  resuspension of settled fibers in the air caused by
14  dusting, sweeping or cleaning, right?
15       A.    That's what the authors wrote, correct.
16       Q.    So, there were some discussion about the
17  manner by which people may be -- people who are
18  diagnosed with mesothelioma may be exposed to
19  asbestos, right?
20       A.    There was some discussion as they were
21  referencing this paper.  They did not collect
22  exposure data in this paper.
23       Q.    As of May 2022, the CDC article about
24  mesothelioma does not mention cosmetic talc as a
25  possible source of exposure to asbestos, does it?

Page 270

1        Jacqueline Moline, M.D.
2        MR. KRAMER:  Objection.  Objection to
3   form.
4        A.    Specifically I don't use that -- I don't
5   believe they use that phrase within this paper.
6        Q.    Scroll down, please.  This is the one
7   you were talking about that in the list of
8   occupations that someone held at the time of their
9   death, it included the occupational category of
10  hairdressers, hairstylists and cosmetologists,
11  correct?
12       A.    Correct.
13       Q.    Also included, one of the largest was
14  homemaker, right?
15       A.    Correct.
16       Q.    It also notes that the geographic
17  distribution of the highest mesothelioma death rates
18  among women were in states with the shipyard
19  industry, right?
20       A.    Correct.
21       MR. KRAMER:  Objection to form.
22       Q.    Now, you mentioned the McDonald article,
23  maybe we don't have to go look at it, the McDonald
24  article made -- did not conclude -- first of all, the
25  McDonald article was relating to disease among

17 (Pages 267 - 270)

Page 271

Jacqueline Moline, M.D.

1          Jacqueline Moline, M.D.
2   miners, chrysotile miners in Canada, wasn't it?
3      A.   Correct.
4      Q.   It was not a study about other
5   occupations, it noted that one person had a
6   possible -- had done work as a barber and had
7   possible asbestos exposure in that role, right?
8          MR. KRAMER:   Form.
9      A.   Correct.
10     Q.   And you're familiar with other articles
11  that have suggested that occupational exposure to
12  asbestos in the hairdresser or barber industry can
13  come from hairdryers, weren't you?
14         MR. KRAMER:   Objection to form.
15     A.   Yes.
16     Q.   Doctor, let me ask you about your
17  scheduling preferences.
18     A.   Ask me about my what?
19     Q.   Scheduling preferences for the day.
20  Would you like, is there a point where you would like
21  to take a lunch break and is there a point in which
22  you need to stop for the day?
23         MR. KRAMER:   Well, I'll comment on that
24  because under Rule 30 of the federal rules, just to
25  remind counsel, we are limited to or counsel is

Page 272

1          Jacqueline Moline, M.D.
2   limited to seven hours. We're now within -- we're
3   less than one hour left of a lot of questioning. I'm
4   going to have some follow-up, so please be aware of
5   that, but as pertains to a lunch break or any other
6   break, Dr. Moline, you can, of course, answer.
7          THE WITNESS:   Based on my understanding
8   of how much time there's left, I would prefer that we
9   maybe take three or four minutes now just so I can
10  have a comfort break, and then we can continue and
11  then we wrap this up within the allotted time under
12  whatever federal rule it is that gives an allotted
13  amount of time.
14         MR. THACKSTON:   I'm not saying I agree
15  with that. We can take a five-minute break.
16         VIDEOGRAPHER:   We'll be going off the
17  record at 12:00 p.m.
18         (A recess was taken.)
19         VIDEOGRAPHER:   We are back on the record
20  at 12:08 p.m. Go ahead, Counselor.
21     Q.   Let's go back to your report. Doctor, I
22  believe since your report something was produced to
23  us that was called something like an exposure
24  analysis where there was an attempt to assign a
25  number of occasions for which Mr. Gref used certain

Page 273

1          Jacqueline Moline, M.D.
2   kinds of product.
3          Are you familiar with that document?
4      A.   Are you referring to the exposure
5   testimony summary that was provided to me by
6   Mr. Kramer's firm that we talked about at the onset
7   of today's deposition that I was asked about at ad
8   nauseam in volume one in this deposition; is that
9   what you're referring to?
10     Q.   No, I'm referring to a document where
11  there was some estimates about the number of products
12  that was used and for how long.
13         Do you remember that document?
14     A.   I don't know what you're referencing.
15  If you show it to me, I can tell you. I don't know
16  what you're talking about.
17     Q.   If you attempted to -- have you
18  attempted to estimate the number of -- well, have you
19  done an exposure analysis for each of the defendant
20  products in this case?
21     A.   I have done a dose estimate, dose
22  calculation based on the number of applications, yes.
23  I had referenced that it was possibly mathematically
24  to do, so I went ahead and did it.
25     Q.   That's not something that's in your

Page 274

1          Jacqueline Moline, M.D.
2   report?
3      A.   No, it is not.
4      Q.   When did you do these calculations?
5      A.   I did these calculations when I saw that
6   this deposition was on my calendar.
7      Q.   When was that? Was it in the last week?
8      A.   Within the last week or so, yes.
9      Q.   When did you provide them to plaintiff's
10  counsel?
11     A.   I didn't. I did it in case I was asked
12  questions about it. I have not provided it to him.
13     Q.   So the plaintiff's counsel don't know
14  what your opinions are about the dose estimates, your
15  math on the dose estimates?
16     A.   No, I was asked questions about it and
17  whether I done it, so I went ahead and did it.
18     Q.   Is there a document? Did you create a
19  document?
20     A.   I have just some scribbled notes. It
21  was not a formal thing. I did it just in case I was
22  asked questions. It's not a typed document. It's
23  just some scribbled notes that won't make a lot of
24  sense to anyone but me.
25     Q.   Are you familiar with a document that

18 (Pages 271 - 274)

Page 275

Jacqueline Moline, M.D.

1           Jacqueline Moline, M.D.
2    purports to show the low, medium and high estimates
3    for the number of containers Mr. Gref may have used
4    of various products?
5           MR. KRAMER:  Form.
6       A.   I don't know what document you're
7    talking about, especially when you're talking about
8    purports to show, that's confusing me.
9       Q.   Did you create a document where you
10   estimated the number of containers that Mr. Gref may
11   have used for any particular product?
12      A.   I did not create a document related to
13   the number of containers.
14      Q.   Did someone else create a document that
15   they shared with you relating to the number of
16   containers that Mr. Gref may have used?
17      A.   There was a document, it was part of the
18   exposure testimony summary or the number of bottles,
19   yes.
20      Q.   In your report, do you reference a test
21   that Dr. Longo did on a Clubman container that
22   Mr. Gref claims to have owned?
23      A.   If I recall correctly, I'm not a time
24   traveler, I wrote this report in 2021 and if
25   Dr. Longo tested the container in 2022, I am not

Page 276

1           Jacqueline Moline, M.D.
2    clairvoyant and did not know what Dr. Longo's report
3    several months later would find.  It is not
4    referenced in my report because it was done after my
5    report was completed.
6       Q.   When is the first time you saw
7    Dr. Longo's report on the test that he did on the
8    Gref container?
9       A.   I don't know exactly.  At some point I
10   have it with me, it was provided to me with
11   additional documents.  It was provided to me, it
12   looks like it was provided to me on August 9th.  I
13   might have seen it before that, but it was provided
14   to me by Mr. Kramer's firm.  I have a cover letter
15   stating, enclosed I find -- here's one folder
16   containing this, which included the Clubman talc,
17   testing by Dr. Longo for the compiled notebook.
18      Q.   Did you read and consider the Longo
19   report on the Gref container that you received in
20   August?
21      A.   I did and now I'm looking for that
22   report.
23      Q.   We can display the Longo report.  So,
24   it's fair to say you didn't express any opinions in
25   your report about Dr. Longo's testing because it was

Page 277

1           Jacqueline Moline, M.D.
2    done after your report, right?
3       A.   Correct.
4       Q.   And you've not done any type of
5    supplemental report to reflect any impact on your
6    opinions that the Longo tests may have had, right?
7       A.   You're speaking like a New Yorker,
8    Mr. Thackston, that was really fast.  Can you repeat
9    that?
10      Q.   Did you do any supplemental report
11   reflecting any impact that Dr. Longo's document may
12   have had on your opinions?
13      A.   I don't believe I did a supplemental
14   report in this case.
15      Q.   Do you know the vintage of the container
16   that Dr. Longo tested?
17          MR. KRAMER:  Objection to form.
18          MR. THACKSTON:  We'll make that
19   Exhibit 22.  Correct me if I've got the numbers
20   wrong.
21          (Whereupon, photograph of MAS Project
22   M71373, Pinaud Clubman container was received and
23   marked Moline Exhibit 22, for identification, as of
24   this date.)
25      Q.   The photograph on the Longo test report

Page 278

1           Jacqueline Moline, M.D.
2    MAS project M71373 Talcum Powder Analysis for the
3    Brian Gref's Pinaud Clubman Talc Container.
4           Do you see that photograph on the
5    screen?
6       A.   I do.
7       Q.   Do you know the vintage of that
8    container?
9           MR. KRAMER:  Objection to form.
10      A.   No, I do not.
11      Q.   Have you reviewed the testimony of the
12   representative of American International Industries
13   taking in this case, Mr. Loveless?
14      A.   In this particular case, no.
15      Q.   If I told you that Mr. Loveless
16   testified that this particular container design was
17   used in 2019 -- 1999, do you have any reason to
18   disagree with that?
19      A.   I can't comment one way or the other.
20      Q.   Do you know how much talc remained in
21   this container when it was turned over to plaintiff's
22   counsel?
23      A.   I don't know how much was in there.  I
24   know how much Dr. Longo used in his sample.  Since I
25   was not part of the analysis, I don't have any other

19 (Pages 275 - 278)

Page 279

Jacqueline Moline, M.D.

1  way of knowing apart from what is contained in his
2  report.
3
4      Q.    Dr. Longo concluded that there were
5  no -- he could find no amphibole asbestos in this
6  container, right?
7          MR. KRAMER:  Objection to form.
8      A.    He did not detect any in this powder,
9  correct.
10      Q.    What he found that he felt might be
11  asbestos was chrysotile asbestos, right?
12          MR. KRAMER:  Form.
13      A.    I would disagree with your
14  characterization of what he thought he found.  He
15  found chrysotile asbestos in his opinion and he
16  states the reasons why it is chrysotile.
17      Q.    But haven't you previously testified
18  that you're not a fiber identification expert, you
19  have to defer to their opinions about what they say
20  they found, you can't evaluate it one way or another,
21  fair?
22          MR. KRAMER:  Objection to form.
23      A.    That is correct.  I was referring to
24  your phrasing of that I did not feel was my
25  recollection of reading this report.

Page 280

Jacqueline Moline, M.D.

1
2      Q.    Let's flip through Dr. Longo's report.
3  He says that he relies on some work by Dr. Su, S-u;
4  are you familiar with that?
5      A.    What page?
6      Q.    Are you familiar with Dr. Su?
7      A.    What page?  I know a lot of Dr. Su's.
8      Q.    Are you independently familiar with the
9  methods that Dr. Longo says that he followed?
10      A.    No.
11      Q.    Have you reviewed the reports, the
12  report in this case of Dr. Gunter?
13      A.    I have not.
14      Q.    Let me ask you a hypothetical.  If
15  Dr. Longo says that he relied upon the work of Dr. Su
16  and Dr. Su says Dr. Longo is dead wrong; would you
17  believe Dr. Su or Dr. Longo?
18          MR. KRAMER:  Objection to form, calls
19  for hearsay, elicits an opinion by a witness not in
20  this case, characterization.
21      A.    I can't comment on a hypothetical of a
22  person I don't know compared to a person I do know.
23  I'm not comfortable answering that question just
24  because I don't know one of the people that you're
25  asking me whose opinion I believe more strongly.

Page 281

Jacqueline Moline, M.D.

1
2      Q.    I've asked you previously if you knew in
3  the context of microscopes what PLM is and you
4  weren't familiar with that term, were you?
5      A.    PLM, I'm not a microscopist, I'm
6  familiar with the term, but I'm not familiar with the
7  methodology behind it.
8      Q.    You do know what it stands for?
9      A.    I didn't realize this was a quiz on
10  acronyms.  The M is for microscope and I believe it's
11  light and it may be phase light microscope, but I'm
12  not exactly sure.  I'm not a microscopist.
13          If you want to go down the acronym
14  route, I can give you all sorts of medical acronyms
15  you'll never figure out.  Every profession has its
16  acronyms.
17          MR. THACKSTON:  Object to
18  responsiveness.
19      Q.    Is your testimony though that you read
20  and relied upon Dr. Longo's report?
21          MR. KRAMER:  Asked and answered.
22      A.    I read Dr. Longo's report and I relied
23  on his findings, yes.
24      Q.    What color is chrysotile under the PLM?
25          MR. KRAMER:  Objection, lacks foundation

Page 282

Jacqueline Moline, M.D.

1
2  and outside the scope.
3      A.    Unfortunately, my copy of the report is
4  in black and white, so I couldn't tell you what color
5  it is and I would not comment on the various colors
6  because I am not an expert in microscopy or in the
7  spectroscopy colors.
8      Q.    Dr. Longo -- well, Dr. Longo did not do
9  any air sampling tests with the container as far as
10  you know, did he?
11      A.    As far as I know, he did not, he did a
12  bulk sample.
13      Q.    You have not attempted to do an estimate
14  of what exposures Mr. Gref may have had from any
15  asbestos contamination of Clubman talc, have you, in
16  terms of a number?
17      A.    I have based on the number of -- based
18  on the number of minutes that it was used on him or
19  he used it, I have a -- using the dose
20  calculations that I have used in other cases, I have
21  a fiber per cc per minute.
22      Q.    What scientific information are you
23  using to opine about what an exposure level would
24  have been when Mr. Gref used -- if he used Clubman
25  talc in the way that he described?

Page 283

Jacqueline Moline, M.D.

1
2    A.   I'm using the published literature with
3  respect to the amount of asbestos that becomes
4  airborne from various studies and the average of the
5  various studies that have been published that have
6  used -- that have looked at dosage, the number of
7  minutes of application.
8    Q.   Does your report describe that process?
9  Let me withdraw the question.
10       Does your report identify the air sample
11 study that you are relying upon for any opinion
12 regarding Mr. Gref's exposure to asbestos from using
13 Clubman talc?
14       MR. KRAMER:  Form, mischaracterizes.
15    A.   My report identifies the studies that I
16 used, well, two out of three of them, yes.
17    Q.   What are the three?
18    A.   The Gordon paper, the Stefan paper and
19 the Andersson paper.
20    Q.   If we flip to the end of Dr. Longo's
21 report, would you agree that what he found was what
22 he thought was chrysotile at a level of something
23 like 0.006 percentage?
24       MR. KRAMER:  Speaks for itself.
25    A.   If you're asking me for the number,

Page 284

Jacqueline Moline, M.D.

1
2  either you show it or you give me time to find it;
3  which do you want?  I'm not going to give you a
4  specific number without confirming it.
5    Q.   I'll rephrase without the specific
6  number.  Would you agree that Dr. Longo's test of the
7  Gref Clubman container concluded there was trace
8  contamination with chrysotile asbestos?
9        MR. KRAMER:  Objection to form.
10    A.   It depends.  If an 11-ounce bottle
11 containing 82 million chrysotile fibers is considered
12 trace in terms of human health, that's what
13 Dr. Longo's report says based on his findings.  In
14 terms of percentage of fibers within the bottle, it
15 would be less than one percent, which some people
16 define as trace.
17       MR. THACKSTON:  Object to
18 responsiveness.
19    Q.   On page 15 of Dr. Longo's report he
20 gives a percentage, he claims that he found an
21 average of 264,000 chrysotile bundles per gram of
22 talcum powder, right?
23    A.   I don't see the word "claim".  He said
24 the average bundle results show an average of
25 264,000.

Page 285

Jacqueline Moline, M.D.

1
2    Q.   Would you agree that he's not actually
3  counting 264,000 bundles?
4        MR. KRAMER:  Objection, outside the
5  scope.
6    A.   You have to ask Dr. Longo that question.
7    Q.   You don't know whether he counted one
8  and extrapolated or whether he actually counted
9  264,000?
10       MR. KRAMER:  Assumes facts, outside the
11 scope.
12    A.   That's a question for Dr. Longo on how
13 he came up with that number.
14    Q.   What other -- what tests are you aware
15 of where someone took a product that was alleged to
16 contain less than one percent of chrysotile asbestos
17 in cosmetic talc and determine how much someone would
18 breathe when they used the talc?
19       MR. KRAMER:  Form.
20    A.   The tests I'm aware of have had mixed
21 exposure to different fiber types.  I don't know if
22 they've been chrysotile only.  There's certainly --
23 I'm unaware of any that have looked specifically at
24 the question you have just posed.
25    Q.   You're not aware of any -- the three

Page 286

Jacqueline Moline, M.D.

1
2  studies you talk about, none of them used Clubman
3  talc, did they?
4        MR. KRAMER:  Form, calls for
5  speculation.
6    A.   They did not.
7    Q.   None of them used, as far as you know
8  none of them used talc from the same Montana mines of
9  the same grade, MicroTalc 1745 that Clubman used,
10 right?
11       MR. KRAMER:  Same objection.
12    A.   My understanding is that two of the
13 articles used blends that included talc from Montana.
14    Q.   Included talc from other locations too
15 like Italy, right?
16    A.   Correct.
17    Q.   And you believe Italian talc is
18 contaminated with asbestos, right?
19    A.   Yes.
20    Q.   Tell me what article you would rely upon
21 -- each time -- do you have any document where you
22 reflect what your analysis is of what you believe
23 Mr. Gref's exposure would have been to asbestos from
24 his use of Clubman talc?
25    A.   I'm sorry.  What was the question?

