# Exhibit 5

Page 1

1             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
2
                Case No. 1:20-CV-05589-GBD-DCF
3
4   BRIAN JOSEPH GREF,
5         Plaintiff,
    V.
6
    AMERICAN INTERNATIONAL INDUSTRIES,
7   Individually and as successor-in-interest
    for the CLUBMAN BRAND, and to THE
8   NESLEMUR COMPANY and PINAUD COMPANY, et
    al.,
9         Defendants.
10  _____/
11
12
13           REMOTE VIDEOTAPED DEPOSITION OF
14              MURRAY M. FINKELSTEIN, MD PhD
15                    Pages 1 - 199
16
                 Wednesday, June 22, 2022
17                9:01 a.m. - 3:09 p.m.
18
19
20    REPORTED BY:  Beverly Bourlier James, RPR, CRR, FPR
21
22
23
24
25   Job Number: 5279955

Page 66

1  A.   Yes.
2  Q.   Introduction says that, "Pulmonary
3  deposition, clearance, alteration (leaching and
4  splitting) and translocation of mineral fibers play
5  important roles in determining the sites and severity
6  of disease caused by these fibers.  In this report,
7  we review some of our recent findings on the fate of
8  inhaled chrysotile asbestos in the lungs of rats."
9       Do you recall ever reading that before,
10 Doctor?
11 A.   No.
12 Q.   Let me ask you whether you agree with this
13 conclusion.  It says that, "In our model, inhaled
14 asbestos fibers are deposited largely at first
15 alveolar duct bifurcations, many of which are within
16 a few hundred microns of visceral pleura.  The
17 deposited fibers include many greater than 16 microns
18 in length and less than 1 micron in diameter within
19 the range considered most pathogenic."
20      Do you have any reason to disagree with
21 those conclusions?
22 A.   No.
23 Q.   "These fibers are cleared -- " then it
24 continues, "These fibers are cleared slowly, if at
25 all.  Long chrysotile fibers undergo longitudinal

Page 67

1  splitting in the lung so that their number actually
2  increases over time, possibly increasing their
3  potential for biologic effects.  Even though
4  extensive splitting of chrysotile fibers occurs, we
5  have not observed substantial leaching of the
6  magnesium from chrysotile fibers up to 30 days after
7  deposition.  Translocation of chrysotile from deep
8  parenchymal regions toward the subpleural regions of
9  the lung does not occur in our model.  Extensive
10 translocation, however, may not be necessary for the
11 development of asbestos-related pleural disease."
12      Any reason to disagree with any of those
13 conclusions, Doctor?
14 A.   No.
15 Q.   Do you know the maximum length of a fiber
16 that a lung macrophage can engulf?
17 A.   I do not.
18 Q.   Do you know there are those that studied
19 and published on that?
20 A.   I imagine it's been investigated, yes.
21 Q.   Now, one of the articles you cite is from
22 Dr. Emory and others where they look at lung
23 pathology.  Do you recall that?
24 A.   Yes.
25 Q.   Are you familiar with an article by

Page 68

1  Dr. Moline and Gordon from 2019-2020 purporting to
2  report on 33 cases of people that they said were only
3  exposed to asbestos potentially from cosmetic talc?
4  A.   Yes.
5  Q.   Is there any reason why you don't rely on
6  that article?
7  A.   I do; I rely on it for the results of the
8  tissue analysis.
9  Q.   Is the Moline article cited in your paper?
10 A.   I don't know.  Probably not.
11 Q.   In the -- so, for those two articles, were
12 they -- it's your understanding that -- first of all,
13 Drs. Moline and Emory both have served as experts for
14 Plaintiffs in asbestos and talc litigation?
15 A.   I know only about Dr. Moline and she has,
16 yes.
17 Q.   And she's their expert witness -- do you
18 know Dr. Holstein?
19 A.   I know of Dr. Holstein.
20 Q.   Dr. Moline has been an expert witness
21 basically since she started practicing medicine.  Do
22 you know that?
23      MR. DiMUZIO:  Object to the form.
24      THE WITNESS:  No, I don't.
25

