# Civil Minutes

Time Set:     2:30 p.m.
Start Time:   2:41 p.m.
End Time:     3:57 p.m.

| Peninsula Pathology Associates | Civil Case Number: | 4:22mc1 |
|---|---|---|
| ( x ) Petitioner  (  ) Government | Date: | 12/16/2022 |
| vs. | Presiding Judge: | Douglas E. Miller |
|  | Court Reporter | Paul McManus, OCR |
| American International Industries | Courtroom Deputy: | C. Dodge |
| Respondent |  |  |

Proceedings:   Matter came on for hearing on Motion to Quash (#1).
Present via zoom were Elizabeth Lockwood and Kathryn Ali on behalf of the petitioner and Eric Cook and Robert Thackston on behalf of the respondent.
Mr. Thackston explained the intentions of the motion to quash.
Response by Ms. Ali. Argument presented by both parties.
For the reasons stated on the record the Court GRANTED the motion to quash.
Petitioner's have also requested sanctions. The Court heard argument regarding that request. The Court took the request for sanctions under advisement. Petitioner's counsel directed to submit a sworn affidavit regarding costs and fees by January 4 And respondents may file a response by January 18. The Court will then issue an order on that matter.
Hearing adjourned.