IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| IN RE SUBPOENA FOR DOCUMENTS ISSUED TO PENINSULA PATHOLOGY ASSOCIATES, | Case No. 4:22-mc-00001<br><br>Related Case: S.D.N.Y.: 1:20-CV-05589-GBD |

**AMERICAN INTERNATIONAL INDUSTRIES' NOTICE OF APPEAL**

American International Industries appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered August 14, 2023 (ECF No. 24), wherein the District Court affirmed the Magistrate Judge's Order (ECF No. 11) granting Peninsula Pathology Associates' motion to quash American International Industries' third-party subpoena to Peninsula Pathology Associates issued in *Gref v. American International Industries, et al.*, 1:20-cv-5589 (S.D.N.Y.).

Dated: September 13, 2023

Respectfully submitted,

**AMERICAN INTERNATIONAL INDUSTRIES**
*By Counsel*

*/s/ Sylvia Macon Kastens*
Benjamin L. Hatch (VSB No. 70116)
Sylvia Macon Kastens (VSB No. 92375)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3700
Facsimile: (757) 640-3701
E-mail: bhatch@mcguirewoods.com
skastens@mcguirewoods.com

Eric D. Cook (VSB No. 68054)
WILLCOX SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23150
Telephone: (757) 628-5500
Facsimile: (757) 628-5566

E-Mail:  ecook@wilsav.com

Robert E. Thackston (VSB No. 27385)
LATHROP GPM LLP
2101 Cedar Springs Road, Suite 1400
Dallas, TX 75201-2134
Telephone:  (469) 983-6100
E-Mail:  robert.thackston@lathropgpm.com

*Counsel for American International Industries*

2

## CERTIFICATE OF SERVICE

I certify that on this 13th day of September, 2023, a true and correct copy of the foregoing was served on all counsel of record via Notice of Electronic Filing by filing with the Court's CM/ECF system.

<em>/s/ Sylvia Macon Kastens</em>