21 (Pages 283 - 286)

Page 287

1        Jacqueline Moline, M.D.
2     Q.    Where would I find -- if you have an
3  opinion on the level of asbestos that Mr. Gref would
4  have inhaled when he used cosmetic talc, Clubman
5  talc, where would I find that?
6     A.    You would find it perhaps in other legal
7  documents where I've included a dose estimate in
8  other cases.
9     Q.    But not for Mr. Gref, right?
10    A.    Not for Mr. Gref.
11    Q.    You would agree with me that before
12 someone can breathe the trace contamination, they
13 would have to inhale the talc, right?
14        MR. KRAMER:  Objection to form.
15    A.    That's presupposing that the talc
16 doesn't just go in and they didn't breathe in the
17 talc, maybe they just breathed in the asbestos and
18 not the talc.  I mean I wasn't there at the time they
19 were using the talc and breathing it in.  They would
20 have to be using a talc that has the asbestos in it
21 in order to breathe it in.
22    Q.    To inhale the asbestos, trace levels of
23 asbestos in the talc, they would first have to inhale
24 the talc, right?
25        MR. KRAMER:  Objection to form.

Page 288

1        Jacqueline Moline, M.D.
2     A.    They're separate entities within the --
3  they would have to inhale the overall powder that
4  contains both talc and asbestos, yes.
5     Q.    When was the first time that that case
6  report that you mentioned from -- the 1994 case
7  report that you mentioned of the 17-year-old with
8  peritoneal mesothelioma, when was the first time that
9  you learned about that?
10    A.    I have no idea.  It was a long time ago.
11    Q.    Was it before 2003?
12    A.    I don't think I saw it until the late
13 2000s.
14    Q.    You testified about causation and
15 mesothelioma cases hundreds of times without ever
16 mentioning cosmetic talc as a possible cause, didn't
17 you?
18        MR. KRAMER:  Objection to form, vague.
19    A.    I'm asked the questions, I answer the
20 questions that I'm asked in a case, so I testified in
21 many different types of asbestos exposure scenarios,
22 many of which did not have cosmetic talc.
23    Q.    But you testified in one where the
24 plaintiff was a professional barber for 50 years and
25 used cosmetic talc, and in that case you did not give

Page 289

1        Jacqueline Moline, M.D.
2  the opinion that cosmetic talc had anything to do
3  with his mesothelioma, right?
4        MR. KRAMER:  Objection, calls for
5  speculation and mischaracterizes, vague, ambiguous.
6     A.    I think you're referring to a case from
7  2005 or somewhere along those that you've asked me
8  questions about on several occasions and the answer
9  is I did not -- I did not discuss the cosmetic talc
10 use in that instance.
11    Q.    Based on what you knew as a medical
12 doctor and an expert witness on mesothelioma
13 causation in, I believe it was in 2003 when you wrote
14 the report for a professional barber of 50 years, you
15 did not attribute his mesothelioma to cosmetic talc,
16 did you?
17        MR. KRAMER:  Objection to form.
18    A.    In 2003 I did not.  I did not have
19 information that had subsequently been made available
20 to me.
21    Q.    Well, you had information like all of
22 the public cases, public articles about talc and
23 whether talc really causes disease, didn't you?
24        MR. KRAMER:  Objection to form.
25    A.    I had the case reports that were

Page 290

1        Jacqueline Moline, M.D.
2  published in the 1990s available to me, but I had --
3  they were available, I don't know if I looked at them
4  at that point.
5     Q.    What article -- going back to your
6  report.  What article would you or scientific
7  literature would you rely upon for a opinion that
8  chrysotile contamination of cosmetic talc has ever
9  been linked to peritoneal mesothelioma?
10        MR. KRAMER:  Form.
11    A.    I don't know if there is a specific
12 article that has that level of specificity.  There
13 certainly are articles that talk about chrysotile
14 asbestos causing mesothelioma.
15        As we stated earlier today, there aren't
16 a lot of articles about the role of cosmetic talc.
17 As the knowledge and information has evolved over the
18 past years in terms of what documents have become
19 available and what testing methodologies are now
20 used, there have been discussions of -- Kanarek talks
21 about chrysotile and peritoneal mesothelioma
22 specifically in an article, I don't remember what
23 year it was.  I don't know if it was 2013 or 2014.
24        I know that chrysotile was discussed in
25 the Creighton article as a cause of peritoneal

22 (Pages 287 - 290)

Page 291

1              Jacqueline Moline, M.D.
2    mesothelioma.
3              I don't know if in the Welch article
4    that I was speaking about earlier in the
5    college-educated individuals with peritoneal
6    mesothelioma that there was a specification.
7              Certainly other articles talk about
8    chrysotile.  It's been found in the Chinese cohorts
9    of chrysotile only that peritoneal mesothelioma is
10   there.
11             MR. THACKSTON:  Object to
12   responsiveness.
13        Q.    What article talks about chrysotile
14   asbestos causing peritoneal mesothelioma at the
15   levels that someone might be exposed to chrysotile if
16   it's a contaminate of cosmetic talc?
17             MR. KRAMER:  Form, asked and answered.
18        A.    You're parsing down into a specific
19   hypothesis or a specific phrase when I'm not sure
20   there exists one in the medical literature.
21             MR. KRAMER:  Counsel, we have now
22   exceeded the seven-hour mark by my clock.  It's now
23   12:37.  Do you have a last question you want to ask
24   before I begin my follow-up?
25             MR. THACKSTON:  I have a lot of

Page 292

1              Jacqueline Moline, M.D.
2    questions I would like to ask.
3              MR. KRAMER:  I'm sure you do, but is
4    there one last one you're going to be asking today?
5              MR. THACKSTON:  No, I'm not going to ask
6    the last question today.  I'm going to ask the Court
7    for more time.  I think any questions you ask,
8    anything that I ask by way of follow-up is not part
9    of the seven hours, and I plan to ask the Court to
10   continue my examination for a lot of reasons.
11             MR. KRAMER:  Dr. Moline --
12             MR. THACKSTON:  We can wait until you
13   get a ruling on that and then do yours or you can do
14   yours now and then I'll cross-examine based on what
15   you do, and then we can find out whether I'm going to
16   get additional time for discovery, or as you see fit.
17             I don't think we're going to agree on
18   the record today about how we're going to resolve the
19   issue about whether we get more time.
20             MR. KRAMER:  I agree with that.  I think
21   the Court will determine, if you chose to seek leave,
22   whether or not you are successful in that.  I'm going
23   to follow up based on the two days of testimony in
24   the record so for however.
25

Page 293

1              Jacqueline Moline, M.D.
2    EXAMINATION BY
3    MR. KRAMER:
4         Q.    Dr. Moline, are you okay to continue
5    very briefly?
6         A.    Yes.
7         Q.    You were asked questions on day one
8    regarding your capability of performing a dose
9    estimate or dose calculation as you talked about
10   today.  Do you recall that?
11        A.    Yes.  I mean I recall in general I was
12   asked a number of questions about that, yes.
13        Q.    The methodology that you employed to
14   perform that dose estimate, can you describe it?
15        A.    It's basically looking at an average of
16   the published literature with respect to measurable
17   asbestos, averaging them out into one value for
18   application using a shaker method or a puff method,
19   whatever is applicable, and then looking at the
20   number of instances where a particular product is
21   used and the amount of time that is estimated for how
22   long it took to use that particular product, and then
23   doing simple arithmetic, then comparing it to the
24   published literature with respect to fiber per cc
25   years and using it as a standard and occupational

Page 294

1              Jacqueline Moline, M.D.
2    year of 2,000 hours to come up with a fiber per cc
3    year number based on the overall exposure, which then
4    allows me to compare to existing literature where
5    levels of exposure that have been associated with
6    mesothelioma or increased risk of mesothelioma occur.
7         Q.    Based on your education, knowledge,
8    research, background and training, is it from a
9    medical perspective necessary to perform this dose
10   estimate in order to conclude that one's exposure to
11   asbestos contributed to that person's
12   asbestos-related disease?
13             MR. THACKSTON:  Object to form, leading.
14        A.    No, it's not necessary to do it, and, in
15   fact, it's an absolute estimate because it's an
16   underrepresentation of the exposure because we're not
17   including things like area measures, which have been
18   shown to have asbestos that is persistent in the air
19   after a particular usage, that isn't included, it
20   doesn't include additional exposure if there's
21   cleanup, whether it's sweeping or toweling or
22   vacuuming up the excess talcum powder in this case.
23             So, it's not a full estimate of the full
24   exposure because no one is wearing a dosimeter when
25   they're applying or cleaning up the talc.

23 (Pages 291 - 294)

Page 295

Jacqueline Moline, M.D.

1
2    Q.    The steps that you testified about a
3    couple of moments ago, were you able to utilize those
4    to calculate a conservative dose estimate based on
5    the evidence in this case?
6        MR. THACKSTON:  Objection.
7    A.    Yes.
8    Q.    Can you please provide your results of
9    that dose estimate?
10    A.    I calculated based on Mr. Gref's
11   exposure from 1982 to 2010, I stopped at 2010, that
12   his overall or his cumulative exposure was .22 fiber
13   per cc years.
14   Q.    His cumulative exposure you said was
15   .225 fiber per cc years?
16   A.    It was 0.22 fiber per cc years.
17   Q.    Thank you.  Did you perform any other
18   calculations aside from the cumulative conservative
19   dose estimate?
20   A.    Well, what went into it were the
21   different products that either were used on him or he
22   used over the years.
23   Q.    Are you able to further specify any
24   calculations you performed with regard to those
25   individual products?

Page 296

Jacqueline Moline, M.D.

1
2    A.    Yes.
3    Q.    Can you please do so.
4    A.    The Clubman was 0.034 fiber per cc
5    years, English Leather was 0.034 fiber per cc years,
6    Mennen was 0.04 fiber per cc years, Old Spice was
7    0.034 fiber per cc years, and Johnson & Johnson and
8    Shower to Shower, which I included together since
9    they use the same talcum powder or they use the same
10   sourcing, was 0.07 fiber per cc years.
11   Q.    Do you have an opinion as to
12   individually whether each of those products
13   substantially contributed to Mr. Gref's mesothelioma?
14   A.    Yes, they all contributed.
15       MR. THACKSTON:  Form.
16   Q.    The numbers that you mentioned, are
17   those supported by numbers evaluating increased risk
18   for disease in the literature that you cited?
19   A.    Yes.
20       MS. LAWLER:  Object to form.
21   Q.    Thanks, Dr. Moline.  I think that's all
22   I have.
23   A.    Okay.
24       MR. KRAMER:  Understanding what
25   Mr. Thackston already stated on the record, I think

Page 297

Jacqueline Moline, M.D.

1
2    we're done.
3        VIDEOGRAPHER:  Mr. Thackston, are you
4    going to cross?
5        MR. THACKSTON:  Yes, my position will be
6    that I'm entitled to cross not subject to any time
7    limitation, which will basically going back through
8    all the studies that she claims to rely on, et
9    cetera.
10       MR. KRAMER:  Okay.  I look forward to
11   reading that to your motion to cross.
12   A.    Mr. Kozak, you're muted.
13       MS. KOZAK:  Does this work.
14       MR. KRAMER:  Yes.
15   A.    It always did, you just had to unmute.
16   Now you're muted again.
17       MR. KRAMER:  We can't hear you.
18       MS. KOZAK:  Two devices I have.  I have
19   the telephone and I have the iPad.
20   Jim, I have just a couple of questions
21   based on the questions you just asked.
22   EXAMINATION BY
23   MR. KOZAK:
24   Q.    Dr. Moline, can you hear me okay?
25   A.    Yes, but how much time is this going to

Page 298

Jacqueline Moline, M.D.

1
2    be, a couple of questions, a couple of legal
3    questions, a couple of lawyer questions?  Are they
4    real questions or are you going to be here for half
5    an hour because I'm not going to do that?
6    Q.    It's just based on the questions that
7    Mr. Kramer just asked.
8        Dr. Moline, Mr. Kramer just asked you a
9    beginning question that was, would you please
10   describe your methodology.  Do you remember that?
11   A.    Yes.
12   Q.    You provided a list of items.  Do you
13   recall that?
14   A.    Yes.
15       MR. KRAMER:  Form.
16   Q.    Is there a name for that methodology?
17   A.    It's my dose calculation methodology.  I
18   haven't coined it or trademarked it or patented it
19   yet.
20   Q.    Can we find that methodology with those
21   steps anywhere in the scientific literature?
22   A.    I have not submitted a paper with such
23   methodology.
24   Q.    Is there anything in the scientific
25   literature that's anywhere close to the steps that

24 (Pages 295 - 298)

Page 299

1           Jacqueline Moline, M.D.
2 you just listed?
3           MR. KRAMER:  Objection to form.
4      A.   I don't know.  I haven't looked at it
5 from that standpoint.  I've been asked to perform
6 these dose calculations for a number of cases in
7 certain jurisdictions where it's required, and that's
8 the methodology that I use consistently since I was
9 asked to do those.
10     Q.   I thought your methodology was by
11 following the Welch steps.  Are you saying this
12 methodology that you just listed for Mr. Kramer is
13 different or the same?
14          MR. KRAMER:  Objection,
15 mischaracterizes.
16     A.   They're two different issues, one is
17 talking about causality and one is a methodology to
18 calculate a number based on frequency, time and
19 exposure.
20     Q.   So, the one that you listed for
21 Mr. Kramer is the frequency, time and exposure,
22 that's what you're calling it?
23     A.   No, I'm calling it --
24          MR. KRAMER:  Objection.
25     A.    -- dose estimate.

Page 300

1           Jacqueline Moline, M.D.
2      Q.   Is that methodology that you just
3 described, the steps that you described for
4 Mr. Kramer, is that used by anyone that you can
5 identify, either a federal agency, a doctor, a
6 hospital, anybody that you can think of that you can
7 name that also uses those steps to determine what you
8 outlined in terms of the dose, conservative dose that
9 you described?
10     A.   I haven't looked for that.
11          MR. KRAMER:  Form.
12     A.   I'm sure that there are individuals in
13 cases in Texas where it's required, other doctors,
14 other individuals who have used a similar
15 methodology, but I haven't read other experts'
16 reports to be able to comment on it.
17     Q.   So, there is no one else that you can
18 think of that you can identify for us or for the
19 Court that uses that methodology or those steps that
20 you just outlined?
21          MR. KRAMER:  Form, misstates,
22 mischaracterizes, asked and answered.
23     A.   I am not familiar with anyone else who
24 is using that methodology.
25     Q.   Is there an error rate for that

Page 301

1           Jacqueline Moline, M.D.
2 methodology, like how many times it's wrong or how
3 many times it's right using those steps?
4          MR. KRAMER:  Form, assumes facts.
5      A.   I haven't done a statistical analysis on
6 how many times I didn't put the numbers wrong.  I
7 usually confirm it.
8          You said you had a couple of questions
9 and you've asked me about 15, so are we going to
10 continue this much longer?
11     Q.   Was there an answer to my question?
12          MR. KOZAK:  Can I have the answer read
13 back.
14     A.   I said I have not done --
15          MR. KRAMER:  Chris, she did answer the
16 question.  The record will speak for itself.
17     Q.   Doctor, if the Court is to question or
18 ask how do we know if the steps you just outlined are
19 reliable, how would you answer that?
20          MR. KRAMER:  Objection, calls for a
21 legal conclusion and calls for speculation.  I don't
22 think you have to answer that.  That makes no sense
23 in terms of your opinion and goes beyond the scope.
24     Q.   Doctor, is it your contention that the
25 steps you just outlined have been approved or

Page 302

1           Jacqueline Moline, M.D.
2 verified by any Court?
3          MR. KRAMER:  Objection, calls for
4 speculation, and form.
5      A.   My understanding is it's been used in --
6 the methodology has been -- the same methodology has
7 been used and accepted in courts in Texas.
8      Q.   Can you tell us the name of any case in
9 a court in Texas where this methodology has been
10 discussed or used?
11     A.   I don't often speak to the courts.  I
12 have not, I have not testified in a courtroom in
13 Texas where I have been asked questions by the Court,
14 but I know I have submitted reports that have been in
15 the Texas jurisdiction where the same dose
16 calculation methodology has been used.
17     Q.   Thank you.
18     A.   It was also, actually, in New York State
19 it was used in a case that was before a judge
20 recently in a case, the same methodology.
21     Q.   Was it the Woods case?
22     A.   Yes.  It did not go to trial, but it was
23 used and presented to the judge.
24     Q.   The Court did not make a ruling,
25 correct?

25 (Pages 299 - 302)

Page 303

1              Jacqueline Moline, M.D.
2      A.    I do not know.
3           MR. KRAMER:  Objection.
4      A.    You're asking legal questions.
5      Q.    I just want to know just to be clear.
6   Is there any Court that you're aware of that has ever
7   ruled on the methodology that you outline for
8   Mr. Kramer?
9           MR. KRAMER:  Asked and answered.
10     A.    Again, my understanding is in Texas, but
11  I do not know.  These are legal questions that are
12  beyond my scope as a person who provides information
13  but does not do legal briefings.
14     Q.    Thank you.
15          VIDEOGRAPHER:  This concludes today's
16  testimony given by Dr. Jacqueline Moline.
17          MR. THACKSTON:  Hang on.
18          VIDEOGRAPHER:  Sorry.  Go ahead.  My
19  apologies.
20          MR. THACKSTON:  I obviously have
21  follow-up for questions that you asked.  I thought
22  you were cutting off all questioning, but just like
23  Chris asked, I have follow-up on the opinions you
24  solicited.  I don't think those are subject to a
25  seven-hour limit.