Page 69

1  BY MR. THACKSTON:
2  Q.   And, so, for these articles that you -- did
3  you read Dr. Moline's article in the journal in which
4  it was published?
5  A.   Yes.
6  Q.   Do you know what journal that was?
7  A.   I can look it up.
8       Why don't you make a suggestion and I'll
9  see --
10 Q.   I think it's the Journal of Occupational
11 and Environmental Medicine.
12 A.   Okay.  That sounds plausible.
13 Q.   Okay.  Close enough.
14      You don't have any information about the
15 peer-reviewed process, if any, of that particular
16 article, do you?
17 A.   Of course not; it's confidential.
18 Q.   And would you agree that peer review can be
19 very thorough or it can be very shoddy?
20      MR. DiMUZIO:  Objection, form.
21      THE WITNESS:  That seems like a statement
22   which would be difficult to investigate.
23 BY MR. THACKSTON:
24 Q.   When you read Dr. Moline's article -- first
25 of all, she makes statements -- she makes

Page 194

1  A. Well, that's what you get when you use
2  SAED.
3  Q. Okay. Well, do you know what diffraction
4  patterns are?
5  A. Yes.
6  Q. Diffraction patterns don't tell you peaks
7  of elements, do they?
8  A. No, but the diffraction pattern is
9  composed of peaks of elements.
10  Q. Do you know what lookup chart they used to
11  see if the diffraction patterns matched the
12  diffraction patterns of certain minerals?
13  A. I do not.
14  Q. And do you know whether the lookup charts
15  include all minerals, diffraction patterns for all
16  minerals or just diffraction patterns for certain
17  amphiboles?
18  A. I don't know.
19  MR. DiMUZIO: Objection to form.
20  THE WITNESS: You'd have to Dr. Compton.
21  I don't know.
22  BY MR. THACKSTON:
23  Q. I think you have said before that you are
24  aware that when you look at the elemental peaks for
25  different substances, that you cannot distinguish

Page 195

1  talc from anthophyllite by looking at their elemental
2  peak; do you recall that?
3  A. No.
4  Q. Would you agree that the EDS profile would
5  be the same for talc and anthophyllite?
6  A. No.
7  Q. Do you know how it would be different?
8  A. No. I don't do that work.
9  Q. Okay. So you don't know one way or the
10  other whether they would be the same or different?
11  MR. DiMUZIO: Objection to form.
12  BY MR. THACKSTON:
13  Q. Is that a yes?
14  A. That is correct; I don't do that work.
15  MR. THACKSTON: Okay. Well, subject to
16  our exhibits making sense, I think that's all I
17  have, Doctor. I just would like to be able to get
18  back on the record and make sure that we've got
19  the exhibits all numbered properly, if we don't.
20  So I wouldn't close the record just yet, but we
21  can go off the video record, if that's okay with
22  you.
23  MR. DiMUZIO: Yeah. Just again, we're
24  going to reserve read and sign and I guess that's
25  it.

Page 196

1  MR. THACKSTON: Doctor, nice to meet you.
2  Thank you very much. I'm glad you enjoyed Chapel
3  Hill; always good to go back.
4  THE WITNESS: Well, you know, the weather
5  outside today here in Toronto is sort of Chapel
6  Hill-like.
7  THE VIDEOGRAPHER: The time is 3:09.
8  We're going off the video record.
9  (The deposition was concluded at
10  approximately 3:09 p.m.)

Page 197

1  I have read the foregoing transcript of my
2  testimony and find it to be true and accurate to the
3  best of my knowledge and belief.
4
5  _____
   MURRAY M. FINKELSTEIN, MD PhD
6
7  Sworn to and Subscribed before me this _____ day of
8  _____, 20____
9
10
11  _____
    Notary Public