Page 304

1              Jacqueline Moline, M.D.
2           MR. KRAMER:  I do considering that she
3   put the parties on notice of the calculations during
4   the course of the three hours we've gone today.
5           If you have five minutes worth of brief
6   follow-up on that, I think that's reasonable; if
7   you're going to go in, as you said before, to an
8   extensive line on every single article that she's
9   mentioned both here and in other cases, I think
10  that's not reasonable, but you can make the decision.
11          MR. THACKSTON:  I'll proceed until you
12  stop me.
13  FURTHER EXAMINATION
14  BY MR. THACKSTON:
15     Q.    Dr. Moline --
16          MR. THACKSTON:  There are others on the
17  phone who may have questions too.
18     Q.    Dr. Moline, you gave for the first time
19  in your direct testimony an opinion that you believe
20  that Mr. Gref's use of Clubman would have resulted in
21  an exposure of 0.034 fibers per cc; is that right?
22     A.    No.
23     Q.    I'm sorry.
24     A.    You didn't give the right units.
25     Q.    What's the number for Clubman?

Page 305

1              Jacqueline Moline, M.D.
2      A.    It's 0.034 fiber per cc year.  The year
3   is important here because it's how it's calculated.
4      Q.    Are you assuming that when Mr. Gref used
5   Clubman that there was a particular level of fiber
6   inhalation associated with that?
7      A.    It's using an average of 1.49 fibers per
8   cc.
9      Q.    What was the number?
10     A.    1.49 fibers per cc.
11     Q.    That's based on the three studies that
12  you told us about for, Gordon, Fitzgerald, Egilman
13  and Andersson?
14          MR. KRAMER:  Objection.
15     A.    Those aren't the articles -- those
16  aren't the authors that I used.  It's Stefan is the
17  lead author of one of the papers, Gordon is the lead
18  author of the other paper, and Andersson is the
19  third.
20     Q.    And none of those were using a cosmetic
21  talc with trace levels of chrysotile that they allege
22  had chrysotile in the ranges that Dr. Longo says that
23  he found in the Gref sample, right?
24          MR. KRAMER:  Objection to form.
25     A.    My recollection is in the Gordon paper

Page 306

1              Jacqueline Moline, M.D.
2   there was -- I don't know if they commented on
3   chrysotile.  I don't know if Andersson did.  I think
4   the -- I don't believe the Stefan paper talked about
5   chrysotile.
6      Q.    Using the protocol that they said that
7   they followed in the Gordon, well, in all three of
8   those papers, they would not have counted anything
9   doctor -- would they have counted anything Dr. Longo
10  found in the Gref study as a countable fiber?
11          MR. KRAMER:  Objection, outside the
12  scope, calls for speculation.
13     A.    I don't know how to answer that
14  question.  They were using different methodologies in
15  how they were assessing the asbestos.  They weren't
16  looking for chrysotile specifically.
17     Q.    The Gordon study was done specifically
18  to replicate facts from a litigation case, wasn't it?
19          MR. KRAMER:  Objection.
20     A.    I don't know if it was -- it was to
21  replicate the usage of the powder.  I don't know if
22  it was specific to that case.  It was usage and they
23  did both shaker and puff applications and looked at
24  the differences or looked at the amount of exposure
25  from or the air levels, I'm sorry, related to each

26 (Pages 303 - 306)

Page 307

Jacqueline Moline, M.D.

1 Jacqueline Moline, M.D.
2 type of exposure.
3    Q.   Was it with Colgate-Palmolive?  Do you
4 know what the product was that was used in the
5 Gordon/Fitzgerald test?
6    A.   Yes, it was a Colgate-Palmolive product.
7    Q.   Do you know of any study that has
8 concluded that someone that experienced an exposure
9 level of 0.034 fibers per cc of chrysotile contracted
10 peritoneal mesothelioma?
11       MR. KRAMER:  Objection to form.
12    A.   If we look at both Rodelsperger and
13 Jiang where they have levels that range from zero to
14 .15 and Rodelsperger, which was a mixed exposure and
15 Jiang, which was chrysotile only, which was zero
16 to .5 fiber per cc years, they have an increased risk
17 and included both pleural and peritoneal.
18    Q.   Your testimony is that if I were to look
19 at those two studies that I would find a level
20 commensurate with 0.034 fiber per cc years of
21 chrysotile only has been linked to peritoneal
22 mesothelioma?
23    A.   My recollection of the Jiang paper,
24 which is chrysotile only, they had an increased risk
25 of mesothelioma, and my understanding is that it

Page 308

1 Jacqueline Moline, M.D.
2 included both pleural and peritoneal.  I don't have a
3 recollection of the breakdown between the risk for
4 pleural or peritoneal and don't know if they did that
5 in that particular paper.
6    Q.   Is that paper referenced in your report?
7    A.   I don't know if that specific paper is,
8 but it's on my reference list, which was attached to
9 the report.
10    Q.   There were 500 -- didn't you say there
11 were over 500 articles on your reliance list?
12    A.   Well, I'm giving you the name of the
13 author so you can look at it, it's Jiang, J-i-a-n-g.
14    Q.   Do you know the title?
15    A.   I believe it's Hand-spinning chrysotile
16 exposure and risk of malignant mesothelioma: A
17 case-control study in Southeastern China.
18    Q.   That's a case involving people that
19 worked in a chrysotile manufacturing facility?
20       MR. KRAMER:  Objection, article speaks
21 for itself.
22    A.   It's from individuals with chrysotile
23 exposure who were working in a factory or a facility
24 that used chrysotile and textiles.
25    Q.   You're talking about somebody using

Page 309

1 Jacqueline Moline, M.D.
2 chrysotile as a raw material to manufacture products,
3 not somebody who's alleging that it was a trace
4 contaminate of cosmetic talc, right?
5       MR. KRAMER:  Objection to form.
6    A.   I'm speaking about -- I'm using the
7 article because it's chrysotile.  The exposure
8 scenario doesn't matter, but one was using cosmetic
9 talc and one was exposed in the workplace.
10    Q.   You certainly haven't made any
11 comparison between the kind of chrysotile they were
12 using in China to Clubman versus the kind of trace
13 contamination of Montana talc that Longo claims to
14 find, have you?
15       MR. KRAMER:  Objection to form.
16    A.   I don't know what you're asking me.  Are
17 you asking me have I compared the fibers themselves
18 to see if they're both chrysotile?
19    Q.   Have you compared what product was used
20 in the Jiang Chinese manufacturing facility versus
21 what Dr. Longo says he found in the Clubman
22 container?
23       MR. KRAMER:  Assumes facts.
24    A.   If you're asking if I compared
25 microscopic appearance of chrysotile, I have not.

Page 310

1 Jacqueline Moline, M.D.
2 That's not my area of expertise.  I'm just relaying
3 that it was both chrysotile.
4    Q.   I'm asking you if you considered
5 whether, to use your term from your report, that
6 agent at issue in this case is the same as the agent
7 at issue in the report that you cited, and you made
8 no comparison between whatever kind of chrysotile
9 they were using in China with whatever kind of
10 chrysotile Dr. Longo says he found in Clubman, right?
11       MR. KRAMER:  Assumes facts, asked and
12 answered.
13    A.   I don't understand.
14       MR. KRAMER:  Misstates,
15 mischaracterizes.
16    A.   I'm sorry, Mr. Kramer.  I don't
17 understand what difference you're trying to impune.
18 I'm saying that they're both chrysotile exposures and
19 that's the agent that's at issue.  Whether there's
20 other findings in the ore of amphiboles as well in
21 the Montana ore or not that may also have been found,
22 but with respect to Dr. Longo's report, the agent is
23 chrysotile.
24       MR. THACKSTON:  I'm going to attach as I
25 think it's number 23 the Jiang article.  It's called

**Page 311**

Jacqueline Moline, M.D.

1  Jacqueline Moline, M.D.
2  2018 Hand-spinning chrysotile exposure and the risk
3  of MM:  A case-control study.
4  (Whereupon, 2018 article by Jiang was
5  received and marked Exhibit 23, for identification,
6  as of this date.)
7  Q.  It's your understanding that they make
8  the statement that there's debate about whether
9  chrysotile is even associated with the causation of
10 mesothelioma?
11 MR. KRAMER:  Objection, the article
12 speaks for itself.
13 A.  I don't have the article in front of me,
14 and I think that the literature is -- among
15 scientific bodies there's not a dispute with respect
16 to chrysotile, among some authors there might be, but
17 among all governmental agencies and the consensus in
18 the larger scientific community, there is no dispute
19 about whether chrysotile causes mesothelioma.
20 Are we done?
21 MR. KRAMER:  The time is 1:04.  We're
22 going to be done.
23 MR. THACKSTON:  I certainly have more
24 questions, but if you're going to terminate the
25 deposition, I can't question myself.

**Page 312**

1  Jacqueline Moline, M.D.
2  MS. LAWLER:  This is Katherine Lawler
3  for Mennen.  I will reserve my right to ask follow-up
4  questions to Mr. Kramer's direct at the appropriate
5  time.
6  MR. RUTKOWSKI:  This is David Rutkowski
7  for Shulton.  I reserve our rights as well.  Thank
8  you.
9  MR. MCCAFFREY:  Also, Kevin McCaffrey.
10 I'll join reserving rights, thanks.
11 MR. KOZAK:  Chris Kozak.  I join in
12 reserving rights.  We also didn't have an opportunity
13 to follow up after Mr. Thackston, we only followed up
14 after Mr. Kramer, so there's that as well.
15 VIDEOGRAPHER:  Anything further?
16 MR. KRAMER:  No, that's it.  This
17 concludes today's testimony given by Dr. Jacqueline
18 Moline.  The total number of media units used was
19 three and will be retained by Veritext.
20 We are going off the record at 1:05 p.m.
21 Eastern Daylight Time.
22 (Time Noted:  1:05 p.m.)
23
24
25

**Page 313**

1
2  C E R T I F I C A T E
3
4  STATE OF NEW YORK  )
)  ss:
5  COUNTY OF NEW YORK  )
6
7  I, BRENDA FITZGERALD, a Shorthand
8  Reporter and Notary Public within and for the State
9  of New York, do hereby certify:
10 That, Jacqueline Moline, M.D., the
11 expert witness whose DEPOSITION was held on September
12 23rd, 2022, as hereinbefore set forth, was duly sworn
13 by me, and that this transcript of such Examination
14 is a true and accurate record of the testimony given
15 by such witness.
16 I further certify that I am not related
17 to any of the parties to this action by blood or by
18 marriage, and that I am in no way interested in the
19 outcome of this matter.
20 IN WITNESS WHEREOF, I have hereunto set
21 my hand this 5th day of October 2022.
22
23  _____
24
BRENDA FITZGERALD
25

**Page 314**

1  WITNESS CERTIFICATION
2
3
4  I have read the foregoing transcript of
5  my testimony and find it to be true and
6  accurate to the best of my knowledge and
7  belief.
8
9
10 _____
JACQUELINE MOLINE, M.D.
11
12
Subscribed and sworn to
13
before me on this _____
14
day of _____, 2022.
15
16
17 _____
Notary Public
18
19
20 *   *   *
21
22
23
24
25

28 (Pages 311 - 314)

Page 315

```
 1        ERRATA SHEET
          Priority-One Court Reporting/Veritext
 2            718-983-1234
          ASSIGNMENT NO  P1-5418333
 3  CASE NAME: Gref, Brian v  Asbestos
    DATE OF DEPOSITION: 9/23/2022
 4  WITNESS' NAME: Dr  Jaqueline Moline Vol 2
 5
    PAGE/LINE(S)/   CHANGE        REASON
 6  ____/___/___/_____/
    ____/___/___/_____/
 7  ____/___/___/_____/
    ____/___/___/_____/
 8  ____/___/___/_____/
    ____/___/___/_____/
 9  ____/___/___/_____/
    ____/___/___/_____/
10  ____/___/___/_____/
    ____/___/___/_____/
11  ____/___/___/_____/
    ____/___/___/_____/
12  ____/___/___/_____/
    ____/___/___/_____/
13  ____/___/___/_____/
    ____/___/___/_____/
14  ____/___/___/_____/
    ____/___/___/_____/
15  ____/___/___/_____/
    ____/___/___/_____/
16  ____/___/___/_____/
    ____/___/___/_____/
17  ____/___/___/_____/
    ____/___/___/_____/
18  ____/___/___/_____/
    ____/___/___/_____/
19  ____/___/___/_____/
    ____/___/___/_____/
20
           Dr  Jaqueline Moline Vol 2
21  (Notary not required in California)
    SUBSCRIBED AND SWORN TO
22  BEFORE ME THIS_____DAY
    OF_____, 2022
23
    _____
24   NOTARY PUBLIC
25  MY COMMISSION EXPIRES_____
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

**&**

**&** 209:6,11,22
210:3,4 231:25
296:7

**0**

**0.006** 283:23
**0.034** 296:4,5,7
304:21 305:2
307:9,20
**0.04** 296:6
**0.07** 296:10
**0.22** 295:16
**05589** 206:13
211:9
**07039** 206:22
**07102** 210:5
**07102-5423**
209:23

**1**

**1,830** 247:13
**1,854** 247:5
**1.49** 305:7,10
**10016** 209:4
**1010** 209:23
**10174** 209:14
**1037** 209:23
**105** 209:8
**10:05** 206:19
211:3
**11** 284:10
**112** 209:3
**11:01** 243:21
**11:11** 243:24
**12** 227:21
**120** 211:9
**12:00** 272:17

**12:08** 272:20
**12:37** 291:23
**131** 221:19
**1400** 209:17
**15** 215:13,24
220:14 284:19
301:9 307:14
**1600** 209:8
**16th** 209:13
**17** 222:15 260:7
288:7
**1745** 286:9
**18** 208:11 213:8
213:17,20
229:23
**19** 208:12 244:19
244:22 250:24
253:21 265:3
266:3
**193** 217:8,13,17
217:18 218:20
**194** 217:8,13,17
218:10,10,21
**195** 221:15,15
**196** 219:23,24
221:15 222:2
**1960s** 219:23
**1982** 295:11
**1990s** 290:2
**1994** 260:10,12
260:15 288:6
**1997** 220:10
**1999** 242:22
244:13 247:15
278:17
**1:04** 311:21
**1:05** 312:20,22

**1:20** 206:13

**2**

**2** 315:4,20
**2,000** 294:2
**20** 208:13 215:13
267:3,6,13
**2000s** 288:13
**2001** 264:22
**2003** 247:15
288:11 289:13
289:18
**2004** 247:15
**2005** 222:8 289:7
**2007** 221:19
230:9 247:15
**2010** 295:11,11
**2012** 233:24
**2013** 217:21
290:23
**2014** 218:15
290:23
**2015** 242:22
244:13
**2017** 242:12,24
265:4 266:4
**2018** 208:16
311:2,4
**2019** 208:11
213:18 214:4
215:2 217:10
278:17
**2021** 275:24
**2022** 206:19
208:13 211:4
258:23,24
266:25 267:4
269:23 275:25

313:12,21
314:14 315:22
**21** 208:18 220:10
229:9,11,23,25
229:25 245:9
263:16
**2101** 209:17
**211** 208:5
**21201** 209:9
**213** 208:11
**214** 242:24
**217** 250:25 266:8
**218** 242:24
**22** 208:14 229:24
277:19,23
295:12
**223** 227:21
**225** 295:15
**22nd** 210:5
**23** 206:19 208:16
247:14 251:25
259:20 269:5
310:25 311:5
**23rd** 211:4
313:12
**24** 219:23 220:6
247:20
**244** 208:12
**25** 246:20 247:14
260:9
**264,000** 284:21
284:25 285:3,9
**267** 208:13
**277** 208:15
**290** 206:22
**293** 208:6
**297** 208:7

**3**

**3**  225:12
**3,351**  247:5
**30**  221:9 271:24
**304**  208:5
**311**  208:16
**321**  220:10
**336**  220:10
**376**  221:19
**382**  221:20
**3rd**  242:24

**4**

**405**  209:13
**421**  214:17,18,25
  218:25 222:18
  222:19 235:21
**423**  220:5,5
**429**  217:18
**45**  217:21
**46**  218:15
**464**  217:22
**473**  217:22

**5**

**5**  307:16
**50**  288:24 289:14
**500**  242:5 308:10
  308:11
**505**  241:24
**5418333**  206:25
**5th**  313:21

**6**

**604**  218:15
**609**  218:16
**62**  222:8
**64**  217:20

**66**  242:24
**665**  222:9
**669**  222:9
**69**  214:25
**6th**  212:9

**7**

**7**  266:17
**718**  206:23
**718-983-1234**
  315:2
**73**  218:14
**75201-2134**
  209:18

**8**

**8**  242:24 266:17
**82**  284:11
**85**  268:25

**9**

**9/23/2022**  315:3
**9485**  313:23
**96.3**  251:25
**983-1234**  206:23
**9th**  276:12

**a**

**a.m.**  211:3
  243:21,24
**abdomen**  216:25
  239:13,17
**abdominal**
  216:19 223:14
  224:2 239:14,18
**able**  214:21
  228:8 265:22
  295:3,23 300:16
**absolute**  294:15

**acceptance**
  211:16
**accepted**  229:14
  230:2 237:20
  302:7
**accurate**  313:14
  314:6
**acronym**  281:13
**acronyms**
  281:10,14,16
**action**  206:13
  313:17
**activities**  251:2
  251:18,22
**actual**  230:18
  231:3 265:15
**ad**  273:7
**addition**  266:10
**additional**  212:8
  222:4 276:11
  292:16 294:20
**adjusted**  246:19
  248:15
**administer**
  207:9
**adulterated**
  239:25
**afflicts**  217:6
**age**  221:16
  246:19 248:15
**aged**  246:19
  247:14
**agencies**  311:17
**agency**  300:5
**agent**  234:9,10
  235:3 236:11,15
  236:17,22,24
  237:4 262:25

  263:3,9,12,25
  310:6,6,19,22
**ago**  214:6,14
  218:2,23 220:14
  221:9,23 222:15
  288:10 295:3
**agree**  215:11,14
  216:10,17,18
  219:11 223:4,19
  238:9 239:8
  251:12,14 253:9
  253:15 260:13
  261:10 265:2,8
  272:14 283:21
  284:6 285:2
  287:11 292:17
  292:20
**agreed**  207:4,11
  239:9 265:3
**ahead**  211:25
  244:2 272:20
  273:24 274:17
  303:18
**air**  269:13 282:9
  283:10 294:18
  306:25
**airborne**  283:4
**al**  206:11 221:16
  230:6
**alcohol**  249:25
  250:3
**alexander**
  217:18 218:12
  218:19
**alexander's**
  217:24 218:6,18
**allege**  305:21

[alleged - articles]                                                                 Page 3

alleged   243:9
  261:4 263:5
  285:15
alleging   309:3
allotted   272:11
  272:12
allow   213:21
allows   294:4
alphabetical
  242:7
ambiguous
  258:18 289:5
ambrosini   222:3
american   206:10
  209:17 278:12
amicus   230:8,18
  230:19,22 231:6
amount   272:13
  283:3 293:21
  306:24
amounts   219:9
amphibole   279:5
amphiboles
  310:20
ample   219:19
  235:22 237:9
  238:5 263:17
amuse   260:20
analogous   243:7
analyses   219:25
analysis   220:8
  234:16 272:24
  273:19 278:2,25
  286:22 301:5
anatomic   246:25
andersson
  283:19 305:13
  305:18 306:3

andrion   260:6
anonymous
  232:22
answer   213:14
  215:15 216:22
  218:17 227:25
  228:6 235:17
  237:23 272:6
  288:19 289:8
  301:11,12,15,19
  301:22 306:13
answered   251:8
  258:7 259:11
  263:14 265:6
  281:21 291:17
  300:22 303:9
  310:12
answering   237:7
  280:23
anticipated
  217:6
anybody   300:6
ap   217:19
  218:12
apart   250:19
  279:2
apologies   303:19
apologize   214:20
appearance
  309:25
appearances
  211:14
applicable
  293:19
application
  261:16 262:11
  283:7 293:18

applications
  261:15 273:22
  306:23
applied   230:5
  236:22 246:8
apply   235:5,9
applying   229:14
  230:2 294:25
appreciate
  227:24
appreciated
  228:5
apprentice
  256:14
appropriate
  257:2,4,5 312:4
approved   301:25
approximately
  215:13 269:4
area   216:14
  239:9,10,10
  262:19 294:17
  310:2
areas   229:21
  234:23
arithmetic
  293:23
arrangement
  211:17
article   208:11,16
  213:8,13,18,25
  214:18,18
  215:17 216:7,18
  217:2,15,23
  218:2,4,8,8,10
  218:10,16 219:2
  220:11,13,14
  221:14,20,22

222:10,15,17,19
222:19 223:13
223:22 224:8
226:17 227:7,22
228:19,23,24
230:14,18,20,21
230:22 231:2
233:4,24 234:4
241:17 242:11
242:19,25 243:8
243:11 244:4,9
245:3,7,15,16
246:11 250:23
251:7,10,10
252:9,15 254:5,9
254:10,19 255:2
255:6,9 260:5,6
260:17 265:3,4
265:10,14 266:2
266:6,8 267:14
269:23 270:22
270:24,25
286:20 290:5,6
290:12,22,25
291:3,13 304:8
308:20 309:7
310:25 311:4,11
311:13
articles   217:12
218:24 219:19
220:4,13,21
224:6 228:18
254:14,14,16
271:10 286:13
289:22 290:13
290:16 291:7
305:15 308:11

**asbestiform**
246:7
**asbestos** 211:7
213:5 217:4
219:5,8 220:8,18
220:23 221:18
223:3,16 224:12
224:17,20 225:6
225:15,25 226:7
226:19 227:3,6
228:16 229:5,19
229:22 230:5,7,8
233:11,13,14
235:11,23
236:13 237:5,5
237:10 238:6
240:2 241:5,8
243:3 246:4,9
249:9,18 250:14
251:3,4,15,18,21
251:22 255:21
258:5,16 259:6
259:24 260:9
261:6 263:5,13
263:17,20 264:2
264:5,5,6,9,11
264:20 265:11
265:16 266:12
268:4,12 269:3,5
269:11,19,25
271:7,12 279:5
279:11,11,15
282:15 283:3,12
284:8 285:16
286:18,23 287:3
287:17,20,22,23
288:4,21 290:14
291:14 293:17

294:11,12,18
306:15 315:3
**asbestosis** 222:7
**ashdown** 209:19
**aside** 295:18
**asked** 215:18
251:8 258:7
259:2,10 263:14
264:4,8 265:6
273:7 274:11,16
274:22 281:2,21
288:19,20 289:7
291:17 293:7,12
297:21 298:7,8
299:5,9 300:22
301:9 302:13
303:9,21,23
310:11
**asking** 216:22
225:7 264:12
267:12 280:25
283:25 292:4
303:4 309:16,17
309:24 310:4
**assess** 266:16
**assessing** 233:12
306:15
**assign** 272:24
**assignment**
315:2
**associated** 217:4
235:10 249:18
268:9 294:5
305:6 311:9
**assume** 247:22
**assumes** 250:17
258:6 262:13
285:10 301:4

309:23 310:11
**assuming** 216:12
248:17 305:4
**attach** 310:24
**attached** 308:8
**attempt** 245:24
272:24
**attempted**
273:17,18
282:13
**attention** 214:17
**attorneys** 207:5
209:3,7,12,16,22
210:4
**attributable**
269:4
**attribute** 289:15
**attributed**
228:15 269:2
**attributing**
262:25
**august** 276:12
276:20
**australia** 222:12
222:13
**author** 213:12
218:20 221:6,11
242:20 254:6
305:17,18
308:13
**authorities**
225:4
**authorized**
207:8
**authors** 217:10
248:21 269:15
305:16 311:16

**available** 227:16
268:21 289:19
290:2,3,19
**avenue** 206:22
209:3,13
**average** 283:4
284:21,24,24
293:15 305:7
**averaging**
293:17
**aw** 222:4
**aware** 240:11,18
253:23 272:4
285:14,20,25
303:6

**b**

**b** 221:16 222:3
260:18,18
**back** 217:2
218:25 222:18
224:19 229:25
243:23 250:23
254:13 259:14
259:15,18 266:2
268:24 272:19
272:21 290:5
297:7 301:13
**background**
294:8
**ballaine** 210:3
**baltimore** 209:9
**barber** 253:16
253:25 254:17
255:19 256:13
257:24 258:3
271:6,12 288:24
289:14

**[barber's - carbone]**

**barber's** 254:11
**barbers** 253:11
  253:19 254:3,8
  254:21 265:5,7
**base** 249:23
  250:4,15
**based** 213:2
  254:18 272:7
  273:22 282:17
  282:17 284:13
  289:11 292:14
  292:23 294:3,7
  295:4,10 297:21
  298:6 299:18
  305:11
**basically** 224:9
  293:15 297:7
**basing** 217:14
**beginning** 212:9
  298:9
**begins** 237:25
  252:14 253:6
**belief** 314:7
**believe** 212:10
  212:21 213:25
  221:4,13 224:12
  225:3,17 227:9
  227:22 228:22
  229:2,4 232:17
  234:6 240:25
  242:12 243:14
  245:8,13,20
  249:22 250:24
  252:7 254:3,6
  256:20 258:24
  259:4 264:13,19
  264:25 270:5
  272:22 277:13

280:17,25
281:10 286:17
286:22 289:13
304:19 306:4
308:15
**belongs** 266:14
**benign** 222:6
**berry** 221:15
**best** 314:6
**beyond** 253:5
  301:23 303:12
**bit** 215:5
**black** 282:4
**blends** 286:13
**blood** 313:17
**blue** 221:18
**boat** 247:18
  248:25
**bob** 210:9
  211:11
**bodies** 311:15
**body** 220:23
  223:24
**bold** 215:6
**borrowing** 233:9
**bottle** 284:10,14
**bottles** 275:18
**bottom** 214:25
  245:23 247:22
  247:25
**boulevard**
  209:23
**boy** 260:7
**brand** 206:10
**break** 243:18
  244:3 267:11
  271:21 272:5,6
  272:10,15

**breakdown**
  308:3
**breathe** 285:18
  287:12,16,21
**breathed** 287:17
**breathing**
  287:19
**brenda** 206:18
  211:10 313:7,24
**brian** 206:4
  211:7 212:13
  278:3 315:3
**brief** 230:8,15,15
  230:18,19,22
  231:6 304:5
**briefings** 303:13
**briefly** 293:5
**brought** 249:9
  267:17,20
**building** 209:13
  247:18 248:25
**buildings** 269:7
**bulbulyan**
  260:21
**bulk** 282:12
**bundle** 284:24
**bundles** 284:21
  285:3
**burden** 219:6,7
  219:13,13,24
  220:8,21 241:3
**burke** 217:18
  218:12
**bypass** 219:8

|  c  |
| :--- |

**c** 209:2,14 210:2
  211:20 313:2,2

**calculate** 295:4
  299:18
**calculated**
  248:16 295:10
  305:3
**calculation**
  273:22 293:9
  298:17 302:16
**calculations**
  274:4,5 282:20
  295:18,24 299:6
  304:3
**calendar** 274:6
**california**
  315:21
**call** 243:7
**called** 206:17
  244:23,25
  266:14 272:23
  310:25
**calling** 299:22
  299:23
**calls** 231:12,18
  232:13 233:6
  249:13 253:12
  255:14 258:17
  280:18 286:4
  289:4 301:20,21
  302:3 306:12
**canada** 271:2
**cancer** 213:9
  214:4 260:24
**capability** 293:8
**captioned**
  206:17
**carbon** 266:15
**carbone** 208:11
  213:8,11,19

217:9 219:2
**carbone's**
  222:19
**carefully**  250:19
**carriers**  222:25
**case**  212:7,8
  214:15 219:18
  225:2,4,11
  226:22 227:8
  230:16 234:21
  236:11 237:4
  238:10,19,21
  240:12,20,23,24
  253:22 255:25
  256:5,7,11,16,17
  256:18,19,24,25
  257:12,16,20
  260:12 263:25
  264:21 273:20
  274:11,21
  277:14 278:13
  278:14 280:12
  280:20 288:5,6
  288:20,25 289:6
  289:25 294:22
  295:5 302:8,19
  302:20,21
  306:18,22
  308:17,18 310:6
  311:3 315:3
**cases**  240:6,25
  241:2 255:19
  256:10 257:6,10
  257:22,23,25
  258:8 268:21
  282:20 287:8
  288:15 289:22
  299:6 300:13

304:9
**category**  254:4
  254:25 265:8
  270:9
**causality**  299:17
**causation**
  229:15,17 230:3
  233:12,16 234:4
  237:18 262:25
  288:14 289:13
  311:9
**cause**  219:9
  234:10 235:4
  238:11 243:13
  254:11 255:4
  288:16 290:25
**caused**  213:4
  217:7 223:16
  224:17 225:6,14
  225:24 229:5,8
  230:5 269:13
**causes**  230:7
  235:23 237:10
  238:6 263:17
  289:23 311:19
**causing**  290:14
  291:14
**cavity**  216:20,21
  239:14,18,19,19
**cc**  282:21 293:24
  294:2 295:13,15
  295:16 296:4,5,6
  296:7,10 304:21
  305:2,8,10 307:9
  307:16,20
**cdc**  208:13 242:2
  243:8,11 245:11
  252:16 259:16

265:3,3 266:25
  267:4 269:23
**cedar**  209:17
**cells**  223:18
**center**  210:5
  241:14,15 242:4
  259:21
**centers**  242:22
  259:17
**certain**  246:4,6
  272:25 299:7
**certainly**  217:15
  218:3 240:6
  285:22 290:13
  291:7 309:10
  311:23
**certificate**  247:9
  253:4 255:10,17
  258:13
**certification**
  207:6 314:1
**certified**  211:11
**certify**  313:9,16
**cetera**  297:9
**change**  238:15
  315:5
**characteristic**
  241:4
**characteristica...**
  241:5
**characteristics**
  215:7 228:21
  246:21
**characterization**
  279:14 280:20
**charles**  209:8
**check**  228:7

**chest**  216:20,25
  221:19 239:19
**china**  308:17
  309:12 310:9
**chinese**  224:22
  291:8 309:20
**chose**  292:21
**chris**  301:15
  303:23 312:11
**christopher**
  210:6
**chronic**  223:15
**chrysler**  209:13
**chrysotile**  260:8
  271:2 279:11,15
  279:16 281:24
  283:22 284:8,11
  284:21 285:16
  285:22 290:8,13
  290:21,24 291:8
  291:9,13,15
  305:21,22 306:3
  306:5,16 307:9
  307:15,21,24
  308:15,19,22,24
  309:2,7,11,18,25
  310:3,8,10,18,23
  311:2,9,16,19
**circumstances**
  227:2 228:15
**cis**  248:16
**citation**  241:20
**cite**  227:7 228:9
  228:24 241:11
  241:14 260:17
**cited**  221:14
  296:18 310:7

[civil - contains]    Page 7

civil  206:13
cj  220:7
claim  284:23
claimed  258:4
claims  275:22
   284:20 297:8
   309:13
clairvoyant
   276:2
clark  210:4
cleaning  269:14
   294:25
cleanup  294:21
clear  303:5
clinical  218:14
clinician  220:25
   221:2
clock  291:22
close  298:25
clubman  206:10
   208:15 261:22
   261:24 262:3,3
   275:21 276:16
   277:22 278:3
   282:15,24
   283:13 284:7
   286:2,9,24 287:4
   296:4 304:20,25
   305:5 309:12,21
   310:10
clues  213:9
   214:2
clyde  209:11
cohort  255:5
cohorts  291:8
coined  298:18
colgate  209:7
   307:3,6

collect  269:21
college  228:20
   291:5
color  281:24
   282:4
colors  282:5,7
come  260:19
   271:13 294:2
comes  215:16
   264:6
comfort  272:10
comfortable
   257:21 280:23
comic  260:22
coming  244:16
commencing
   206:19
commensurate
   307:20
comment  214:7
   256:4 257:18
   262:16 271:23
   278:19 280:21
   282:5 300:16
commented
   306:2
commenting
   257:5,22
comments
   229:21
commercial
   241:7,8
commercially
   246:6 264:7
commission
   315:25
common  223:14
   268:12,15,15

community
   264:18 311:18
company  206:11
   206:11 209:7,22
   211:13
compare  294:4
compared
   280:22 309:17
   309:19,24
comparing
   293:23
comparison
   309:11 310:8
competing
   234:13
compiled  276:17
completed  276:5
compound  236:7
computer
   227:12 244:16
conclude  270:24
   294:10
concluded
   253:24 254:15
   254:16 279:4
   284:7 307:8
concludes
   303:15 312:17
conclusion  237:3
   301:21
confirm  301:7
confirming
   284:4
confusing  275:8
conroy  209:2
consensus
   311:17

consequence
   269:10
conservative
   295:4,18 300:8
consider  216:16
   220:16,17
   234:18 260:15
   276:18
considered
   228:22 284:11
   310:4
considering
   236:24 263:24
   304:2
consistently
   299:8
constitutes
   262:22
construction
   252:3 269:7
cont'd  210:2
contain  285:16
contained  279:2
container  208:15
   275:21,25 276:8
   276:19 277:15
   277:22 278:3,8
   278:16,21 279:6
   282:9 284:7
   309:22
containers  275:3
   275:10,13,16
containing
   259:24 261:6
   269:11 276:16
   284:11
contains  288:4

[contaminate - data]                                    Page 8

contaminate
    291:16 309:4
contaminated
    229:22 286:18
contamination
    243:10 263:5
    282:15 284:8
    287:12 290:8
    309:13
content   214:8
contention
    301:24
contents   218:24
    222:16
context   281:3
continuation
    212:6
continue   229:24
    235:12 272:10
    292:10 293:4
    301:10
continues   229:23
contracted   307:9
contrast   217:3
contributed
    294:11 296:13
    296:14
contributors
    252:4
control   226:22
    241:14,16 242:4
    242:22 259:17
    259:22 264:21
    308:17 311:3
converted
    230:17,20
copy   227:12,14
    282:3

corn   220:7
correct   213:6
    215:4 217:10
    226:8 234:15
    235:6 236:6
    239:2 244:24
    247:3,19 249:2
    251:21 253:2
    255:12 258:19
    260:16 261:2
    265:8 266:20
    267:16 269:15
    270:11,12,15,20
    271:3,9 277:3,19
    279:9,23 286:16
    302:25
correction
    243:24
correctly   230:12
    236:2 251:5
    268:9 275:23
correlation
    218:13
corsi   210:3
cosmetic   236:24
    237:5 238:11
    239:25 240:8,11
    240:14,19,21
    243:10,13
    245:17,18,19,20
    252:8 253:17
    261:4,8,16,21
    262:17,23 263:4
    264:24 265:4,11
    265:14 266:21
    269:24 285:17
    287:4 288:16,22
    288:25 289:2,9

289:15 290:8,16
    291:16 305:20
    309:4,8
cosmetologist
    254:17,25
    258:13
cosmetologists
    254:4,21 265:5
    270:10
cosmetology
    258:11
counsel   208:18
    215:15 227:20
    271:25,25
    274:10,13
    278:22 291:21
counselor
    211:25 244:2
    249:25 250:3
    272:20
countable
    306:10
counted   285:7,8
    306:8,9
counting   285:3
county   313:5
couple   212:12
    295:3 297:20
    298:2,2,3 301:8
course   272:6
    304:4
court   206:2,21
    211:8,10,17,18
    230:9,21 231:7
    292:6,9,21
    300:19 301:17
    302:2,9,13,24
    303:6 315:1

courtroom
    302:12
courts   302:7,11
cover   276:14
create   274:18
    275:9,12,14
creighton   224:21
    226:10,11,17
    227:22 228:9
    290:25
creighton's
    227:7
criteria   233:11
    243:6 245:14
    262:24
crocidolite
    221:18
cross   225:10
    292:14 297:4,6
crystalized
    246:5
cumulative
    295:12,14,18
currently   241:24
cutting   303:22
cv   206:13 211:9
cytoreductive
    217:21

          d

d   208:2 221:16
    257:13 260:6
daigle   257:11,12
    257:20
dallas   209:18
daniels   210:4
data   248:17
    268:20 269:22

database  268:8
date  213:20
    242:14 244:22
    267:7 277:24
    311:6 315:3
dating  224:18
david  209:19,24
    231:17 232:5
    312:6
day  212:22
    214:14 257:11
    271:19,22 293:7
    313:21 314:14
    315:22
daylight  211:3
    312:21
days  212:12
    292:23
dcf  206:13
de  221:16 222:2
dead  280:16
death  246:18
    247:2,8 253:4
    255:10,11,16,17
    258:12,14 270:9
    270:17
deaths  246:25
    247:20 248:5,8,9
    248:9,12,13
    251:25 268:9
debate  311:8
decedents
    246:19
decendents
    247:14
deciding  230:4
decision  304:10

defendant  209:7
    209:12,16,22
    210:4 273:19
defendants
    206:12 236:12
defer  279:19
define  239:12
    247:22 263:9,11
    263:12,20 264:6
    284:16
defined  248:5,11
    263:11
definitely  220:24
    226:23
definition
    216:24 263:10
    264:2,4,9,10
demarcation
    261:19
demarcations
    262:22
depending
    215:24
depends  284:10
deposition  206:6
    206:17,18 207:7
    207:7 211:6
    212:7,9,18
    214:10,16
    229:12 257:10
    257:15 259:3
    273:7,8 274:6
    311:25 313:11
    315:3
depositions
    250:20 267:18
    267:21

describe  239:14
    248:2 261:18
    283:8 293:14
    298:10
described  230:6
    240:7 241:13
    249:17 259:20
    282:25 300:3,3,9
description
    208:10
design  278:16
detect  279:8
determine
    285:17 292:21
    300:7
developed
    233:13 240:8
    259:25
developing
    236:16 254:2
devices  297:18
diagnosed
    240:20 249:7
    252:19 269:18
diagnoses
    215:14
diagnosis  213:10
    214:3
died  253:3
difference
    310:17
differences
    221:17 306:24
different  216:14
    217:16 239:10
    252:12 261:15
    262:18 263:11
    268:19 285:21

288:21 295:21
    299:13,16
    306:14
differentiate
    246:14
difficult  221:25
diffuse  215:11
    216:15 217:19
    218:12 264:20
direct  214:17
    304:19 312:4
directly  244:5
disagree  278:18
    279:13
discovery
    292:16
discriminate
    234:25
discuss  259:13
    289:9
discussed  290:24
    302:10
discussing
    256:23
discussion
    245:10 269:16
    269:20
discussions
    290:20
disease  222:7
    229:14,22 230:3
    233:17 234:10
    234:12,14 235:4
    235:5,9 237:18
    238:11 241:14
    241:15 242:4,22
    259:17,21 263:2
    264:5 270:25

289:23 294:12
296:18
**diseases** 233:14
**display** 276:23
**displaying**
213:24 214:24
229:12
**dispute** 235:23
237:11 238:6
311:15,18
**distinction**
219:20
**distinguish**
246:12
**distribution**
248:17 270:17
**district** 206:2,2
211:8,9
**disturbance**
269:10
**divided** 248:7,13
**docket** 211:9
**doctor** 212:24
213:24 221:3
249:7,8 271:16
272:21 289:12
300:5 301:17,24
306:9
**doctors** 300:13
**document**
230:21 231:4
273:3,10,13
274:18,19,22,25
275:6,9,12,14,17
277:11 286:21
**documents**
276:11 287:7
290:18

**dodson** 220:6,17
220:20
**dodson's** 220:12
**doing** 252:10
255:11 293:23
**dosage** 283:6
**dose** 273:21,21
274:14,15
282:19 287:7
293:8,9,14 294:9
295:4,9,19
298:17 299:6,25
300:8,8 302:15
**dosimeter**
294:24
**dr** 211:6 212:2,6
213:11 217:9,24
218:6,18,19
220:12,16,20
221:7,21 222:11
222:19 225:25
226:2,10,11,17
227:7 228:8,9,12
228:13 231:13
231:17 232:5,8
233:15 234:7
235:18 237:21
243:25 244:3
257:16 272:6
275:21,25 276:2
276:7,17,25
277:11,16
278:24 279:4
280:2,3,6,7,9,12
280:15,15,16,16
280:17,17
281:20,22 282:8
282:8 283:20

284:6,13,19
285:6,12 292:11
293:4 296:21
297:24 298:8
303:16 304:15
304:18 305:22
306:9 309:21
310:10,22
312:17 315:4,20
**drug** 249:24
250:3
**duly** 211:21
313:12
**dusting** 269:14

**e**

**e** 208:2 209:2,2
209:24 210:2,2
211:20,20,20
221:16,16,16
222:6 242:18
257:13 313:2,2
**e.g.** 266:12,15
**earlier** 226:16
239:9 263:9
290:15 291:4
**easier** 242:20
**eastern** 211:3
312:21
**editor** 232:15,17
233:3
**educated** 291:5
**education** 294:7
**effect** 207:9
**egilman** 231:17
232:5,8 305:12
**eight** 217:5
266:7,9

**either** 227:18
233:24 284:2
295:21 300:5
**elevated** 247:12
248:24 252:24
**elicits** 280:19
**elongate** 266:15
**employed** 269:9
293:13
**emps** 266:12
**enclosed** 276:15
**engaged** 251:2
251:17
**engine** 249:25
**english** 296:5
**enlarged** 244:17
**entire** 246:22
268:6
**entities** 288:2
**entitled** 260:6
297:6
**environmental**
222:8 230:11
231:8,16 232:11
266:11 268:17
**epidemiological**
253:23
**epithelial** 238:25
**equal** 246:20
**equally** 217:6
**erionite** 266:13
**errata** 315:1
**error** 300:25
**especially** 223:2
275:7
**esq** 209:4,9,14
209:18,19,19,24
210:6

**estimate**  273:18
  273:21 282:13
  287:7 293:9,14
  294:10,15,23
  295:4,9,19
  299:25
**estimated**
  268:25 269:4
  275:10 293:21
**estimates**  273:11
  274:14,15 275:2
**et**  206:11 221:16
  230:6 297:8
**evaluate**  279:20
**evaluated**
  215:25 239:23
**evaluating**
  229:14 230:2
  296:17
**evidence**  249:13
  260:8 262:14
  295:5
**evolved**  290:17
**exact**  245:22
  250:10 254:25
**exactly**  250:10
  276:9 281:12
**examination**
  206:7,17 208:4
  211:23 292:10
  293:2 297:22
  304:13 313:13
**examine**  292:14
**examined**
  211:22 233:16
  234:8 237:18
**example**  261:22

**exceeded**  291:22
**excerpts**  230:19
**excess**  294:22
**excluded**  234:14
**exhibit**  208:18
  213:17,20
  225:12 244:22
  253:21 265:3
  266:3 267:6,13
  277:19,23 311:5
**exhibits**  208:9
  208:18
**existing**  294:4
**exists**  291:20
**expected**  248:7,8
**experienced**
  307:8
**expert**  220:17
  255:25 257:12
  257:19 262:20
  279:18 282:6
  289:12 313:11
**expertise**  262:20
  310:2
**experts**  300:15
**expires**  315:25
**explanations**
  234:13
**exposed**  219:4
  233:13 234:9,11
  249:9 258:15
  269:18 291:15
  309:9
**exposure**  212:12
  212:15,20 213:4
  217:4,5,8 221:18
  223:3 224:12,17
  224:20 225:6,15

226:19 227:3,6
228:16 229:8,19
230:5,7,8 235:11
236:19,20 240:7
243:3,7,9 249:18
250:14 251:4,19
251:21,23 252:8
254:11 255:20
258:4 259:24
260:8 261:4
265:12,16 268:4
268:20 269:3,5,9
269:22,25 271:7
271:11 272:23
273:4,19 275:18
282:23 283:12
285:21 286:23
288:21 294:3,5
294:10,16,20,24
295:11,12,14
299:19,21
304:21 306:24
307:2,8,14
308:16,23 309:7
311:2
**exposures**  226:7
  251:3 266:12,16
  268:12,15,18
  282:14 310:18
**expound**  216:13
**express**  276:24
**extensive**  304:8
**extensively**
  222:12
**extrapolated**
  285:8

### f

**f**  313:2
**facility**  308:19
  308:23 309:20
**fact**  216:23
  294:15
**factors**  216:2
  264:20
**factory**  308:23
**facts**  249:13
  250:18 258:6
  262:13 285:10
  301:4 306:18
  309:23 310:11
**factual**  216:22
**fading**  240:17
**fair**  276:24
  279:21
**familiar**  213:7
  213:12 217:23
  218:5,16 220:11
  221:6,8,20
  222:10 223:25
  233:7,8 262:6
  271:10 273:3
  274:25 280:4,6,8
  281:4,6,6 300:23
**family**  251:2,15
**far**  282:9,11
  286:7
**fast**  277:8
**father**  249:24
**features**  216:9
  216:13
**federal**  271:24
  272:12 300:5
**feel**  216:13
  257:21 279:24

**felt** 249:8 254:10
279:10
**fiber** 219:5,13,24
220:8,20 241:3
264:7 279:18
282:21 285:21
293:24 294:2
295:12,15,16
296:4,5,6,7,10
305:2,5 306:10
307:16,20
**fibers** 219:8
223:16 241:5,6
266:12 269:13
284:11,14
304:21 305:7,10
307:9 309:17
**fibrous** 266:13
**figure** 281:15
**filed** 211:8
230:15
**filing** 207:6
**filter** 219:8
**find** 225:13
242:4,8,17,20
265:23 276:3,15
279:5 284:2
287:2,5,6 292:15
298:20 307:19
309:14 314:5
**findings** 241:4
281:23 284:13
310:20
**firm** 211:13
256:2,7,10,22
257:17 273:6
276:14

**firm's** 256:24
**firms** 257:23
**first** 211:20
212:14,18,22
215:11 218:20
219:11 227:25
231:6 235:25
237:8,24 247:17
249:6 253:7
254:19 259:15
268:6 270:24
276:6 287:23
288:5,8 304:18
**fit** 292:16
**fitter** 256:14
**fitzgerald**
206:18 211:10
266:19 305:12
307:5 313:7,24
**five** 215:2
248:15 272:15
304:5
**flip** 280:2 283:20
**floor** 209:13
210:5
**focusing** 266:10
**folder** 276:15
**folks** 219:25
223:7 254:24
**follow** 272:4
291:24 292:8,23
303:21,23 304:6
312:3,13
**followed** 236:10
280:9 306:7
312:13
**following** 237:8
299:11

**follows** 211:22
**footnote** 217:18
218:10 220:4
241:16 245:24
246:3 260:5
265:19 266:9
**footnotes** 266:7
**force** 207:9
**ford** 210:3
**foregoing** 314:4
**forenoon** 206:19
**form** 207:12
216:8 217:11
219:15 220:19
225:16 226:9,13
226:20 228:17
231:10,18
232:12 236:7,14
236:25 237:12
238:3,13 239:11
240:4 241:18
242:6 244:8
250:6,17 254:22
255:22 256:3
260:14 261:17
262:13 263:7
264:3 265:6
267:22 268:5,14
270:3,21 271:8
271:14 275:5
277:17 278:9
279:7,12,22
280:18 283:14
284:9 285:19
286:4 287:14,25
288:18 289:17
289:24 290:10
291:17 294:13

296:15,20
298:15 299:3
300:11,21 301:4
302:4 305:24
307:11 309:5,15
**formal** 274:21
**format** 227:16
**former** 222:5
**forth** 313:12
**forward** 297:10
**found** 219:22
241:2,4,4,5,6
254:20 279:10
279:14,15,20
283:21 284:20
291:8 305:23
306:10 309:21
310:10,21
**foundation**
232:12 233:6
281:25
**four** 233:15
234:7,13,23
237:17,22,25
267:12 272:9
**frame** 216:2
247:4
**francis** 231:25
**freeman** 233:15
233:20,21,23,24
234:2,3,6
**frequency**
299:18,21
**friable** 269:11
**friday** 206:18
211:4
**front** 311:13

[full - heading]                                                           Page 13

**full** 234:5 237:24
  294:23,23
**further** 207:11
  239:18 263:20
  264:2 295:23
  304:13 312:15
  313:16

**g**

**g** 221:16 222:3
  257:13 308:13
**gamble** 209:22
**gateway** 210:5
**gbd** 206:13
**gender** 248:16
**general** 223:5
  229:6,21 234:24
  236:4,8 240:6
  264:18 293:11
**generally** 225:22
  233:18,19
  236:13 237:16
  246:11 256:8
**generic** 216:11
**gentleman**
  256:13
**geographic**
  270:16
**germline** 222:25
  223:10,11
**getting** 237:2
  257:9 262:21
**give** 242:9
  260:21 281:14
  284:2,3 288:25
  304:24
**given** 303:16
  312:17 313:14

**gives** 246:25
  272:12 284:20
**giving** 225:9
  235:17 252:11
  262:8 268:8
  308:12
**go** 211:25 218:25
  227:9,18,23
  229:6,25 242:3,8
  244:2 245:25
  259:14,15
  266:24 270:23
  272:20,21
  281:13 287:16
  302:22 303:18
  304:7
**goes** 301:23
**going** 211:3
  214:13 216:12
  219:3 237:6
  238:15 243:17
  243:20 245:24
  254:13 256:4
  257:14 263:10
  267:24 272:4,16
  284:3 290:5
  292:4,5,6,15,17
  292:18,22 297:4
  297:7,25 298:4,5
  301:9 304:7
  310:24 311:22
  311:24 312:20
**goldberg** 209:21
**good** 211:2
  212:2,4
**goodness** 264:19
**gordon** 265:17
  265:18 266:6,19

283:18 305:12
  305:17,25 306:7
  306:17 307:5
**governmental**
  311:17
**gpm** 209:16
**grade** 261:19,23
  261:25 262:9,10
  262:18 286:9
**grades** 261:14
  261:16
**graduates**
  228:20
**gram** 284:21
**greater** 246:19
  247:14
**gref** 206:4 211:7
  212:7,13,25
  229:24 249:6
  256:17,19,25
  272:25 275:3,10
  275:16,22 276:8
  276:19 282:14
  282:24 284:7
  287:3,9,10 305:4
  305:23 306:10
  315:3
**gref's** 224:16
  225:5,14,23
  229:4,7,18 230:4
  249:3 250:14
  278:3 283:12
  286:23 295:10
  296:13 304:20
**greve** 209:19
**gritty** 262:21
**group** 266:14

**groups** 248:16
**growth** 223:18
  224:3
**gunter** 280:12

**h**

**habit** 246:6,9
**hairdresser**
  253:16,25
  254:17,24
  255:20 271:12
**hairdressers**
  253:11,19 254:3
  254:8,21 265:5,7
  270:10
**hairdryers**
  271:13
**hairstylists**
  270:10
**half** 240:17
  298:4
**halfway** 246:24
  252:14
**hammar** 220:7
  221:7,7
**hand** 308:15
  311:2 313:21
**hang** 303:17
**hanly** 209:2
**happened**
  214:14 250:10
**happens** 262:15
**happy** 259:13
  260:21
**hard** 227:12,14
**head** 213:14
**heading** 214:19
  215:6 220:5

[heading - internally]                                                                Page 14

229:12,13
**health** 230:11
  231:8,16 232:11
  266:16 284:12
**hear** 212:2
  221:25 228:2
  237:14,15
  240:16 267:19
  297:17,24
**hearsay** 280:19
**heavy** 226:6
**held** 270:8
  313:11
**helps** 227:20
**hereinbefore**
  313:12
**hereunto** 313:20
**high** 275:2
**higher** 219:5,7
  219:12
**highest** 270:17
**highlight** 245:24
**highlighted**
  246:3 250:25
**hill** 233:11
**histological**
  218:13
**historically**
  219:18
**histories** 268:17
  268:18
**history** 223:14
**home** 249:9
**homemaker**
  270:14
**honestly** 212:17
**hospital** 300:6

**hour** 243:17
  272:3 291:22
  298:5 303:25
**hours** 272:2
  292:9 294:2
  304:4
**house** 231:25
**hr** 217:18 218:12
**huge** 247:7
**human** 260:9
  284:12
**hundreds** 288:15
**hypothesis**
  291:19
**hypothetical**
  280:14,21

**i**

**idea** 224:2
  232:14 239:24
  262:15 288:10
**ident** 208:10
**identification**
  213:20 244:22
  267:6 277:23
  279:18 311:5
**identifies** 233:15
  234:7 283:15
**identify** 225:4
  283:10 300:5,18
**ii** 206:15
**impact** 277:5,11
**important** 305:3
**impune** 310:17
**incidence** 254:20
**include** 294:20
**included** 230:20
  250:16 254:4

270:9,13 276:16
  286:13,14 287:7
  294:19 296:8
  307:17 308:2
**including** 257:24
  258:2,10 294:17
**increase** 254:24
  267:23
**increased** 251:15
  253:25 254:18
  254:20 294:6
  296:17 307:16
  307:24
**independently**
  280:8
**indication** 245:2
**individual**
  229:15 230:3
  233:17 234:9,10
  234:11,20 235:4
  236:12,21
  238:19,21
  250:21 295:25
**individually**
  206:10 296:12
**individuals**
  219:4 227:6
  228:20 233:13
  240:7 243:12
  254:8 255:5
  258:9 259:23
  291:5 300:12,14
  308:22
**industrial** 258:3
  261:11,15,20
  262:11,19,22
  269:8

**industries**
  206:10 209:17
  247:11 248:12
  248:14,23 252:3
  252:23 278:12
**industry** 247:17
  248:7,10 252:2
  258:10,11
  260:25 261:7,12
  262:12,16
  270:19 271:12
**inferring** 239:3
**inflammation**
  223:16
**information**
  282:22 289:19
  289:21 290:17
  303:12
**inhalation** 305:6
**inhale** 287:13,22
  287:23 288:3
**inhaled** 287:4
**installed** 269:11
**instance** 289:10
**instances** 293:20
**insulation** 226:3
  253:6
**insulators**
  219:23 224:21
  226:3
**interest** 206:10
  209:8 232:9
  248:10
**interested**
  313:18
**internally**
  248:15

**international**
206:10 209:17
230:10 231:7,15
232:10 278:12
**interrupting**
214:20
**intimately** 262:6
**involved** 263:2
**involves** 261:3
**involving** 243:9
252:8 308:18
**ipad** 297:19
**issue** 292:19
310:6,7,19
**issues** 220:17
299:16
**italian** 286:17
**italy** 286:15
**item** 245:10
**items** 241:22
242:5 298:12

**j**

**j** 211:20 308:13
**jacqueline** 206:7
208:5 211:6
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1

236:1 237:1
238:1 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1
268:1 269:1
270:1 271:1
272:1 273:1
274:1 275:1
276:1 277:1
278:1 279:1
280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1
292:1 293:1
294:1 295:1
296:1 297:1
298:1 299:1
300:1 301:1
302:1 303:1,16
304:1 305:1
306:1 307:1
308:1 309:1
310:1 311:1

312:1,17 313:10
314:10
**james** 209:4
212:20
**jaqueline** 315:4
315:20
**jersey** 206:22
209:23 210:5
**jiang** 208:16
224:23 307:13
307:15,23
308:13 309:20
310:25 311:4
**jim** 297:20
**job** 206:25 226:4
249:17 253:17
255:19,21 265:8
**jobs** 250:20
255:13 258:15
268:18
**johnson** 296:7,7
**join** 312:10,11
**jorissen** 210:9
211:11
**joseph** 206:4
211:7
**journal** 213:8
214:3 218:15
220:9 221:19
222:7 230:10,17
230:21 231:8,15
231:16 232:10
232:16,18,20,24
233:2
**judge** 207:10
302:19,23
**july** 212:9

**june** 260:10
**jurisdiction**
302:15
**jurisdictions**
299:7
**jury** 239:7
**jw** 220:7

**k**

**k** 221:16,16
242:18
**kanarek** 290:20
**katherine** 209:9
312:2
**kevin** 209:14
312:9
**kind** 309:11,12
310:8,9
**kinds** 273:2
**klerk** 221:16
222:2
**knew** 281:2
289:11
**know** 212:14,16
213:11,12
216:12,16
217:13,25 218:7
219:20 221:11
221:22 223:9
224:5,7 232:3,5
232:8,21,23,23
233:2 234:5
235:16 237:2
242:10,15 245:4
245:5 249:3,6,19
249:21,23 250:7
250:8,9,10,10
255:16 261:22

261:23,25 262:4
263:5 265:14,16
265:20 268:16
268:16 273:14
273:15 274:13
275:6 276:2,9
277:15 278:7,20
278:23,24 280:7
280:22,22,24
281:8 282:10,11
285:7,21 286:7
290:3,11,23,24
291:3 299:4
301:18 302:14
303:2,5,11 306:2
306:3,13,20,21
307:4,7 308:4,7
308:14 309:16
**knowing** 279:2
**knowledge**
256:23 290:17
294:7 314:6
**known** 252:2
**kolmar** 209:12
**kozak** 208:7
210:6 297:12,13
297:18,23
301:12 312:11
312:11
**kramer** 208:6
209:4 212:19,20
215:15,20
217:11 219:15
220:19 223:20
225:16 226:9,13
226:20 227:20
228:5,17 231:10
231:12,18,23

232:6,12 233:5
235:7,18 236:7
236:14,25
237:12 238:3,13
239:11,21 240:4
240:15 241:18
242:6 244:8
249:12 250:6,17
251:8,13 253:12
254:22 255:14
255:22,25 256:3
256:8,15,18,22
257:4,14 258:6
258:17 259:9
260:14 261:17
262:13 263:7,14
264:3 265:6
267:22 268:5,14
270:2,21 271:8
271:14,23 275:5
277:17 278:9
279:7,12,22
280:18 281:21
281:25 283:14
283:24 284:9
285:4,10,19
286:4,11 287:14
287:25 288:18
289:4,17,24
290:10 291:17
291:21 292:3,11
292:20 293:3
296:24 297:10
297:14,17 298:7
298:8,15 299:3
299:12,14,21,24
300:4,11,21
301:4,15,20

302:3 303:3,8,9
304:2 305:14,24
306:11,19
307:11 308:20
309:5,15,23
310:11,14,16
311:11,21
312:14,16
**kramer's** 256:9
256:22 273:6
276:14 312:4
**kurt** 209:19

**l**

**l** 211:20,20
218:11 221:16
257:13 260:18
260:18
**laboratories**
209:12
**lacks** 232:12
233:5 281:25
**landman** 210:3
**large** 217:4
223:24
**larger** 215:6
311:18
**largest** 270:13
**late** 288:12
**lathrop** 209:16
**laura** 228:12,13
**law** 256:2
**lawler** 209:9
296:20 312:2,2
**lawyer** 256:7
257:3 298:3
**layperson** 239:6
239:16

**layperson's**
239:5
**lead** 297:11
305:17,17
**leading** 294:13
**learned** 288:9
**leather** 296:5
**leave** 292:21
**lee** 217:18
218:11,21
**left** 272:3,8
**legal** 211:11
230:15 231:3
287:6 298:2
301:21 303:4,11
303:13
**lemen** 233:12
**letter** 242:16
276:14
**level** 234:12
282:23 283:22
287:3 290:12
305:5 307:9,19
**levels** 240:2
287:22 291:15
294:5 305:21
306:25 307:13
**lexington** 209:13
**light** 281:11,11
**likelihood**
220:13 222:14
**limit** 303:25
**limitation** 297:7
**limited** 271:25
272:2
**line** 216:15
259:12 260:3
261:9 304:8

**[line - m.d.]** Page 17

315:5
**lines** 233:25
**linked** 227:3
240:2 243:3
268:4 290:9
307:21
**list** 227:21
232:24 233:23
237:17,22,24
241:19,22,23
242:7,13,14
244:4 252:15
253:20 255:8,9
270:7 298:12
308:8,11
**listed** 247:17
253:20 299:2,12
299:20
**lists** 258:12
**literature** 223:25
224:15,18
225:22 231:3
235:22,24
237:10,11 238:5
238:7 239:24
240:5,9,11,18
259:23 263:17
283:2 290:7
291:20 293:16
293:24 294:4
296:18 298:21
298:25 311:14
**litigation** 306:18
**little** 215:5
221:24 247:25
**liu** 218:11,21
**livingston**
206:22

**llc** 209:2
**llp** 209:6,11,16
209:21
**located** 250:21
**location** 234:25
238:24 239:3
243:15
**locations** 286:14
**long** 273:12
288:10 293:22
**longer** 301:10
**longo** 275:21,25
276:17,18,23
277:6,16,25
278:24 279:4
280:9,15,16,17
282:8,8 285:6,12
305:22 306:9
309:13,21
310:10
**longo's** 276:2,7
276:25 277:11
280:2 281:20,22
283:20 284:6,13
284:19 310:22
**look** 217:17
219:21 220:4,5
224:18 225:12
229:17 242:16
247:24 259:14
270:23 297:10
307:12,18
308:13
**looked** 219:17
220:22 232:24
240:25 241:3
283:6 285:23
290:3 299:4

300:10 306:23
306:24
**looking** 228:19
228:21 241:10
242:15 245:9
250:19 252:13
263:3 268:10
276:21 293:15
293:19 306:16
**looks** 231:5
276:12
**lot** 214:13 240:5
261:11 272:3
274:23 280:7
290:16 291:25
292:10
**loveless** 278:13
278:15
**low** 275:2
**lunch** 271:21
272:5
**lung** 219:5,8,13
219:13 220:2,8
220:18 239:10
241:3

| m |
|---|

**m** 211:20 217:18
218:11 220:7
222:3,6 242:16
242:16,18
281:10
**m.d.** 206:7 208:5
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1,5

222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1
268:1 269:1
270:1 271:1
272:1 273:1
274:1 275:1
276:1 277:1
278:1 279:1
280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1
292:1 293:1
294:1 295:1
296:1 297:1

298:1 299:1
300:1 301:1
302:1 303:1
304:1 305:1
306:1 307:1
308:1 309:1
310:1 311:1
312:1 313:10
314:10
**m71373** 208:14
277:22 278:2
**macroscopic**
246:6,8
**madison** 209:3
**maintenance**
269:12
**major** 252:3
**malignant**
215:12 221:17
222:4 223:17
224:3 242:21
244:6,12 246:18
247:9,13 248:6,8
248:11,14 252:4
259:25 260:6
264:21 308:16
**man** 221:9
**manner** 269:17
**manufacture**
309:2
**manufactured**
250:4,7
**manufacturer**
262:5
**manufacturing**
250:11 269:7
308:19 309:20

**march** 242:24
258:22
**mark** 213:16
247:25 291:22
**marked** 213:7,19
225:3,11 244:21
250:23 267:5
277:23 311:5
**marriage** 313:18
**mary** 242:17
**maryland** 209:9
**mas** 208:14
277:21 278:2
**material** 267:8
267:13 309:2
**materials** 212:8
212:11 269:12
**math** 274:15
**mathematically**
273:23
**matter** 206:17
211:7 309:8
313:19
**mazurek** 242:12
254:23
**mccaffrey**
209:14 312:9,9
**mcdonald**
254:10 255:4,7
270:22,23,25
**mclarty** 220:7
**mean** 226:14
236:11,13
258:14 261:19
263:13 287:18
293:11
**meaning** 247:8

**means** 255:9
**measurable**
293:16
**measures** 294:17
**media** 211:5
312:18
**medical** 213:2
221:3 230:21,22
231:2 235:24
237:11 238:7
281:14 289:11
291:20 294:9
**medicine** 222:8
**medium** 275:2
**meeting** 221:10
**members** 251:2
251:15
**men** 217:6
268:25 269:6
**mennen** 209:8
296:6 312:3
**mention** 264:23
265:4,10 266:21
269:24
**mentioned**
225:25 226:10
226:16 228:11
245:17 254:9,10
264:14 265:19
265:20 270:22
288:6,7 296:16
304:9
**mentioning**
254:14 288:16
**mentions** 243:6
**mesos** 247:5
**mesothelial**
223:18 224:3

**mesothelioma**
212:25 213:4,9
214:2 215:7,12
215:13 216:9,19
216:20 217:3,7
217:19 218:12
219:3,4,10,12,14
219:25 220:9
221:17 222:5
223:2 224:4,14
224:16 225:6,14
225:19,21,24,24
226:12,19,24
227:2,5 228:14
228:21 229:5,8
229:18 230:4,7
234:17,18,24
235:6,10,23
236:5,6 237:10
238:6,12,20,22
240:3,12,13,13
240:19,21 241:2
242:21 243:12
243:16 244:6,12
246:13,18 247:9
247:14 248:6,8
248:12,14 249:8
251:16 252:4,20
253:3 254:2,12
254:18,20 255:4
259:6,25 260:7
263:18 264:14
264:21 269:18
269:24 270:17
288:8,15 289:3
289:12,15 290:9
290:14,21 291:2
291:6,9,14 294:6

[mesothelioma - mortality]                                          Page 19

294:6 296:13
307:10,22,25
308:16 311:10
311:19
**mesotheliomas**
215:22 216:4
219:6 224:11,20
224:24 240:9
243:2 254:5,9
255:2 268:3
269:2
**met** 221:8
**method** 229:14
230:2 233:10
293:18,18
**methodologies**
290:19 306:14
**methodology**
230:6 233:12
234:4,24 237:20
238:15 281:7
293:13 298:10
298:16,17,20,23
299:8,10,12,17
300:2,15,19,24
301:2 302:6,6,9
302:16,20 303:7
**methods** 280:9
**michael** 234:6
**michele** 208:11
213:18
**michigan** 230:9
231:6
**microphone**
228:7
**microscope**
281:10,11

**microscopes**
281:3
**microscopic**
309:25
**microscopist**
221:5 281:5,12
**microscopy**
282:6
**microtalc** 286:9
**middle** 222:22
**migration**
220:23
**million** 284:11
**mineral** 264:10
266:13,15
**minerals** 246:5,8
266:14
**miners** 271:2,2
**mines** 286:8
**minute** 272:15
**minutes** 272:9
282:18 283:7
304:5
**mirrors** 233:10
**mischaracterizes**
226:20 235:8
249:12 262:14
283:14 289:5
299:15 300:22
310:15
**misstates** 240:15
300:21 310:14
**mixed** 257:10
285:20 307:14
**mm** 311:3
**mmwr** 241:20
**mmwrs** 245:5

**moline** 206:7
208:5,10 211:6
212:1,2,6 213:1
213:19 214:1
215:1 216:1
217:1 218:1
219:1 220:1
221:1 222:1
223:1 224:1
225:1 226:1
227:1 228:1,8
229:1 230:1
231:1 232:1
233:1 234:1
235:1,18 236:1
237:1 238:1
239:1 240:1
241:1 242:1
243:1,25 244:1,3
244:21 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1
254:1 255:1
256:1 257:1,16
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1,6
268:1 269:1
270:1 271:1
272:1,6 273:1
274:1 275:1
276:1 277:1,23
278:1 279:1
280:1 281:1

282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1
292:1,11 293:1,4
294:1 295:1
296:1,21 297:1
297:24 298:1,8
299:1 300:1
301:1 302:1
303:1,16 304:1
304:15,18 305:1
306:1 307:1
308:1 309:1
310:1 311:1
312:1,18 313:10
314:10 315:4,20
**moments** 295:3
**montana** 286:8
286:13 309:13
310:21
**month** 258:25
**months** 214:10
214:14 276:3
**morbidity**
208:12,13
242:23 244:20
244:23 258:21
266:3,25 267:4
**morning** 211:2
212:2,5
**mortality** 208:12
208:13 242:21
242:23 244:7,13
244:20,24
247:13,21 248:2
248:24 252:4,24

258:21 260:24
266:3,25 267:5
**motion**  297:11
**move**  215:5
**mpem**  215:12
217:3,6 219:2
222:24
**mt**  206:22
**mullins**  209:6
**multiple**  235:12
235:12 257:24
**multiplied**
248:10
**musk**  222:4
**mutations**
222:25 223:10
223:11
**muted**  297:12,16

**n**

**n**  208:2 209:2
210:2 211:20,20
221:16 222:3,3,3
222:6 260:6,6,18
308:13
**name**  211:11
212:4 218:19
221:8,13 234:5
242:11,17
298:16 300:7
302:8 308:12
315:3,4
**nanotubes**
266:16
**naturally**  264:10
266:13
**nauseam**  273:8

**naval**  249:22
**navy**  248:25
249:4,10,16
250:15
**necessary**  294:9
294:14
**need**  220:14
228:3 271:22
**nelson**  209:6
**neslemur**  206:11
**never**  221:8
281:15
**new**  206:2,22
209:4,4,14,14,23
210:5 211:9,21
257:13 277:7
302:18 313:4,5,9
**newark**  209:23
210:5
**nine**  218:2
263:23,25
**nitty**  262:21
**nomenclature**
239:2,2 262:4,6
**non**  266:11,15
**nose**  239:19
**notary**  206:18
211:21 313:8
314:17 315:21
315:24
**notations**  249:15
**notebook**  276:17
**noted**  211:14
271:5 312:22
**notes**  270:16
274:20,23
**notice**  304:3

**number**  211:9
213:8 214:23,23
215:2 217:9
220:6,21 223:7
223:23 224:6,8
227:21 228:18
235:3,22 236:9
237:9,23,25
238:10 241:11
241:12 243:6
244:19 245:10
245:13,14
246:25 247:7
248:5,7,9,9,11
248:13 249:22
254:7,24 255:2
260:10 266:6
268:9 272:25
273:11,18,22
275:3,10,13,15
275:18 282:16
282:17,18,21
283:6,25 284:4,6
285:13 293:12
293:20 294:3
299:6,18 304:25
305:9 310:25
312:18
**numbered**  237:8
**numbers**  215:21
268:7 277:19
296:16,17 301:6
**numerous**
259:23

**o**

**o**  211:20 222:3,6
222:6 260:6

**o'sullivan**  220:7
**oath**  207:9
**object**  235:14
238:17 257:7,14
281:17 284:17
291:11 294:13
296:20
**objection**  215:16
217:11 219:15
220:19 223:20
225:16 226:9,13
228:17 231:10
231:18 232:6
233:5 235:7
236:14 237:12
238:3,13 239:11
239:21 240:4,15
241:18 242:6
244:8 249:12
250:6,17 253:12
254:22 255:14
255:22 256:3,15
258:6 259:9
260:14 261:17
263:7 264:3
268:5,14 270:2,2
270:21 271:14
277:17 278:9
279:7,22 280:18
281:25 284:9
285:4 286:11
287:14,25
288:18 289:4,17
289:24 295:6
299:3,14,24
301:20 302:3
303:3 305:14,24
306:11,19

307:11 308:20
309:5,15 311:11
**objections**
207:12 231:23
**observed** 222:24
248:5
**obtaining** 220:2
220:3
**obviously**
303:20
**occasions** 272:25
289:8
**occupation**
248:7,10 252:2
252:14,14
253:10,15,19,24
254:16 258:2,9
**occupational**
217:7 222:7
226:7 230:10
231:8,16 232:10
253:4 255:20
266:11 268:17
269:5 270:9
271:11 293:25
**occupationally**
253:10
**occupations**
247:12 248:12
248:14,23
252:15,18,23
253:16 255:8,9
257:24 268:16
270:8 271:5
**occur** 216:24
269:9 294:6
**occurred** 225:10
234:12

**occurring**
264:10 266:13
**occurs** 216:19,20
219:4
**october** 215:2
313:21
**offer** 228:6
**officer** 207:8
**oh** 264:19
**okay** 212:3
227:19 235:18
235:20 263:6
266:5 293:4
296:23 297:10
297:24
**old** 260:7 288:7
296:6
**olsen** 222:3
**one's** 294:10
**ongoing** 266:10
**onset** 273:6
**ooo** 207:15
208:19 210:10
**opine** 282:23
**opinion** 212:24
213:3 216:23
217:14 223:6
224:16 225:5,13
225:23 229:4
235:9,11,13
262:8 279:15
280:19,25
283:11 287:3
289:2 290:7
296:11 301:23
304:19
**opinions** 229:17
229:24 236:23

274:14 276:24
277:6,12 279:19
303:23
**opportunity**
312:12
**opposed** 218:20
**oral** 206:6,17
**order** 287:21
294:10
**ore** 310:20,21
**original** 226:11
226:14,15,17,18
228:14,23
**originally**
230:15
**orleans** 257:13
**ounce** 284:10
**outcome** 313:19
**outline** 303:7
**outlined** 233:14
233:20 300:8,20
301:18,25
**outside** 257:15
258:7 282:2
285:4,10 306:11
**overall** 236:19
236:20 269:3
288:3 294:3
295:12
**overbroad**
219:16 223:21
251:13
**owned** 231:17,20
231:24 275:22
**ownership** 232:2
232:4,9

**p**

**p** 209:2,2 210:2
210:2 218:11
**p.c.** 210:3
**p.m.** 272:17,20
312:20,22
**p1-5418333**
315:2
**page** 208:4
214:17,18,22,22
214:23,25 215:5
217:18 218:25
220:5,5 222:22
227:21 229:9,11
229:23,23,24,25
229:25 235:21
242:13,15 245:8
250:25 259:20
263:16,23,25
266:8 268:7,24
280:5,7 284:19
315:5
**pages** 217:22
218:15 221:19
222:8 242:24
**palmolive** 209:7
307:3,6
**pang** 222:3
**paper** 212:17
226:22 230:7,25
233:15 245:19
259:12 261:12
264:17,18
265:17,18
266:19 269:21
269:22 270:5
283:18,18,19
298:22 305:18

305:25 306:4
307:23 308:5,6,7
papers 224:14
305:17 306:8
paragraph
241:10 251:24
parameters
218:14
parents 249:3,10
249:16 250:15
250:20
parsing 291:18
part 226:4
229:20 239:13
253:17 275:17
278:25 292:8
particles 266:15
particular
214:14,15,15,15
218:4 226:11
233:7 236:12,19
246:5 249:15
275:11 278:14
278:16 293:20
293:22 294:19
305:5 308:5
particularly
222:13
parties 207:5
211:15 304:3
313:17
patented 298:18
pathological
217:20 239:4
pathology
217:21 218:15
220:10,18
221:12 260:9

patients 217:5
218:14 219:11
220:9 223:2,15
peer 232:19,21
233:4 245:3,4,6
259:22
peers 232:23
pending 257:13
people 226:6
240:20 252:19
253:2 261:4
269:17,17
280:24 284:15
308:18
people's 224:9
percent 215:13
215:24 217:5
251:25 268:25
269:5 284:15
285:16
percentage
224:11 243:2
268:3 283:23
284:14,20
percentages
215:22 216:4
217:16 218:5
268:8
perform 293:14
294:9 295:17
299:5
performed
295:24
performing
293:8
pericardial
234:22

peritoneal
212:25 213:4
215:7,12,22
216:4,19 219:3,4
219:12,25
224:11,14,16,19
224:23 225:5,14
225:18,21,24
226:12,19,25
227:5 228:14,20
229:5,10,18
234:17,18,23
235:6,10 236:6
238:11,20,23
239:3,9 240:2,8
240:12,13,19,21
243:2 246:12
249:7 259:6
260:7 264:14
268:3 288:8
290:9,21,25
291:5,9,14
307:10,17,21
308:2,4
peritoneum
216:25 217:19
218:13 219:9
247:5
persistent
294:18
person 255:11
271:5 280:22,22
303:12
person's 294:11
personnel
249:16
perspective
294:9

pertains 272:5
ph.d. 221:5
pharmaceutical
262:9
phase 281:11
phone 304:17
photograph
208:14 277:21
277:25 278:4
phrase 236:18
265:15 270:5
291:19
phrasing 279:24
physician 234:3
pick 236:15
picking 218:19
pinaud 206:11
208:15 277:22
278:3
pipe 256:14
place 251:22
263:19
places 215:22
placing 251:3,18
plaintiff 206:4
209:3 256:7
288:24
plaintiff's 274:9
274:13 278:21
plan 292:9
pleasant 206:22
please 211:19
213:21 243:18
267:11,24 270:6
272:4 295:8
296:3 298:9
pleura 216:24
229:10

**pleural** 216:5,8
  216:20 217:3
  219:6,14 222:6
  223:2 234:18,22
  239:19 246:12
  247:5 307:17
  308:2,4
**plm** 281:3,5,24
**pmr** 247:20,23
  248:4
**pmrs** 248:15
**point** 228:8
  232:17 271:20
  271:21 276:9
  290:4
**pointed** 214:11
**poisson** 248:17
**population**
  215:25 226:12
  264:16
**populations**
  264:12
**portions** 214:11
**posed** 285:24
**position** 297:5
**possible** 250:14
  269:25 271:6,7
  288:16
**possibly** 219:7
  273:23
**potential** 251:4
  251:20 265:11
  265:16 266:11
  266:16
**powder** 241:6,8
  241:9 253:10
  262:5,10,10
  278:2 279:8

**284:22 288:3**
  294:22 296:9
  306:21
**prefer** 228:6
  272:8
**preferences**
  271:17,19
**present** 210:8
  234:10 235:4
  241:3
**presented**
  302:23
**presumably**
  239:6
**presupposing**
  287:15
**prevention**
  213:10 214:3
  242:23
**previous** 223:14
  223:17 260:8
**previously** 267:9
  267:14 269:11
  279:17 281:2
**print** 214:21
  215:6
**printing** 260:25
  261:7 262:12,16
**prior** 212:22
  224:2 232:6
**priority** 206:21
  211:13 315:1
**probably** 215:23
  221:22
**proceed** 304:11
**proceeding**
  211:16

**process** 232:21
  283:8
**procter** 209:22
**produced** 212:11
  212:22 256:13
  272:22
**product** 236:19
  273:2 275:11
  285:15 293:20
  293:22 307:4,6
  309:19
**products** 236:12
  259:24 261:6,9
  262:7 273:11,20
  275:4 295:21,25
  296:12 309:2
**profession**
  281:15
**professional**
  226:2 288:24
  289:14
**project** 208:14
  277:21 278:2
**prolific** 213:11
**promotes** 223:17
**promoting** 224:2
  224:3
**pronounce**
  260:19
**properties** 246:7
**proportion**
  248:11
**proportionally**
  222:20,24
**proportionate**
  247:13,21 248:2
  248:24 252:24

**proportions**
  223:10
**protocol** 236:10
  306:6
**provide** 274:9
  295:8
**provided** 273:5
  274:12 276:10
  276:11,12,13
  298:12
**provides** 303:12
**public** 206:18
  211:21 289:22
  289:22 313:8
  314:17 315:24
**published** 214:4
  216:3 218:2
  222:15 224:10
  224:13 228:13
  228:18 230:9
  231:7,14 233:3
  237:21 245:5
  259:22 283:2,5
  290:2 293:16,24
**publishing**
  231:25
**puff** 293:18
  306:23
**pulmonary**
  221:12
**purely** 216:16
**purports** 275:2,8
**purpose** 243:4
**purposes** 261:11
**put** 212:19
  255:16 259:18
  301:6 304:3

| puts 254:17 | quiz 281:9 | read 214:7,21 | 267:5 276:19 |
|---|---|---|---|

**puts** 254:17

**q**

**question** 213:15
227:25 228:7
231:14 232:7
235:17,19,22
236:9 237:7,9,13
237:23,25
238:10 241:11
252:12 253:14
266:7 267:24
280:23 283:9
285:6,12,24
286:25 291:23
292:6 298:9
301:11,16,17
306:14 311:25
**questioning**
212:21 272:3
303:22
**questions** 222:18
229:7 233:16
234:8 236:17
237:17,22
267:12 274:12
274:16,22
288:19,20 289:8
292:2,7 293:7,12
297:20,21 298:2
298:3,3,4,6
301:8 302:13
303:4,11,21
304:17 311:24
312:4
**quick** 243:24
**quit** 265:24

**quiz** 281:9
**quotations** 246:7
**quote** 213:9
216:7,10 217:2,8
218:4 219:10
223:13 229:13
229:15 230:4,11
233:10,10 235:3
235:5,24 236:10
237:9,25 241:13
246:4,7,8 247:11
248:4 250:25
251:4,17,19,24
259:20,25
263:17,18 266:9
**quoted** 215:23

**r**

**r** 209:2 210:2
221:16,16,16
222:3 242:18
260:6 313:2
**race** 248:16
**range** 307:13
**ranges** 305:22
**rarely** 217:3
**rate** 247:2
300:25
**rates** 246:19
270:17
**ratio** 247:21
248:3
**ratios** 247:13
248:24 252:25
**raw** 309:2
**raymond** 209:23
**reach** 219:8

**read** 214:7,21
217:24,25 218:6
218:8,18,21
220:12,13
221:21 222:11
223:9 230:12
235:21,25 242:3
243:24 244:17
246:22 248:18
251:5,10 267:9
276:18 281:19
281:22 300:15
301:12 314:4
**reading** 230:23
279:25 297:11
**real** 298:4
**realize** 281:9
**really** 263:8
277:8 289:23
**reason** 278:17
315:5
**reasonable**
304:6,10
**reasons** 279:16
292:10
**recall** 212:18
214:9,16 215:17
218:21 223:9
226:22 243:4,5
243:14 249:14
249:24 258:25
259:5,8,10,11,11
268:8,23 275:23
293:10,11
298:13
**received** 212:7
212:14,17
213:19 244:21

**referenced**
241:13,15 243:8

267:5 276:19
277:22 311:5
**recess** 243:22
272:18
**recognize** 218:20
**recognized**
269:6
**recollection**
218:9,23 220:15
221:10 222:16
226:21 243:13
279:25 305:25
307:23 308:3
**record** 211:3,15
212:20 243:21
243:23 272:17
272:19 292:18
292:24 296:25
301:16 312:20
313:14
**recorded** 211:6
**records** 213:2
**refer** 239:15
**reference** 218:4
219:23 220:6
222:2 223:23
224:8 225:10,13
227:21 233:23
241:19,22,23
242:9 243:5,12
243:14 252:7
259:16 264:8
265:13,17,18
266:6,23 267:8
267:13 268:20
275:20 308:8

244:5 245:11
259:21 267:15
273:23 276:4
308:6
**references**
219:21 220:6
221:15 223:8
225:9 245:18,19
245:19 265:13
**referencing**
217:12 219:21
223:23 224:5,6
231:2 245:15
269:21 273:14
**referred** 229:11
**referring** 216:17
240:23,24 245:8
256:16 262:24
264:17 273:4,9
273:10 279:23
289:6
**refers** 266:18
**reflect** 277:5
286:22
**reflecting** 277:11
**refresh** 218:9
220:15
**regard** 295:24
**regarding**
283:12 293:8
**region** 222:13
**reid** 221:15
222:2
**reid's** 221:21
222:11
**relate** 243:9
**related** 219:22
224:12,17,20

226:23,25 227:4
227:6 229:24
233:14 240:5
241:10,12 269:2
275:12 294:12
306:25 313:16
**relates** 229:4
**relating** 220:18
226:12,18 229:7
240:11,19
270:25 275:15
**relaying** 310:2
**relevance** 239:21
**reliable** 301:19
**reliance** 242:13
242:14 244:4
308:11
**relied** 267:9
280:15 281:20
281:22
**relief** 260:22
**relies** 280:3
**rely** 224:15
225:4,13,23
286:20 290:7
297:8
**relying** 215:17
230:14 283:11
**remained** 278:20
**remember**
214:13 245:22
254:25 273:13
290:22 298:10
**remind** 271:25
**remote** 211:5,17
**remotely** 211:18
**renovation**
269:12

**repaired** 250:5,9
**repeat** 237:13,14
253:14 277:8
**rephrase** 284:5
**replicate** 306:18
306:21
**report** 208:12,13
223:3 225:2,3,11
225:11,12,17
227:8,10,11,13
228:9,25 229:3
229:16 230:23
236:23 241:21
242:23 244:5,21
244:24 245:8,9
254:13 256:12
258:20,21
259:14,15,18,20
260:12 263:13
263:16,19 264:5
264:9 266:3
267:2,5 272:21
272:22 274:2
275:20,24 276:2
276:4,5,7,19,22
276:23,25 277:2
277:5,10,14,25
279:3,25 280:2
280:12 281:20
281:22 282:3
283:8,10,15,21
284:13,19 288:6
288:7 289:14
290:6 308:6,9
310:5,7,22
**reported** 217:5
226:18

**reporter** 206:18
211:10,17,19
313:8
**reporting** 206:21
252:19 315:1
**reports** 240:12
240:20,24
280:11 289:25
300:16 302:14
**representative**
278:12
**representing**
211:12
**represents**
215:12
**required** 219:7
299:7 300:13
315:21
**research** 226:11
226:17,18
228:14,23
250:21 266:10
294:8
**researchers**
220:22
**reserve** 312:3,7
**reserved** 207:12
**reserving** 312:10
312:12
**residential**
221:18
**residents** 222:5
**resolve** 292:18
**respect** 214:12
220:20 223:9,25
236:9 245:21
250:11 283:3
293:16,24

310:22 311:15
respective   207:5
response   245:13
responsiveness
   235:15 238:18
   257:8 281:18
   284:18 291:12
resulted   304:20
results   284:24
   295:8
resuspension
   269:13
retained   208:18
   255:18,24 256:6
   256:9,11 257:12
   257:16,19,22,25
   258:8 312:19
review   223:22
   224:8 226:16
   228:23 232:21
   245:6
reviewed   245:3
   245:4 259:22
   278:11 280:11
reviewer   232:19
   233:4
reviewers
   232:25
rf   220:7
right   212:4
   215:3 222:17
   226:3,5,7 229:16
   230:16 232:5
   233:4,18 234:14
   236:24 237:11
   237:19,23 238:2
   238:7,12,20,23
   239:10,20

240:14,22
241:15,17 246:9
246:21 247:2,6
247:15 248:17
248:18,18,19,25
249:4 251:19
252:5,25 253:7
253:21 255:11
255:21,24 256:2
256:14 257:9,13
258:5,16 260:2
260:10,25
267:10 269:14
269:19 270:14
270:19 271:7
277:2,6 279:6,11
284:22 286:10
286:15,18 287:9
287:13,24 289:3
301:3 304:21,24
305:23 309:4
310:10 312:3
rights   312:7,10
   312:12
riley   209:6
rises   216:14
risk   222:4 251:3
   251:16,18,22
   253:25 254:18
   264:20 269:4
   294:6 296:17
   307:16,24 308:3
   308:16 311:2
risks   266:17
road   209:17
robert   209:18
rodelsperger
   224:22 264:15

264:16,19,23
307:12,14
role   271:7
290:16
ron   220:16
rooms   250:2
route   281:14
routinely   253:16
rubric   234:16,20
   234:21,22
rule   250:13,14
   271:24 272:12
ruled   303:7
rules   271:24
ruling   292:13
302:24
running   215:16
russia   262:15
russian   260:25
262:12,16
rutkowski
   209:24 312:6,6

s

s   209:2,3,7,8,12
   209:16,22 210:2
   210:4,6 218:11
   218:11,11 222:3
   280:3 315:5
sake   220:3
sam   221:7
sample   278:24
   282:12 283:10
   305:23
sampling   282:9
saw   221:22
   274:5 276:6
   288:12

saying   228:3
240:10 272:14
299:11 310:18
says   215:6,10,11
219:2 220:6
222:19 229:13
230:23,24 233:3
233:20 234:7
238:5,8 241:12
246:4,10 247:4
248:4,19,20
251:17,20,24
260:3 261:5,9
268:22,24 280:3
280:9,15,16
284:13 305:22
309:21 310:10
sc   222:3
scarborough
209:6
scenario   309:8
scenarios   243:7
243:9 288:21
scheduling
271:17,19
scientific   213:9
214:2 282:22
290:6 298:21,24
311:15,18
scope   257:15
258:7 282:2
285:5,11 301:23
303:12 306:12
screen   213:21,24
227:17,18
229:13 244:6,9
265:25 278:5

[scribbled - speaks]                                                    Page 27

**scribbled** 274:20
  274:23
**scroll** 247:24
  248:4 268:24
  270:6
**scrolling** 252:10
**se** 236:20
**sealing** 207:6
**searchable**
  227:15,16
**second** 240:16
**section** 225:18
  225:20 229:3,6
**see** 214:22 215:3
  215:8 217:8
  218:8 219:21
  225:12 227:10
  232:24 233:11
  241:11 244:9,12
  245:25 252:9,15
  265:18,19,19
  266:2,8,24 278:4
  284:23 292:16
  309:18
**seeing** 268:6
**seek** 292:21
**seen** 214:5 218:3
  222:14 241:7,8
  276:13
**seer** 268:7
**segalla** 209:21
**seizure** 252:11
**selected** 246:20
**selikoff** 224:19
  225:25 226:2
**seller** 262:9
**sense** 274:24
  301:22

**sentence** 237:8
  237:24 241:12
  266:9
**sentences** 237:8
**separate** 229:9
  234:17,21 288:2
**separated**
  243:15
**september**
  206:19 211:4
  215:2 313:11
**series** 217:4
  240:24
**services** 206:21
**set** 313:12,20
**settings** 234:13
  258:4 269:8,10
**settled** 269:13
**seven** 272:2
  291:22 292:9
  303:25
**sex** 221:17
**shaker** 293:18
  306:23
**share** 213:22
  265:25
**shared** 275:15
**shares** 216:8
**sharing** 259:17
  265:25 266:24
**sheet** 315:1
**ship** 247:17
  248:25 269:6
**shipbuilding**
  252:3
**ships** 250:5,7,9
  250:12

**shipyard** 249:20
  249:23 250:4,8
  250:11,16,22
  270:18
**shockingly** 265:9
**shorthand**
  206:18 313:7
**show** 213:13,16
  223:8 254:13
  259:12 265:22
  268:22 273:15
  275:2,8 284:2,24
**showed** 254:7
**shower** 296:8,8
**showing** 252:22
**shown** 213:25
  214:9 294:18
**shows** 214:24
**shulton** 209:22
  312:7
**signature** 313:23
**signed** 207:8,10
**significantly**
  247:12 248:23
  252:24
**similar** 233:12
  246:9 300:14
**similarities**
  216:8
**simmons** 209:2
  257:16
**simple** 293:23
**single** 304:8
**sit** 222:17
**site** 246:25 247:2
  247:10
**six** 260:10

**size** 267:24
**small** 214:21
  223:7
**sole** 233:4
**solicited** 303:24
**somebody** 242:3
  265:24 308:25
  309:3
**sorry** 212:16
  222:21 228:2
  231:20 237:13
  240:16 251:9
  253:14 256:21
  257:9 265:2
  267:19 286:25
  303:18 304:23
  306:25 310:16
**sort** 216:11
**sorts** 281:14
**source** 234:25
  237:5 265:11,16
  269:25
**sourcing** 262:7
  296:10
**southeastern**
  308:17
**southern** 206:2
  211:8
**sp** 220:7 221:7
**speak** 221:24
  262:21 301:16
  302:11
**speaking** 223:11
  237:4 277:7
  291:4 309:6
**speaks** 283:24
  308:20 311:12

specialist  211:12
specific  217:25
    218:7,23 221:10
    222:16 225:19
    233:11 236:5
    241:20 242:9
    255:6 259:11,16
    263:3,4 284:4,5
    290:11 291:18
    291:19 306:22
    308:7
specifically
    216:6,18 223:6
    224:13 225:18
    225:20 227:4,5
    229:9 239:23
    243:15 245:17
    249:14,24
    255:18 262:25
    290:22 306:16
    306:17
specification
    291:6
specificity
    290:12
specified  248:6
specify  247:10
    295:23
spectroscopy
    282:7
speculation
    231:12,19
    232:13 233:6
    249:13 253:13
    255:15 258:17
    286:5 289:5
    301:21 302:4

306:12
spice  296:6
spinning  308:15
    311:2
spot  229:16
springs  209:17
ss  313:4
staats  218:11
stake  232:2,4
standard  293:25
standpoint  299:5
stands  247:23
    281:8
starting  229:21
    229:22
state  211:21
    233:9 252:6
    302:18 313:4,8
stated  235:12
    290:15 296:25
statement
    215:11 216:10
    216:11 223:4,5
    223:19 233:3,8
    235:21,25 236:4
    236:8 237:14
    242:25 251:7,9
    251:12,14 259:6
    259:19 261:5,7
    266:18 268:2
    311:8
statements
    250:24 268:11
states  206:2
    211:8 216:7
    217:2 223:13
    242:22 244:13
    247:15 249:4,10

251:25 270:18
    279:16
stating  217:14
    276:15
stationed  249:19
statistical  301:5
stefan  283:18
    305:16 306:4
stenographic
    211:15
steps  295:2
    298:21,25
    299:11 300:3,7
    300:19 301:3,18
    301:25
stipulate  211:16
stipulated  207:4
    207:11
stipulations
    207:2
stomach  239:10
    239:12,13,14,16
stop  266:24
    271:22 304:12
stopped  259:17
    295:11
street  209:8
stretch  243:18
strongly  280:25
studied  226:2
    264:13,14
studies  224:23
    283:4,5,15 286:2
    297:8 305:11
    307:19
study  217:20
    252:8 253:24
    264:16,21 271:4

283:11 306:10
    306:17 307:7
    308:17 311:3
su  280:3,6,15,16
    280:17
su's  280:7
subject  212:21
    245:6 297:6
    303:24
submitted  231:6
    298:22 302:14
subscribed
    314:12 315:21
subsequently
    289:19
substance
    234:11
substantially
    296:13
subtype  238:23
    238:24,25 239:3
    239:4
successful
    292:22
successor  206:10
    209:8
suffers  212:25
    238:20,21
sufficient  219:9
suggested
    271:11
suit  238:16
suite  209:8,17,23
summarizing
    224:9
summary  212:13
    212:15,21 273:5
    275:18

**supplemental**
  277:5,10,13
**supplier** 262:5
**supported**
  296:17
**supporting**
  223:15
**supports** 239:24
**supposed** 232:22
**supreme** 230:9
  231:7
**sure** 222:2,11
  243:19 256:15
  257:17 281:12
  291:19 292:3
  300:12
**surgeries** 223:14
  223:17 224:2
**surprise** 249:15
**survival** 218:14
**swear** 211:19
**swearing** 211:18
**sweeping** 269:14
  294:21
**sworn** 207:8,10
  211:21 313:12
  314:12 315:21

**t**

**t** 218:11,11
  222:6,6 313:2,2
**tab** 265:20,21
**table** 246:14,15
  246:15,17,18
  247:11,23,25
  248:22 252:13
  252:13,22,23
  253:20,22

**take** 260:4
  271:21 272:9,15
**taken** 206:18
  243:22 272:18
**talc** 229:22
  236:24 237:6
  238:11 239:25
  240:8,11,14,19
  240:22 243:10
  243:13 245:17
  245:18,19,20
  252:8 253:17
  259:24 261:4,5,6
  261:6,9,10,14,23
  261:23,24 262:3
  262:9,18,19
  263:4 264:24
  265:4,11,14
  266:21 269:24
  276:16 278:3,20
  282:15,25
  283:13 285:17
  285:18 286:3,8
  286:13,14,17,24
  287:4,5,13,15,17
  287:18,19,20,23
  287:24 288:4,16
  288:22,25 289:2
  289:9,15,22,23
  290:8,16 291:16
  294:25 305:21
  309:4,9,13
**talcum** 241:6,7,9
  253:10 262:5,10
  262:10 278:2
  284:22 294:22
  296:9

**talk** 224:23
  255:7 264:7
  265:15 286:2
  290:13 291:7
**talked** 224:7,24
  273:6 293:9
  306:4
**talking** 223:24
  227:23 243:11
  244:4 245:12
  246:16 256:19
  258:21,22
  259:19 264:18
  264:20 270:7
  273:16 275:7,7
  299:17 308:25
**talks** 245:20
  246:24 255:4
  290:20 291:13
**tasks** 249:17
**taylor** 231:25
**telephone**
  297:19
**tell** 232:25 253:5
  257:3,4 273:15
  282:4 286:20
  302:8
**telling** 253:2
**ten** 215:24
**term** 236:10,11
  236:23 239:5,17
  246:4,8 263:9,12
  263:20 281:4,6
  310:5
**terminate**
  311:24
**terminology**
  245:22

**terms** 215:21
  236:18 263:24
  282:16 284:12
  284:14 290:18
  300:8 301:23
**test** 245:10
  275:20 276:7
  277:25 284:6
  307:5
**tested** 275:25
  277:16
**testified** 211:22
  267:9 278:16
  279:17 288:14
  288:20,23 295:2
  302:12
**testimony**
  212:13,15
  254:15 261:3
  273:5 275:18
  278:11 281:19
  292:23 303:16
  304:19 307:18
  312:17 313:14
  314:5
**testing** 276:17
  276:25 290:19
**tests** 277:6 282:9
  285:14,20
**texas** 209:18
  300:13 302:7,9
  302:13,15
  303:10
**text** 266:8
**textbook** 221:12
**textiles** 308:24
**thackston** 208:5
  209:18 211:24

213:21 214:12
215:19 221:23
227:24 228:3
235:14 238:17
256:17 257:7
265:24 267:3
272:14 277:8,18
281:17 284:17
291:11,25 292:5
292:12 294:13
295:6 296:15,25
297:3,5 303:17
303:20 304:11
304:14,16
310:24 311:23
312:13
**thank** 214:23
222:23 295:17
302:17 303:14
312:7
**thanks** 215:20
296:21 312:10
**theory** 223:15
**therapy** 213:10
214:3 217:21
**thermal** 226:3
**thing** 255:6
274:21
**things** 214:13
261:11 294:17
**think** 215:21,24
219:17,18,24
220:21,24 221:4
221:5 223:6
224:18,22,24
225:19 228:22
232:2 233:24
236:16,17

240:23 254:6
257:2,11 260:23
261:19 288:12
289:6 292:7,17
292:20 296:21
296:25 300:6,18
301:22 303:24
304:6,9 306:3
310:25 311:14
**thinking** 228:19
236:18
**third** 305:19
**thought** 245:17
279:14 283:22
299:10 303:21
**three** 214:6
234:11 241:12
243:6 245:14
268:25 272:9
283:16,17
285:25 304:4
305:11 306:7
312:19
**time** 207:13
211:4 214:15
215:25 231:17
247:4 249:21
255:11,17
258:14 270:8
272:8,11,13
275:23 276:6
284:2 286:21
287:18 288:5,8
288:10 292:7,16
292:19 293:21
297:6,25 299:18
299:21 304:18
311:21 312:5,21

312:22
**times** 224:25
235:12 288:15
301:2,3,6
**tires** 261:12
**tissue** 220:2,3,8
241:2
**title** 230:25
242:19,21
244:17 246:22
308:14
**titled** 213:9
214:2 247:11
**today** 211:12
256:19 290:15
292:4,6,18
293:10 304:4
**today's** 273:7
303:15 312:17
**told** 249:8 255:8
278:15 305:12
**top** 213:14
**topic** 226:23
**total** 248:9,13
312:18
**toweling** 294:21
**toxic** 234:9
**trace** 239:25
243:9 284:7,12
284:16 287:12
287:22 305:21
309:3,12
**trademarked**
298:18
**trailing** 221:24
**training** 294:8
**transcript**
206:16 313:13

314:4
**traveler** 275:24
**treated** 217:20
**tremolite** 260:9
**trial** 207:13
302:22
**true** 231:9
313:14 314:5
**try** 242:4 250:13
**trying** 310:17
**tumor** 235:2
**tumors** 217:20
**tunica** 234:22
**turn** 228:3
**turned** 278:21
**two** 223:23
224:6,8 234:9
235:3,22 236:9
237:9,23,25
238:10 241:11
243:25 245:10
245:15 247:11
248:22 252:13
252:23 253:20
283:16 286:12
292:23 297:18
299:16 307:19
**type** 241:6 263:4
263:4 277:4
307:2
**typed** 274:22
**types** 236:5
264:7 285:21
288:21
**typically** 241:7
247:23 249:17

[u - whittaker]

| u | | |
|---|---|---|

**u**   211:20 218:11
  242:18 260:18
  260:18 280:3
**u.s.**   248:25
**ultrastructural**
  220:9
**unaware**   285:23
**underrepresent...**
  294:16
**understand**
  225:7 261:14
  263:6,8 310:13
  310:17
**understanding**
  231:11,24
  262:17 272:7
  286:12 296:24
  302:5 303:10
  307:25 311:7
**understands**
  239:16
**unfortunately**
  282:3
**unique**   215:7
  216:9,13,16
**unit**   211:5
**united**   206:2
  211:8 242:21
  244:13 249:4,10
**units**   304:24
  312:18
**unmute**   297:15
**unresponsive**
  235:16
**unspecified**
  247:8

**update**   268:7
**updated**   254:5
  254:23 255:3
**upper**   239:13
**usage**   294:19
  306:21,22
**use**   236:11,16
  238:25 239:2,5
  245:14 263:10
  270:4,5 286:24
  289:10 293:22
  296:9,9 299:8
  304:20 310:5
**useful**   246:6
**uses**   300:7,19
**usually**   219:5,12
  239:17 301:7
**utilize**   295:3

| v | | |
|---|---|---|

**v**   315:3
**vacuuming**
  294:22
**vaginalis**   234:22
**vague**   223:20
  236:17 251:13
  256:3 258:18
  259:9 268:14
  288:18 289:5
**vaguely**   218:5
**value**   293:17
**varies**   215:24
**variety**   216:2
**various**   275:4
  282:5 283:4,5
**vary**   215:21
**verified**   302:2

**verify**   247:24
**veritext**   211:13
  312:19 315:1
**vernacular**
  239:15
**versed**   220:25
**versus**   211:7
  216:5 226:17
  229:10 262:23
  309:12,20
**video**   211:6,11
  211:17
**videoconference**
  206:5,16
**videographer**
  210:9 211:2,25
  213:23 243:20
  243:23 272:16
  272:19 297:3
  303:15,18
  312:15
**videotaped**
  206:6,17
**view**   214:24
  238:14
**vintage**   277:15
  278:7
**virginia**   250:22
**vol**   315:4,20
**volume**   206:15
  212:23 214:25
  217:21 218:15
  220:10 221:19
  222:8 228:3
  242:24 243:25
  260:9 273:8

| w | | |
|---|---|---|

**w**   222:6
**wait**   235:19
  292:12
**waived**   207:7
**want**   215:10
  227:23 238:25
  259:12 260:19
  281:13 284:3
  291:23 303:5
**way**   214:21
  236:22 278:19
  279:2,20 282:25
  292:8 313:18
**we've**   243:17
  304:4
**wearing**   294:24
**week**   274:7,8
**weekly**   208:12
  208:13 242:23
  244:21,24
  258:21 266:3,25
  267:5
**welch**   224:21
  228:11,11,12,13
  228:24 230:6
  231:13 233:15
  234:7 237:21
  245:10,14 291:3
  299:11
**went**   249:6
  273:24 274:17
  295:20
**west**   206:22
**whereof**   313:20
**white**   282:4
**whittaker**   210:4

**[withdraw - zoomed]**

**withdraw** 283:9
**witness** 206:17
  208:4 211:18,19
  227:25 228:6
  235:20 272:7
  280:19 289:12
  313:11,15,20
  314:1 315:4
**wittenoom** 222:6
**women** 217:6
  260:24 268:10
  269:3,8 270:18
**woods** 302:21
**word** 236:15,16
  260:4 261:8
  284:23
**words** 266:22
**work** 217:25
  218:6,18 221:21
  222:12 224:9
  250:15 269:2,9
  271:6 280:3,15
  297:13
**worked** 256:14
  258:3,9 308:19
**worker** 254:17
**workers** 222:5
  224:24 251:2,15
  251:17 253:6
**working** 249:25
  269:6 308:23
**workplace** 309:9
**worth** 304:5
**wrap** 272:11
**written** 220:21
  222:12 225:20
  256:12

**wrong** 277:20
  280:16 301:2,6
**wrote** 217:10,12
  234:3 248:21
  261:8 269:15
  275:24 289:13

| x |
| --- |

**x** 206:3,13 208:2

| y |
| --- |

**y** 221:16 260:18
**year** 248:15
  254:7 258:23
  260:7 282:21
  288:7 290:23
  294:2,3 305:2,2
**years** 214:6
  218:2,22 220:14
  221:9,22 222:15
  232:25 246:20
  249:22 288:24
  289:14 290:18
  293:25 295:13
  295:15,16,22
  296:5,5,6,7,10
  307:16,20
**yesterday**
  257:11
**york** 206:2 209:4
  209:4,14,14
  211:9,22 302:18
  313:4,5,9
**yorker** 277:7

| z |
| --- |

**z** 242:18
**zeolites** 266:14
**zero** 307:13,15

**zoom** 206:5,16
**zoomed** 244:17